UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

PHYONIA BROWN,

          Plaintiff(s),

vs.

CASE NO.
08-80002-CIV-MIDDLEBROOKS/JOHNSON

J.C. PENNEY CORPORATION, INC., a
Foreign Corporation,

          Defendant(s).          /

### DEFENDANT, J.C. PENNEY CORPORATION, INC.'S NOTICE OF SERVING SUMMARIES OF EXPERT WITNESS' ANTICIPATED TESTIMONY

COMES NOW, Defendant, J.C. PENNEY CORPORATION, INC., by and through undersigned counsel and pursuant to this Court's Pretrial Scheduling Order dated March 17, 2008 and in accordance with S.D. Fla. L.R. 16.1 K. hereby files their Notice of Serving Summaries of Expert Witness' Anticipated Testimony as follows.

### EXPERT WITNESS LIST

1.    Timothy Hain, M.D.
      645 N. Michigan, Suite 410
      Chicago, Illinois 60611

      Dr. Hain is a neurologist and otolaryngologist at Northwestern University Medical School. Dr. Hain will review the medical records both before and after the subject incident and provide opinion testimony relative to the plaintiff's physical symptoms and complaints and will give opinions regarding the causal connection, if any, between the event or incident as well as the plaintiff's current alleged physical complaints. Dr. Hain will further testify as to the treatment and diagnosis of the injuries allegedly sustained by plaintiff.

2.   John Leffler
     c/o Forcon International
     1730-H Mount Vernon Road
     Atlanta, GA 30338

     Mr. Leffler is a professional engineer who will examine the subject fitting room door and provide testimony concerning the probability or lack of probability of the incident occurring in the manner that the plaintiff has alleged, as well as give opinion testimony on the physical forces that may have been exerted if the door struck the plaintiff as alleged. Mr. Leffler's report has been previously provided.

I HEREBY CERTIFY a true and correct copy of the foregoing has been furnished to John Billera, Esquire, 7171 N. Federal Highway, Boca Raton, FL 33487 via U.S. Mail this 10th day of June, 2008.

VERNIS & BOWLING OF PALM BEACH, P.A.
Attorneys for Defendant
884 U.S. Highway One
North Palm Beach, FL 33408
Telephone: (561) 775-9822

By: _____
Kenneth W. Moffet
Florida Bar No: 0438499

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

PHYONIA BROWN,

        Plaintiff(s),        CASE NO. 08-80002-CIV-MIDDLEBROOKS/JOHNSON

vs.

J.C. PENNEY CORPORATION, INC.,
a Foreign Corporation,

        Defendant(s).
_____/

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY a true and correct copy of the foregoing has been electronically filed using CM/ECF and furnished to John Billera, Esquire, 7171 N. Federal Highway, Boca Raton, FL 33487 via U.S. Mail this 11th day of June, 2008.

        VERNIS & BOWLING OF PALM BEACH, P.A.
        Attorneys for Defendant
        884 U.S. Highway One
        North Palm Beach, FL 33408
        Telephone: (561) 775-9822

        By: _____
            Kenneth W. Moffet
            Florida Bar No: 0438499