UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

CASE NO. 08-80002-CIV-MIDDLEBROOKS/JOHNSON

PHYONIA BROWN,

        Plaintiff,

v.

J.C. PENNEY CORPORATION, INC.,

        Defendant.
_____/

**PLAINTIFF'S NOTICE OF FILING EXPERT REPORTS AND
CURRICULUM VITAE OF EXPERTS**

COMES NOW Plaintiff, PHYONIA BROWN, by and through undersigned counsel, and hereby gives Notice of Filing Expert Reports and Curriculum Vitae of Experts as an attachment to her Restated Expert Witness List pursuant to S.D. Fla. L.R. 16.1.K and Fed.R.Civ.P. 26(a)(2).

        Respectfully submitted,
        ELLIS, GED & BODDEN, P.A.
        7171 North Federal Highway
        Boca Raton, FL 33487
        (561) 995-1966
        (561) 241-0812 (Fax)
        Attorneys for Plaintiff

        **s/John F. Billera, Esq.**
        John F. Billera, Esq.
        Florida Bar # 869041

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

CASE NO. 08-80002-CIV-MIDDLEBROOKS/JOHNSON

PHYONIA BROWN,

        Plaintiff,

v.

J.C. PENNEY CORPORATION, INC.,

        Defendant.
_____/

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on **December 29, 2008**, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

        By:   **s/John F. Billera, Esq.**
                  JOHN F. BILLERA
                  Fla. Bar No.: 0869041

## **SERVICE LIST**

BROWN v. J.C. PENNEY CORPORATION, INC.,
CASE NO. 08-80002-CIV-MIDDLEBROOKS/JOHNSON
United States District Court, Southern District of Florida

JOHN F. BILLERA, ESQ.
Email: jbillera@ellisandged.com
7171 North Federal Highway
Boca Raton, FL 33487
561-995-1966
Fax: 561-241-0812

Kenneth William Moffet

Email: kmoffet@florida-law.com
Vernis & Bowling
884 US Highway 1
North Palm Beach, FL 33408
561-775-9822
Fax: 775-9821

[Service via CM/ECF Notice of Electronic Filing and via U.S. Mail]