# CURRICULUM VITAE

NAME:                  **Laszlo Jozsef Mate, M.D.**

PRESENT POSITION:      Private Practice
1998-                  927 45th St.
                       Suite 105
                       West Palm Beach, Florida 33407-2450
                       561/882-0088  FAX 561/842-4993

BIOGRAPHY:

    Date of Birth:     December 3, 1953
    Place of Birth:    Budapest, Hungary
    Marital Status:    Married (3 children)

Florida License:       58250
California License:    A 44691
ECFMG Certificate:     368-090-7
DEA Number:            BM 1372438

HOSPITAL PRIVILEGES:

    1990               St. Mary's Medical Center
                       Good Samaritan Hospital  (leave of absence)
                       Palm Beach Gardens Medical Center

    2000               Jupiter Medical Center

MEDICAL EDUCATION:

    1972-78            Semmelweis Medical University
                       Budapest, Hungary
    1978               M.D. Degree "Summa Cum Laude"

PROFESSIONAL EXPERIENCE:

    1990-1998          Private Practice
                       Palm Beach Neurological Group
                       5205 Greenwood Ave., Suite 200
                       West Palm Beach, Florida 33407

    1988-1990          Fellow in Pediatric Neurology
                       Loma Linda University Medical Center
                       Department of Pediatrics
                       Division of Child Neurology
                       Loma Linda, CA  92350

| 1987-1988 | Fellow in Pediatric Neurology<br>University of California, San Diego<br>Department Neurology, H-815<br>San Diego, CA  92103-1990 |
| 1985-1987 | Resident in Pediatrics<br>University of Louisville<br>Department Pediatrics<br>Louisville, KY  40292 |
| 1984-1985 | Clinical Instructor<br>State University of New York<br>Downstate Medical Center<br>450 Clarkson Avenue<br>Brooklyn, NY  11203 |
| 1983-1984 | Visiting Instructor<br>University of Texas Medical Branch<br>Galveston, TX  77550 |
| 1981-1982 | Clinical Physician<br>Janos Hospital<br>Budapest, Hungary |
| 1978-1981 | Clinical Physician<br>Postgraduate Medical School<br>Budapest, Hungary |

MEMBERSHIP IN PROFESSIONAL SOCIETIES:

| 1988- | American Academy of Neurology |
| 1989- | Child Neurology Society |
| 1990- 1995 | American Society of Neuroimaging |
| 1992- | Florida Society of Neurology |

BOARD CERTIFICATION:

| 1993 | Neurology  with  Special  Qualification  in  Child<br>Neurology<br>American Board of Psychiatry and<br>Neurology |
| 1982 | General Surgery<br>Hungarian Board of Medical Specialties |

BOARD ELIGIBILITY:

| 1990 | American Board of Pediatrics |

APPOINTMENTS:

| 1993-97 | Board of Directors<br>Sandy Pines Hospital |
| 1997-98 | Director, Stroke Program<br>St. Mary's Hospital |
| 1997-98 | Director, Stroke Rehabilitation<br>St. Mary's Hospital |
| 1997-99 | Secretary<br>Florida Society of Neurology |

| 1999 | President-elect<br>Florida Society of Neurology |
|------|------|
| 1999 | Expert Medical Advisor<br>Florida Dept. Labor<br>Division of Workers' Compensation |
| 2000-2001 | President, Florida Society of<br>Neurology |
| 2001 | Treasurer, Florida Society of Neurology |
| 2000 | Medical Expert, Agency for Healthcare<br>Administration, State of Florida |

ADDITIONAL INFORMATION:

Besides English and Hungarian, I speak Spanish, Portuguese, German, French, Italian and some Russian.

LIST OF PUBLICATIONS

Joos A, Mate L. Szinay Gy. Histological changes in the operated stomach with special reference to the carcinoma of the gastric stump.
Morph Ig. Szemle 20:135-140, 1980

Joos A, Mate L, Szinay Gy, Papp J, Popik E. Gastric cystic polyposis and early cancer of the gastric stump.
Acta Med Acad Sci Hung 38:341-346, 1981

Rozsa I, Kun M, Tihanyi K, Mate L. Prostacyclin (PGl2) production of the portal vein wall in experimental portal hypertension.
Kiserl Orvostudomany 33:344-346, 1981

Batorfi J, Mate L. Rare complications of incarcerated inguinal hernia.
Orv Hetilap 123:2230-2240, 1982

Ihasz M, Balazs M, Mate L, Refi M. Malignant melanoma of the anorectum.
Magy Sebeszet 35:260-266, 1982

Mate L, Greeley GH, Thompson JC. Failure of intraduodenal pancreatic enzymes to release pancreatic polypeptide in dogs.
Gastroenterology 88:1176, 1984

Sakamoto T, Mate L, Greeley GH, Thompson JC. Effect of neurotensin on gallbladder contraction in dogs.
Gastroenterology 86:1229, 1984

Khalil T, Mate L, Greeley GH, Thompson JC. Decreased gallbladder responsiveness to CCK-8 in aged rabbits.
Gastroenterology 86:1229, 1984

Mate L, Sakamoto T, Thompson JC. The effect of substance P on gallbladder motility in vivo and in vitro.
Proc Soc Exp Biol Med 175:257, 1984

Khalil T, Mate L, Greeley GH, Thompson JC. Decreased gallbladder responsiveness to cholecystokinin-octapeptide in aged rabbits in vitro.
Dig Dis Sci 29:42s, 1984

Mate L, Greeley GH, Thompson JC. The effect of two new peptides of the bombesin family on gastrointestinal function in dogs.
Dig Dis Scie 29-52s, 1984

Sakamoto T, Fujimura M, Mate L, Greeley GH, Thompson JC. Characteristics of contractile kinetics of the gallbladder in response to intravenous cholecystokinin-8 and intraduodenal amino acids.
Dig Dis Sci 29:71s, 1984

Publications, continued

Alwmark A, Khalil T, Mate L, Greeley Gh, Thompson JC. Gut hormones as incretin candidates.
Surg forum 35-209-210, 1984

Mate L, Greeley GH, Thompson JC. The effects of opioids on the stimulated pancreatic secretion and release of cholecystokinin and pancreatic polypeptide.
Dig Dis Scie 29-959, 1984

Mate L, Greeley GH, Thompson JC. Effect of Verapamil on bombesin stimulated pancreatic and gastric secretion and release of gastrin and cholecystokinin.

Dig Dis Sci 29:960, 1985

Mate L, Greeley GH, Thompson JC. The role of pancreatic enzymes on pancreatic polypeptide release.
Dig Dis Sci 29:965, 1984

Sakamoto T, Fujimura M, Mate L, Townsend CM, Greeley GH, Thompson JC. Effect of vagotomy on neurotensin stimulated pancreatic secretion and pancreatic polypeptide release in dogs.
Dig Dis Sci 29:965, 1984.

Mate L, Sakamoto T, Greely GH, Thompson JC. Regulation of gastric acid secretion by secretin and serotonin.
AM J Surgi 149:40-45, 1985

Doyle H, Greeley GH, Mate L, Sakamoto T, Townsend CM, Thompson JC. Neurotensin distribution in the canine gastrointestinal tract.
Surgery 97:337-341, 1985

Lonovics J, Fujimura M, Lluis F, Mate L, Varro V, Thompson JC. Cholecystokinin induced relaxation of the sphincter of Oddi may partially be mediated by substance P.
Gastroenterology 88:1480, 1985

Sakamoto T, Fujimura M, Mate L, Greeley GH, Thompson JC. Effect of vagotomy on pancreatic protein secretion and gallbladder emptying in response to endogenous or exogenous CCK stimulation in dogs.
Gastroenterclogy 88:1566, 1985

Mate L, Sakamoto T, Greeley GH, Thompson JC. Effect of substance P on contractions of the gallbladder.
Surg Gynecol Obstet 163:163-166, 1986

Publications, continued

Mate L, Greeley GH. Opioid peptides (endorphins and enkephalins).
in: Thompson JC, Greeley GH, Rayford Pl, Townsend CM, Jr ed. Gastrointestinal Endocrinology. McGraw Hill Book Co, New York 1987
pp. 346-354

Mate L, MacLellan DG, Thompson JC. Histamine.
in: Thompson JC, Greeley GH, Rayford Pl, Townsend CM. Jr. ed. Gastrointestinal Endocrinology. McGraw Hill Book Co, New York 1987 pp. 361-364

Mate L, Poston GJ, Thompson JC. Serotonin.
in: Thompson JC, Greeley GH, Rayford PL, Townsend CM. Jr ed. Gastrointestinal Endocrinology. McGraw Hill Book Co, New York 1987
pp. 365-371

Mate L, Beauchamp RD, Thompson JC, Prostaglandins.
in: Thompson JC, Greeley GH, Rayford PL, Townsend CM, Jr ed. Gastrointestinal Endocrinology. McGraw Hill Book Co, New York 1987
pp. 372-379

Mate L, Doyle HR, Sakamoto T, Townsend CM, Greeley GH, Thompson Jc. The mechanism of the inhibitory action of neurotensin on pentagastrin-stimulated gastric secretion in dogs.
Surg Gynecol Obstet 166:206-210, 1988

Mate L.: Jozsef Matyas Balo. in: Ashwal S. ed Founders of Child Neurology. ed.

S. Ashwal, Norman Publishing, San Francisco 1990
pp. 410-415

CLINICAL STUDIES

S2B-305E   GLAXO.   Multicenter Evaluation of the Safety and Efficacy of Subcutaneous GR43175C in Patients with acute Migraine Attacks - Using a Two-Dose Regimen.  1989 - 1990.

970-26 PARKE-DAVIS.   Placebo-Controlled, Parallel Group, Multicenter Study of Tacrine (CL-970) in Alzheimer's Disease Patients.  1990 - 1993.

S2B-308   GLAXO.   Evaluation of Sumatriptan in the Treatment of Migraine Pain Recurrence - A Pilot Study.  1990 -1991

970-61 PARKE-DAVIS.   A Double-Blind, Placebo-Controlled, Parallel Group, High-Dose Study of Tacrine (CL-970) in Patients With Alzheimer's Disease.  1992 - 1993.

970-62 PARKE-DAVIS.   Open Label Extension of 970-61. 1992 - 1994.

Field   SANDOZ.   To Confirm the Efficacy and Safety of DHE-45 in Study Common or Classic Migraine.  1992.

DHE-701   SANDOZ.   A Double-Blind Comparison of Subcutaneous Versus Intramuscular Administration of DHE For The Emergency Management of Episodic Vascular Headaches.  1992.

DHE-702   SANDOZ.   DHE vs. Placebo in Menstrual Migraine.  1992.

P-1633 SANOFI-WINTHROP.   Clopidogrel vs. Aspirin in Patients At Risk of Ischemic Events.  1992 - 1996.

Cognex PARKE-DAVIS.   A Treatment IND Program for Patients with Alzheimer's Disease.  1993.

DHI-703   SANDOZ.   A Double-Blind Randomized Study Comparing The Efficacy And Safety of Injectable DHE-45 and Injectable  Sumatriptan in the Acute Treatment of Classic and Common Migraine.  1993.

S2B-316   GLAXO.   A Safety Evaluation of Sumatriptan in The Treatment of Migraine Pain: A Long Term, "At Home" Study.  1993 - 1995.

S2B-340   GLAXO.   A Double-Blind, Placebo-Controlled Parallel Group Study to Evaluate Two Dose Levels (10mg and 20mg) of Intranasal Sumatriptan in the Acute Treatment of a Migraine Attack.  1993 - 1994.

M92-311   ABBOTT.   The Efficacy and Safety of Depakote in Migraine Prophylaxis: A Double-Blind Placebo-Controlled Study.  1992 - 1993.

M92-647   ABBOTT.   The Safety of Depakote in Headache Prophylaxis:  An Open Label, Long-Term Study.  1993 - 1994.

M92-813   ABBOTT.   An Open-Label Study of Long-Term Tiagabine HCl Administration In Patients With Epilepsy.  1993.

M92-813   ABBOTT.   Extension of Open-Label Study of Long Term Tiagabine HCl Administration In Patients With Epilepsy.   1993-1994.

HP-303          HOECHST-ROUSELL. Multi-Center, 36-Week, Double-Blind,
Parallel Group Safety, Tolerance and Efficacy          Comparison
of Placebo and Mentane in Outpatients With          Alzheimer's disease.
1994.

E2020          EISAI AMERICA.     A 15-Week, Multicenter, Randomized,
Double-Blind, Placebo-Controlled Evaluation of the          Safety and
Efficacy of E2020 in Patients With          Alzheimer's Disease.
1994-1995.

SAB  USA25 JANSSEN.  Clinical Evaluation of Efficacy and Safety in
the Treatment of Alzheimer's Disease. A One-Year          Doubleblind,
Placebo-Controlled Study.  1994-1995.

S32-228          GLAXO.     A Controlled Study  of Ondansetron In The
Treatment of Primary Degenerative Dementia of the          Alzheimer's
Type. 1994.

S2B-342          GLAXO.     A Randomized, Double-Blind, Placebo-Controlled
Study to Evaluate Headache Pain Relief with Sumatriptan          Nasal Spray
(5MG, 10MG and 20MG) Across Three Migraine          Attacks.  1994.

CN-102          BRISTOL-MYERS SQUIBB.   The Safety and Efficacy of Stadol
(013-002)INS (Butorphanol Nasal Spray) Versus Fiorinal          With 30 MG
Codeine in Patients with Acute Migraine          Headache. 1994 - 1995.

SAB          JANSSEN.   Safety of Sabeluzols in the Long Term
Treatment USA-26     of Alzheimer's Disease.  1995-1996.

CGS-19755   CIBA-GEIGY  :          Multicenter, Randomized, Double
Blind, Parallel Trial, Comparing the Efficacy and Safety          of a Single
I.V. Dose (1.5mg/kg) of Selfotel with          Placebo in Patients Age
40-85 Years with Acute Ischemic          Stroke. 1995.

CN  115-019 BRISTOL-MYERS SQUIBB.     An Open Label Trial Evaluating
the Safety of the 100 mg Dose of BMS-1800448 in          Patients with
an Acute Migraine Attack.  1995.

DHE454          SANDOZ.     A Double-Blind, Randomized Placebo-Controlled
Study to Determine the Effectiveness and Safety of          Migramist
(DHE Nasal Spray) 2mg For The Acute          Treatment of Migraine
Headaches With or Without Aura in          Migraineur Families. 1995.

136-017          BURROUGHS WELLCOME CO.   A Multicenter, Double-Blind,
Randomized, Placebo-Controlled, Parallel Group Study to          Confirm the
Efficacy and Safety of 311C90 in the          Treatment of Acute
Migraine Headache.  1994 - 1995.

136-015          BURROUGHS WELLCOME CO.   A Multicenter, Open Study to
Investigate the Long Term Effects of Oral 311C90 in the          Treatment of
Migraine Headache. 1995 - 1997.

SUMA          GLAXO.     A Randomized, Double-Blind, Placebo Controlled 2002
Study of the Safety and Efficacy of 25 mg, 50 mg and 100          mg Oral
Sumatriptan in Adolescent Migraine Subjects.
        1995 - 1996.

CN          BRISTOL-MYERS SQUIBB.   A Double-Blind Randomized Trial 115-024  of
Three Fixed Doses of BMS-180048 and Placebo in the          Treatment of
Patients With Migraine.  1995 - 1996.

CN115-          BRISTOL-MYERS SQUIBB.   A Long Term Safety and Efficacy
Trial of BMS-180048 in the Treatment of Acute Migraine          Attacks.

1995-1996.

1025        FOREST.    The  Efficacy  of  Extended-Release  Oral
Physostigmine in Alzheimer's Disease and Senile            Dementia of
the Alzheimer's Type. 1995-1996.

CN      BRISTOL-MYERS SQUIBB.   A Multicenter, Double-Blind,       022
Randomized Study to Evaluate the Impact of Product           Education on
Patient Satisfaction With Stadol NS Nasal            Spray for Treatment of
Acute Migraine Headache Pain.            1995-1996.

S2WA     GLAXO.  A Randomized, Double-Blind, Placebo Controlled,
3003           Crossover  Study  to  Evaluate  the  Safety  of  Oral
Naratriptan in the Acute Treatment of Four Migraine            Attacks.
1995-1996.

979-14        PARKE-DAVIS.      A   26-Week,   Double-Blind,   Placebo
Controlled, Parallel-Group Multicenter Study of            Milameline in
Patients with Alzheimer's Disease.
       1995-1996.

S2WA       GLAXO.   A Randomized, Double-Blind, Placebo Controlled 3012
Parallel Study to Evaluate the Efficacy and Tolerability        of Oral
Naractripan in an Adolescent Migraine            Population. 1995.

W-AR 897 WYETH-AYERST.  A Phase III, 14-Day Multicenter
A1306-US        Randomized,   Double-Blind   Placebo-Controlled,   Parallel-
Group, Safety, Tolerance, and Efficacy Study of 5 and        10mg of
Zaleplon and 5 mg of Ambien in Elderly            Outpatients with
Insomnia, with a Six-Month            Open-Label Extension Phase.
1995 - 1996.

VGPR    MARION MERRELL DOW, INC.  Efficacy of Rational
0101     Polytherapy with Sabril Verus Carbamazepine Monotherapy        in
the Management of Patients with Non-Refractory        Complex Partial
Seizures. 1995 - 1996.

S9303      Somerset A twelve month, double blind, placebo
E10I-96B   controlled investigation of the safety and efficacy
        of Selegiline Transdermal System (1.0 mg/cm 5/20) in
        Patients with dementia of the Alzheimer type. 1996

979-15 Parke-Davis A 52 week, randomized, double blind,
        Placebo controlled, multicenter study of Liameline (Ci-979/RU
        35926) in patients with probable Alzheimer's disease with long term
        open label extension. 1996

136-43 Corning-Besselaar Protocol in a multicenter, long term study to maximize
        migraine relief with 311C90 (Maximum) 1996.

160-02 Pfizer Evaluation of the Safety and Pharmacokinetics of
        Single dose oral administration of Eletriptan in pediatric
        subjects. 1996.

E2020-3  12  EISAI America  A  54  week,  randomized,  double  blind,
placebo controlled evaluation of the effects of            donepezil
hydrochloride (Q2020) on functional outcomes            in patients with
Alzheimer's disease with a staged            crossover to open label
Donezepil Hydrochloride (Q2020)            treatment. 1996

979-16 Parke-Davis A non randomized, open label extension,   multicenter study
        of Milameline (C1-979/RU 35926) in   patients with probable
        Alzheimer's disease. 1996.

48-0        Merck & Co. A single dose study to investigate the
pharmacokinetics of Rizatriptan in adolescent (12-18 years of
age) patients with migraine. 1996.

945-217     Parke-Davis Double-blind, randomized, placebo controlled, multi
center trial to determine the efficacy and safety of Neurontin
(Gabapentin) in migraine prophylaxis. 1997.

311CIL-073  Zeneca A multicenter, double blind, randomized, placebo
controlled evaluation of Zolmitriptan (31 1C90, Zomig) efficacy at
early time points in the acute treatment of migraine headaches,
efficacy in recurrence and efficacy as late dosing for
prevention of recurrence of migraine headaches. 1997.

220453-006  SmithKline Beecham A multicenter, double blind,
randomized, placebo controlled dose study to evaluate the
efficacy and safety of single doses of SB- 220453 in the treatment
of acute migraine. 1997.

CN104-147   Bristol-Myers Squibb A double blind trial of two dose
ranges of Nefazodone and placebo in the prophylactic treatment of
migraine. 1997.

954-213     Parke-Davis A 4 months, double blind study; dose controlled,
paralell group, multicenter study to determine the efficacy
and safety of Gabapentin in newly diagnosed patients with partial
epilepsy.1997.

PNP-001     Takeda: A randomized, double blind, placebo controlled,
twelve month safety and efficacy trial of 120, 240 and 360mg tid of
Idebonone (CV2619) in patients with probable Alzheimer's
disease. 1997.

160-108     Pfizer: A multicenter, randomized, open label, comparative study
of the safety, toleration and efficacy of oral Eletriptan for the
long term treatment of subjects with acute migraine. 1996-
1997.

            Eisai: A 30 week Open Label Evaluation of Donezipil in
            Patients with Dementia Associated with Cerebrovascular
            Disease, 1998.

            Eisai: A 24 week Multicenter Randomized, Double Blind,
            Placebo Controlled Evaluation of the Efficacy and Safety
            of Donezepil in Patients with Dementia Associated with
            Cerebrovascular Disease, 1998.

            Somerset: A Double Blind, Placebo Controlled, Parallel Group
            Assessment of the Safety and Efficacy of Two Doses
            Of Selegiline Transdermal System (10mg and 20mg) in Patients with
            Major Depression. 1999.

            Eisai: A safety and Pharmakokinetic Study of Donezepil and
            Carbidopa/Levodopa in Parkinson's Disease, Compared to Healthy
            Volunteers. 1999.

            Centaur: 90 Day Safety Study of CPI-1189 in Male and Female
Parkinson's Disease on L-Dopa + Carbidopa, 2000.

Pfizer: 1008-132: 12 week randomized Study of Pregabalin BID in the Treatment of Postherpetic Neuralgia. 2000

Pfizer: 1008-174:  Pregabalin, Long-Term, Open Label Extension, 2001

AstraZeneca 311CUS/0012:  Open,  Randomized,  Parallel-Group, Multicenter Trial to Compare a Stratified Care Treatment Regimen based on MIDAS versus Standard Therapy for Acute Treatment of Migraine Headache. 2000

Pfizer:  1008-060: A Sustained Efficacy Study of Pregabalin in Patients with Chronic Cervical Radiculopathy, 2001

Pfizer:  1008-183: Pregabalin, Long Term Open Label Extension Safety Trial in Patients with Cervical Radiculopathy, 2001

Novartis:  CCOM998 IA04: A Multicenter Open-label Study to Evaluate Different Dosage Regimens of Levodopa/DDCI/Entacapone Combination in Patients with Parkinson's Disease, 2001

Shire: SLI381.305: An Open Label, Multicenter Study to Assess Tolerability, Effectiveness with the Use of SLI381 (Adderal XR) in Children with ADHD, 2001

Pharmacia:  638-CNS-0059-013:  ACES  (Axert  Clinical  Experiences Study), 2001

Astra-Zeneca: 311CUS/0016: A Multicenter, Open-label Comparison of ZOMIG-ZMT (zolmitriptan) and Usual Migraine Care on Work Loss, Productivity and Patient Preference, 2001

GlaxoSmithKline:  SUM40301:  Open  Label  Evaluation  of  Patient Satisfaction with Imitrex Tablets, 100mg, 2001

Pfizer: 1008-197: Pregabalin Open Label Trial in Chronic Pain Patients Meting Treatment Refractory Criteria, 2001

Eli-Lilly: H6N-MC-LEAH: Efficacy and Safety of LY451395 in Patients with Mild Cognitive Impairment, 2001

Eli-Lilly: H6N-MC-LEAG: Efficacy and Safety of LY451395 in Patients with Probable Alzheimer's Disease, 2001

UCB:N-159: Evaluation  of  the  Efficacy  and  tolerability  of Levetiracetam Add-on Treatment in Refractory Pediatric Patients, 2002

UCB: N-157: Multicenter, Open-Label, Long-Term, Follow-up Study of the Safety and Efficacy of Levetiracetam in Children, 2002

Pfizer: 0945-440-033: A 14 Week, Double Blind, Placebo Controlled Study of Gabapentin for Relief of Pain in Patients with Painful Diabetic Peripheral Neuropathy, 2002

Pfizer: 0945-441-033: Gabapentin Open-Label Extension, Long-Term Safety and Efficacy Study in Patients with Painful Diabetic Peripheral Neuropathy, 2002

# CURRICULUM VITAE

# Jeffrey Howard Dresner, MD, FACP

## *Education:*

1973 - 1976
College:
    Rensselaer Polytechnic Institute
    Troy, New York
    Major: Biology
    Minor Concentration: Biomedical Engineering
    Graduated: B.S. (Cum Laude) December 1976
    Dean's List: Each Semester; Class Rank: Upper 10%
    New York State Regents Scholarship Winner

1977 - 1978
Graduate:
    State University of New York at Buffalo - Roswell Park Graduate
    Division: Buffalo, New York (1977 - 1978)
    Major: Interdisciplinary Natural Sciences / Biochemical Pharmacology
    Thesis: "Glucuronyl Transferase Activity in Human Lymphocytes"
    Graduated: M.S. August 1978

1978 - 1982
Medical:
    New York Medical College
    Valhalla, New York
    Graduated: M.D. June 1982
    Honors: "Cor et Manus" Service Award, 1982
    Extracurricular Activities:
- Member: Student Senate, American Medical Student Association, New York State Medical Society, American College of Family Physicians
- Regional Student Representative to Annual Convention of New York State Medical Society

1982 - 1985
Internship - Residency:
    Internal Medicine
    Rhode Island Hospital
    Providence, Rhode Island
    Rhode Island Hospital (720 beds) is a major teaching affiliate of Brown
        University School of Medicine

## Clinical Experience:

1987 – Present
Palm Beach Medical Group
West Palm Beach, Florida

1985 - 1987
Ruskin Community Health Center
Ruskin, Florida
Physician Specialist - Internal Medicine

1984 - 1985
North Providence Emergency Services
Staff Physician

1984 - 1985
Veterans Administration Medical Center
Davis Park, Rhode Island
Emergency Room Admitting Officer

1985
General Dynamics - Electric Boat Division
Quonset Point, Rhode Island
Part-Time Dispensary Physician

## Professional Societies:

- American Society of Internal Medicine
- American College of Physicians
- Florida Medical Association
- Florida Society of Internal Medicine
- Palm Beach County Medical Society
- Past Member: Medical Society of the State of New York, American Academy of Family Physicians

*Licensure:*

- Florida (#ME0046118)
- Rhode Island (#MD6392)


*Hospital Affiliations:*

1990 - Present
    Columbia Hospital
    West Palm Beach, Florida

2005 – Present
    Jupiter Medical Center
    Jupiter, Florida

1987 - 2005
    St. Mary's Hospital
    West Palm Beach, Florida

1987 - 2003
    Good Samaritan Hospital
    West Palm Beach, Florida

1986 - 1987
    Tampa General Hospital
    Tampa, Florida


*Certifications:*

Fellow: American College of Physicians, American Board of Internal Medicine, AMA Physician's Recognition Award, ACLS, National Board of Medical Examiners

12-29-2008  12:17    FROM-

Jeffrey H. Dresner, MD, FACP
Page 4

*Hospital Committees:*

1993 - 1994
　　Credentials Committee
　　Good Samaritan Hospital

1992 - 1993
　　Medical Records Committee
　　St. Mary's Hospital

1992
　　Trauma Services - Quality Assurance
　　St. Mary's Hospital

1990 - 1991
　　Product Evaluation Committee
　　St. Mary's Hospital

1990 - 1991
　　Medical Records Committee
　　Good Samaritan Hospital

1988 - 1989
　　Surgical Intensive Care Unit Committee
　　Good Samaritan Hospital

*Publications:*

Dresner JH:  Multiple Myeloma Presenting as Group-B Streptococcal Arthritis. Submitted for Publication

Dresner JH:  Software Review - QMR/Quick Medical Reference.  Medical Software Reviews; May 1992; Vol 1(5): 1; Healthcare Computing Publications Inc.

Dresner JH:  Software Review - Blood Counts and Differentials Evaluation. Physician's Financial News / Computer News for Physicians 1990; Vol 8(9): 4; McGraw-Hill

Dresner JH, Ibrahim N.G., Levere R.D.: Presence and Induction of Drug Metabolizing Enzymes in Rat Bone Marrow. Res Comm Chem Pathol Pharm 1981; 32(2): 281[1]

Ibrahim NG, Dresner J.H., Levere R.D.: Presence and Induction of Drug Metabolizing Enzymes in Hematopoietic Cells.  Clin Res 1981; 29(2): 501 - A[2]

Gessner T, Dresner, J.H., Freedman, H.J., Curtoo, H.L.: Presence of Glucuronyl Transferase Activity in Human Lymphocytes.  Res Comm Chem Pathol Pharm 1978; 22(1): 187

Gessner T, Dresner, J.H., Freedman, H.J., Gurtoo, H.L., Paigen, B.:  Conjugation Pathways in Humans:  Glucuronyl Transferase Activity in Human Lymphocytes. Conjugation Reactions in Drug Biotransformation. Aitio, A., Ed. Elsevier / North Holland Biochem. Press (1978)

Gessner T, Dresner, J.H.:  Nuclear UDP-Glucuronyl Transferase (GT) Activity. The Pharmacologist 1977; 19(2): 191

*Research Experience:*

"A Randomized, Open-Label, Parallel-Design Trial To Assess the Safety of Glucose Control as Measured by the Frequency of Severe Hypoglycemia Events Using Xxxxx Based On Different Fasting Blood Glucose Goals With Xxxxx In Adult Individuals With Type 2 Diabetes Who Have Not Achieved The Target $A_{1c}$ Goal Of <7% With Oral Hypoglycemia Agents"

## *Research Experience (cont.):*

Clinical Utility of Xxxxx/Xxxxx to Improve Concomitant Cardiovascular Risk Factors of Hypertension and Dyslipidemia

A Multi-Center, Multinational Open Clinical Study to Explore Relationships Between Genotypic (from DNA) and Serologic (from serum) Findings and Phenotypic Manifestations in a Large Cohort of Participants

Study to Assess the Validity and Reliability of a Headache Questionnaire in Primary Care

Xxxxx Cardiovascular Treatment Assessment Versus Enalapril

Xxxxx Evaluation:  Advancing Current Treatment of Type 2 Diabetes Mellitus (React 2 Diabetes)

1980

> Summer Research Fellowship
> Department of Medicine
> New York Medical College
> Valhalla, New York
> "Presence of Drug Metabolizing Enzymes in Rat Bone Marrow"

1979

> American Society of Anesthesiologists Summer Anesthesiology Externship
> Buffalo General Hospital
> Buffalo, New York

1977 - 1978

> Graduate Research Thesis
> "Glucuronyl Transferase Activity in Human Lymphocytes"
> Department of Experimental Therapeutics
> Roswell Park Memorial Institute
> Buffalo, New York

# CURRICULUM VITAE

# WALTER C. MARTINEZ, M.D., FAAN, FAAP

**BUSINESS ADDRESS:**
Premiere Research Institute
Palm Beach Neurology
4631 N. Congress Avenue, Suite 200
West Palm Beach, FL 33407
Telephone: (561) 845-0500
Fax: (561) 845-5326

## CURRENT POSITIONS

| | |
|---|---|
| Associate Clinical Professor of Neurology, Nova Southeastern University | 2000 - Present |
| Director, Premiere Research Institute West Palm Beach, FL | 1998 - Present |
| Institutional Review Board (IRB) Good Samaritan & St. Mary's Hospital | 1999 – 2003 |
| Attending Neurologist, Palm Beach Neurology | 1998 - Present |
| Principal Investigator, Premiere Research Institute | 1998-Present |
| Sub-Investigator, Premiere Research Institute | 1998-Present |
| Medical Director:  Memory Disorder Center St. Mary's Neuroscience Center | 1998-Present |
| Attending Neurologist, Palm Beach Neurological Group, P.A. | 1976-1998 |
| President:  Medical Parents Association – University of Miami | 1999-2001 |
| Board of Directors, Epilepsy Foundation of South Florida | 2000-2002 |
| Professional Advisory Board, Epilepsy Foundation of America | 2000-2004 |
| Director/Neurology Florida Epilepsy Camp, The Boggy Creek Gang Camp Eustis, Florida | 1996-2000 |

Curriculum Vitae
Walter C. Martinez, MD

Professional Advisory Board Rehabilitation Center for
Children and Adults
Palm Beach, Florida

1987-2004

Professional Advisory Board, Tourette Syndrome Association
Of South Florida

1985-2002

Director, Child Neurology, Children's Medical Services
District 9

1976-2004

## EDUCATION

San Marcos University, Lima, Peru
B.S. Faculty Sciences

1960

San Marcos University, Lima, Peru
San Fernando School of Medicine
M.D. (Mention of Honor:  Sixth in a class of 151 students)

1967

## POST-GRADUATE TRAINING

Chief Resident:  Child Neurology
Albert Einstein College of Medicine

1974-1975

Assistant Resident, Neurology, Child Neurology
Albert Einstein College of Medicine

1973-1974

Assistant Resident, Neurology
Albert Einstein College of Medicine

1972-1973

Assistant Resident, Neurology
Downstate Medical Center, University of N.Y.

1971-1972

Assistant Resident, Pediatrics
Albert Einstein College of Medicine

1970-1971

Assistant Resident, Pediatrics
Memorial Hospital for Cancer and Allied Diseases
New York, New York

1971

Assistant Resident, Pediatrics
Albert Einstein College of Medicine

1969-1970

Curriculum Vitae
Walter C. Martinez, MD

| | |
|---|---|
| Internship, Cook County Hospital, Chicago | 1968-1969 |
| Internship, Loayza Hospital, Lima, Peru | 1967-1968 |
| Mini-fellowship in Epilepsy – Bowman Gray School of Medicine | 1990 |

## HOSPITAL POSITIONS

| | |
|---|---|
| Associate Medical Director: Memory Disorder Center<br>St. Mary's Neuroscience Center | 1998- Present |
| Director, Palm Beach Center for Epilepsy<br>St. Mary's Neuroscience Center | 1988 - Present |
| Chief of Neurology and Electroencephalography<br>St. Mary's Medical Center | 1987-1992 |
| Chief of Neurology, Good Samaritan Hospital | 1979-1983 |
| Director, Encephalography, Good Samaritan Hospital | 1976-1992 |
| St. Mary's Medical Center<br>Active Staff | 1976-Present |
| Good Samaritan Hospital<br>Active Staff | 1976-Present |
| Palm Beach Gardens Medical Center<br>Active Staff | 1976-1997 |
| Assistant Professor of Neurology and Pediatrics<br>Albert Einstein College of Medicine<br>Bronx, New York | 1975-1976 |
| Attending Physician in Neurology and Pediatrics<br>Bronx Municipal Hospital Center<br>Albert Einstein College of Medicine | 1975-1976 |
| Supervisor, Convulsive Disorder Section of Children's Evaluation<br>And Rehabilitation Clinic<br>Rose F. Kennedy Center<br>Bronx, New York | 1975-1976 |
| Professor of Biology, Academia Cayetano Heredin<br>Premedical Institute, Peru | 1963-1968 |

Curriculum Vitae
Walter C. Martinez, MD

Assistant Instructor in Neuroanatomy
San Fernando School of Medicine
Lima, Peru

1964-1968

## ELECTED OR APPOINTED POSITIONS

Second Vice-President
Epilepsy Foundation of Eastern Florida

1999 - 2001

Medical Director: Memory Disorder Center
St. Mary's Neuroscience Center

1998 - Present

First Vice-President: Medical Parents Association
University of Miami

1997-1998

Board of Directors, Epilepsy Foundation of Eastern Florida

1991 – 2001

Chief of Neurology:  Palm Beach County Home

1994-1996

First Vice-Present, Epilepsy Foundation of Eastern Florida

1993-1998

Professional Advisory Board:  Mediplex Rehab Palm Beach

1993-1995

Chairman, Epilepsy Foundation of Florida Information
And Education Committee

1991-1995

Second Vice-President, Epilepsy Association of the Palm Beaches

1991-1992

President, Epilepsy Foundation of Florida

1989-1990

First Vice-President, Epilepsy Foundation of Florida

1987-1988

Chairman, Professional Advisory Board
Epilepsy Association of the Palm Beaches

1991-1995

Second Vice-President, Epilepsy Association of the Palm Beaches

1987-1989

Chairman, Committee on Education
Florida Neurological Society

1986-1988

Board of Directors, Epilepsy Foundation of Florida

1986-1995

President:  Florida Neurological Society

1985-1986

Curriculum Vitae
Walter C. Martinez, MD

| | |
|---|---|
| First Vice-President, Florida Neurological Society | 1984-1985 |
| Board of Directors, Epilepsy Association of the Palm Beaches | 1984-1995 |
| Co-Director, Muscular Dystrophy Clinic<br>Palm Beach County, Florida | 1978-1988 |
| Director, Child Neurology | |
| Children's Medical Services District 15 | 1976-1995 |

## PROFESSIONAL CERTIFICATIONS

| | |
|---|---|
| Certified Member, Medical Society of Neuro-Rehabiliation | 1995 |
| Fellow American Academy of Neurology | 1992 |
| Board Certified, American Board of Electroencephalography | 1991 |
| Board Certified, American Board of Neurology and Psychiatry<br>(Adult Neurology) | 1978 |
| Board Certified, American Academy of Neurology<br>And Child Neurology<br>(Special Competence in Child Neurology) | 1978 |
| Fellow American Academy of Pediatrics | 1974 |
| Board Certified American Academy of Pediatrics | 1974 |
| Flex Score 84.5 | 1973 |
| Education Council Foreign Medical Graduates<br>Score 83 | 1967 |

## PROFESSIONAL SOCIETY MEMBERSHIPS

American Academy of Neurology – Fellow
Florida Society of Neurology
American Medical Association
Child Neurology Society
Peruvian American Medical Society
Epilepsy Foundation of America
Epilepsy Foundation of Eastern Florida

Revised 4/16/08

American Epilepsy Society
Academia Ibero-Americana de Neurologica Pediatrica
Tourette's Syndrome Foundation
Southern Neurological Society

## LICENSURE

Florida State Department of Professional Regulations
License #27021

1976

New York State Department of Professional Regulations
License #117-397

1973

## AWARDS & SPECIAL RECOGNITION

Hero of Medicine, Palm Beach County Medical Society        2005
Listed in Best Doctors in America                          1996 to Present

Listed in Best Doctors in America, Southeast Region        1996-1997

Graduated Sixth in a Class of 151 Students
San Fernando School of Medicine-San Marcos University
Lima, Peru

1967

## BOOKS

W.C. Martinez, I. Rapin, C. Moore:  Neurological Complications of Renal Failure in Pediatric
Kidney Disease.  C.N. Eddlemen (ed) Little Brown & Co., Boston, 1978

Neurological Complications of Renal Failure and Their Treatment, J.H. French, I. Rapin, W.C.
Martinez.  Pediatric Kidney Disease.  Eddleman, C.N. (ed) Little Brown & Co., Boston

## PRESENTATIONS

Keys to Neurology:  Co-Chairman, County Model for Epilepsy Management.  University of
Miami.  Key West.  June 25 – 27.

Keys to Neurology:  Co-Chairman, Broad Spectrum of Vascular Epilepsy.  University of Miami.
Key West.  June 25 – 27.

Stroke-Epilepsy:  Vascular Epilepsy.  Kravis Center, West Palm Beach, Florida, June 18, 1999,
American Heart Association.

The Role of New AED.  Tampa, Florida.  June 9, 1999.

New Formulations and Services. Jacksonville, Florida. June 3, 1999.

Tourette Syndrome: Multiple Faces of Tourette. Palm Beach Neurological Update. Palm Beach Gardens, Florida. May 13, 1999.

Neurological Disorders in Clinical Practice. II and III Year Medical Students. University of Miami. Program Chairman. Miami, Florida. April 24, 1999.

Dementia: An Update in Diagnosis and Treatment. Differential Diagnosis of Dementia. St. Petersburg, Florida, March 13, 1999.

Alzheimer's Disease: Neurological Comorbidity of Alzheimer's Disease. Boca Raton, Florida, February 27, 1999.

The Role of New AEDs in the Management of Seizures. Winston-Salem, N.C., February 24, 1999.

Tourette's Syndrome: Update in Diagnosis and Management. Florida Chapter Tourette Foundation, West Palm Beach, Florida, February 13, 1999.

New AEDs in the Management of Seizures. Orlando, Florida, February 4, 1999, Sponsored by Shire Laboratories.

Epileptic and Non-Epileptic Neurological Programs in Children. The Richard and Pat Johnson Children's Hospital. West Palm Beach, Florida, February 18, 1999.

Support Group, Tourette Foundation, Palm Beach County: New Advances in the Management of tourette's. Columbia Hospital, West Palm Beach, Florida, January 12, 1999.

New Formulation of Antiepileptic Medications in the Management of Seizures. Grand Rapids, Michigan, December 16, 1998.

Epilepsy: An Update. Medical Parents Association of the University of Miami. Miami, Florida, November 19, 1998.

Neurological Disorders in Children and Adolescents: Advances and Diagnosis and Treatment. Course Director – Good Samaritan Hospital, November 7, 1998.

Lamotrigine in Clinical Practice. St. Mary's Neuroscience Lecture Series, West Palm Beach, Florida, November 18, 1998.

Childhood Epileptic Syndrome. University of South Carolina in Charleston. September 9, 1998.

Neurologic Grand Rounds. University of South Carolina in Charleston, September 10, 1998.

Benign Epileptic Syndromes. Peruvian Society of Pediatrics, Lima, Peru. September 2, 1998.

Non-Epileptic Paroxysmal Events in Children and Adolescents. Congress Peruvian Society of Pediatrics. September 3, 1998, Lima, Peru.

Symposium: Anticonvulsants, Clinical Applications in Childhood Neurological Conditions. Peruvian Congress Society of Pediatrics. September 4, 1998, Lima, Peru.

Keys to Neurology: Co-Chairman, July 31, 1998. University of Miami. Isla Morada, Florida.

Keys to Neurology: Benign Pediatrics Epileptic Syndromes. University of Miami. Isla Morada, Florida, August 1, 1998.

Childhood Epileptic Syndromes: Columbia Hospital, Interns and Residents, West Palm Beach, Florida, August 13, 1998.

Epilepsy in Children: Clinical Update. Boggy Creek Campa, Casia, Florida, June 22, 1998.

New Anti-Epileptic Drugs in the Management of Epilepsy. Ortho Mcneill, May 9, 1998.

Migraine Headaches: Diagnosis and Treatment. Peruvian American Medical Society. Stuart, Florida, April 4, 1998.

Consensus in the Management of Epilepsy: Childhood Epileptic Syndromes. Southern Neurological Society. Huatulco, Mexico. January 17, 1998.

Neurological Disorders in the Elderly: Chairman of the Program. Management of Epilepsy in the Elderly. Epilepsy Foundation of Eastern Florida. November 8, 1997.

Childhood Epileptic Syndromes. Pat Johnson Children's Hospital, St. Mary's Medical Center, West Palm Beach, Florida, November 20, 1997.

Update in Epilepsy. Epilepsy Services. Epilepsy Foundation of Eastern Florida, September 26, 1997.

Childhood Epileptic Syndromes. Annual Conference, Children's Hospital, Lima, Peru, August 27, 1997.

Gilles de la Tourette's Syndrome. Annual Conference, Children's Hospital, Lima, Peru, August 23, 1997.

Symposium in Status Epilepticus. Annual Conference, Children's Hospital, Lima, Peru, August 24, 1997.

The Role of New Antiepileptic Drugs in the Management of Epilepsy. Sponsored by Parke Davis. West Palm Beach, Florida, June 4, 1997. Epilepsy Foundation of Eastern Florida.

Curriculum Vitae
Walter C. Martinez, MD                                                    Page 9 of 27

Management of Benign Epileptic Syndromes in Children and Adolescents.  Sponsored by Parke-Davis, May 22, 1998, West Palm Beach, Florida.

Benign Rolandic Epilepsy:  Consensus of Child Neurology.  University of Florida.  Orlando, Florida, May 10, 1997.

Gilles de la Tourette's Syndrome:  Clinical Update.  Interns and Residents, Columbia Hospital, West Palm Beach, Florida, April 8, 1997.

Behavior Disorders in Childhood, Gold Coast Seminar  Palm Beach February 29, 2000

New AED's: Update,  Coral Gables, Miami, FL   June 26, 2000

Trileptal: When to use and Tritrate, Jacksonville FL   June 27, 2000

New AED's: Tripelptal, Charlotte, NC   July 19, 2000

Epilepsy Overview, Children's Hospital, Lima, Peru   September 1, 2000

Management of Status Epilepticsm Children's Hospital, Lima, Peru   September 2, 2000

Trileptal: Update Greenville, SC   October 14, 2000

Epilepsy: New AED's Charlotte, NC   October 21. 2000

## ABSTRACTS AND PUBLICATIONS

Benign Rolandic Epilepsy:  Consensus in Child Neurology.  Maria, BL, 1997.  Decker Periodicals.

Epilepsy Patients Switched From Older Antiepileptic Drugs To Lamotrigine Monotherapy Show Improvement in Quality of Life; Epilepsy 2000 40: 7: 176 Kevin P. Nanry, Walter Martinez

Evaluation of Lamotrogine Versus Carbamazepine, Phenytoin, or Divalproex Sodium As Monotherapy For Epilepsy Patients Who Failed Or Could Not Tolerate Previous Antiepileptic Drug Therapy; Epilepsy 2000; 40; 7:100 Walter Martinez, Leonard Kaminow, Kevin P. Nanry

## CLINICAL STUDIES:

849 Syntex  Ticlopidine Hydrochloride vs. Aspirin Therapy in Patients who Have Transient Cerebral Ischemic Attacks (T.I.A.) ("Little Strokes"0 and who Are at Higher Risk for Stroke Development. 1988-1990. Sub Investigator

849E Syntex Extension of Above Study, Compassionate Use. 1988 – 1990.
Sub Investigator

**S2B-305**  Glaxo Multicenter Evaluation of the Safety and Efficacy of Subcutaneous GR43175C in Patients with Acute Migraine Attacks – Using a Two-Dose Regimen.  1989 – 1990.  Sub Investigator

**970-26**  Parke-Davis Placebo-Controlled, Parallel Group, Multicenter Study of Tacrine (CL-970) in Alzheimer's Disease Patients.  1990 – 1993.  Sub Investigator

**S2B-308**  Glaxo  Evaluation of Sumatriptan in the Treatment of Migraine Pain Recurrence – A Pilot Study.  1990 – 1993.  Sub Investigator

**S2B-308E** Glaxo  Extension of S2B-308.  1991 – 1993. Sub Investigator

**970-61**  Parke Davis  A Double-Blind, Placebo-Controlled, Parallel Group, High-Dose Study of Tacrine (CL-970) in Patients with Alzheimer's Disease.  1992 – 1993.  Sub Investigator

**970-62** Parke Davis  Open Label Extension of 970-62.  1992 – 1993.  Sub Investigator

**Field Study** Sandoz  To Confirm the Efficacy and Safety of DHE-45 in Common or Classic Migraine.  1992. Sub Investigator

**DHE-701**  Sandoz  A Double-Blind  Comparison of Subcutaneous Versus Intramuscular Administration of DHE for the Emergency Management of Episodic Vascular Headaches.  1992. Sub Investigator

**DHE-702** Sandoz  DHE vs. Placebo in Menstrual Migraine.  1992. Sub Investigator

**P-1633** Sterling Winthrop  Clopidogrel vs. Aspirin in Patients at Risk of Ischemic Events.  1992 Sub Investigator

**Cognex** Parke Davis  A Treatment IND Program for Patients with Alzheimer's Disease.  1993. Sub Investigator

**DHI-703** Sandoz  A Double-Blind Randomized Study Comparing the Efficacy and Safety of Injectable DHE-45 and Injectable Sumatriptan in the Acute Treatment of Classic and Common Migraine.  1993.  Sub Investigator

**S2B-316** Glaxo  A Safety Evaluation of Sumatriptan in The Treatment of Migraine Pain:  A Long Term, "At Home" Study.  1993  Sub Investigator

**S2B-340** Glaxo  A Double Blind, Placebo-Controlled Parallel Group Study to Evaluate Two Dose Levels (10mg and 20mg) of Intranasal Sumatriptan in the Acute Treatment of a Migraine Attack.  1993   Sub Investigator

**M92-811** Abbott.  The Efficacy and Safety of Depakote in Migraine Prophylaxis:  A Double-Blind, Placebo-Controlled study.  1992  Sub Investigator

M92-647 Abbott. The Safety of Depakote in Headache Prophylaxis:  An Open Label, Long-Term Study. 1993 Sub Investigator

M92-813 Abbott. An Open-Label Study of Long-Term Tiagabine HCl Administration in Patients with Epilepsy. 1993  Sub Investigator

M92-813 Abbott Extension of Open-Label Study of Long Term Tiagabine HCl Administration in Patients with Epilepsy. 1993 Sub Investigator

HP-303 Hoechst-Roussel Multi-Center, 36-Week, Double-Blind, Parallel Group Safety, Tolerance and Efficacy Comparison of Placebo and Mentane in Outpatients with Alzheimer's Disease. 1993  Sub Investigator

E2020 Eisai America A 15-week, Multi-center, Randomized, Double-Blind, Placebo-Controlled, Evaluation of the Safety and Efficacy of E2020 in Patients with Alzheimer's Disease. 1994 Sub Investigator

SAB USA-25 Janssen Clinical Evaluation of Efficacy and Safety in the Treatment of Alzheimer's Disease. A One-Year, Double-Blind Placebo-Controlled Study. 1994 Sub Investigator

S3A-223 Glaxo A Controlled Study of Ondansetron in the Treatment of Primary Degenerative Dementia of the Alzheimer's Type. 1994 – 1994.  Sub Investigator

S2B-342 Glaxo  A Randomized, Double Blind, Placebo-Controlled Study to Evaluate Headache Pain Relief with Sumatriptan Nasal Spray (5 mg, 10 mg and 20 mg) Across Three Migraine Attacks. 1994  Sub Investigator

CN102 Bristol-Myers Squibb The Safety and Efficacy of Stadol (Butorphanol 013-002 Nasal Spray) Versus Fiorinal with 30 mg Codeine in Patients with Acute Migraine Headache. 1994. Sub Investigator

ADDA 2002 Glaxo Wellcome  A Multicenter, Open-Label, Uncontrolled, Dose Titration Study of Seven Oral Doses of 1555U88 (1.25, 2.5, 5, 7.5, 10, 12.5 and 15 mg per day) in the Treatment of Attention Deficit/Hyperactivity Disorder in Children. Sub Investigator

E-0401 Pfizer A Twenty Four Week, Multicenter, Parallel Group, Double-Blind, Placebo, Controlled Study of the Efficacy, Tolerability and Safety of Estrogen in the Treatment of Alzheimer's Disease in Outpatient Women Treated with Donepezil. Sub Investigator

191622-009 Allergan. A Multicenter, Double-Blind, Randomized, Placebo-Controlled, Parallel Group Study Comparing Different Muscle Injection of Botox (Botulinum Toxin, Type A) Purified neurotoxin Complex for the Prophylactic Treatment of Migraine Headaches.  Sub Investigator

**FA-960-002** Fujisawa/Quintiles. A Randomized, Double-Blind, Placebo-Controlled Study to Determine the Safety and Efficacy of FK960 in Patients with Mild to Moderate Probable Alzheimer's Disease. Sub Investigator

**GAL-USA-11** Janssen. Safety and Efficacy of Galantamine During Withdrawal Treatment of Alzheimer's Disease Blinded Withdrawal Trial. Sub Investigator

**SCAA 4008** Glaxo Wellcome   An Open-Label Pilot Comparison of Lamotrigine Versus Divalproex Sodium for the Treatment of Patients with Juvenile Myoclonic Epilepsy. Sub Investigator

**AN0121-456** Elan An Open-Label Dose Titration Study of the Safety and Efficacy of Zanaflex (Tizanidine HCL) Tablets in Chronic Daily Headache Prophylaxis." Sub Investigator

**ENAB-356** Sandoz. An Open-Label Study to Evaluate the Safety and Efficacy of 1.5 mg b.i.d. (3mg/day) through 6 mg b.i.d. (12mg/day) of Exelon in Patients with Mild to Severe Probable Alzheimer's Disease in the Community Setting. Sub Investigator

**GAL-USA-10** Janssen. Placebo Controlled Evaluation of Galantamine in the Treatment of Alzheimer's Disease: Safety and Efficacy Under a Slow-Titration Regimen. Sub Investigator

**SCAA 4005** Glaxo Wellcome An Evaluation of Lamotrigine Versus Carbamazepine, Phenytion, or Divalproex Sodium as Monotherapy Treatment for Epilepsy Patients who have Failed a Previous Course of Antiepileptic Drug Therapy. Sub Investigator

**MRZ 900** Merz. Efficacy and Long-Term Tolerability of Memantine in Patients with Moderately Severe to Severe Alzheimer's Disease (AD) Sub Investigator

**M98-845** Abbott/Quitiles. The Safety and Efficacy of Divalproex Sodium Extended-Release Tablets in Migraine Prophylaxis – A Double-Blind, Placebo-Controlled Study. Sub Investigator

**CV-2619** Takeda. A Double-Blind, 12-Month Safety and Efficacy Extension Study of PNFP-002 Idebenone (CV-2619) 120mg tid, 240mg tid, and 360mg tid in Patients with Probable Alzheimer's Disease. Sub Investigator

**89303 E109-97B** Somerset. Placebo-Controlled, Double-Blind Study of the Safety, Tolerability and Efficacy of the Selegeline Transdermal System (STS) in  Parkinson's Disease Patients Experiencing Sub-Optimal Responses to Levodopa/Carbidopa. Principal Investigator

**IV4991 W93** Glaxo Protocol For A Multicenter, Randomized, Double-Blind, Placebo Controlled, Parallel Group. In Clinic Study to Investigate the Efficacy and Tolerability of Intravenous 4991 W93 in the Acute treatment of Migraine Headache. 1997. Sub Investigator

**160-105 5007** Pfizer  A Multicenter, Double-Blind, Randomized, Placebo-Controlled, Parallel Group Study of the Efficacy and Safety of Oral Eletriptan in Adolescent Subjects Aged 12 to 17 Years with Acute Migraine 1997 Sub Investigator

**1042-112** CoCensys  A Double-Blind, Parallel, Placebo-Controlled, Single-Dose Study of the Activity of Four Dose Levels of Gamaxolone for the Treatment of Migraine Headaches with or without an aura in Females. 1997. Sub Investigator

**22043-006** Smithkline Beecham   A Multicenter, Double-Blind, Placebo-Controlled, Dose-Ranging Study to Evaluate the Efficacy and Safety of Single Doses of SB-220453 in the Treatment of Acute Migraine. 1997. Sub Investigator

**SUMA3005** Glaxo Wellcome   An Open-Label Study to Evaluate the Long Term Safety, Efficacy and Tolerability of Sumatriptan Nasal Spray (GR43175C) in an Adolescent Migraine Population for a Single Migraine. 1997. Sub Investigator

**SUMA3006** Glaxo Wellcome   An Open-Label Study to Evaluate the Long Term Safety, Efficacy, and Tolerability of Sumatriptan Nasal Spray in an Adolescent Migraine Population for Multiple Migraines. 1997. Sub Investigator

**D97-019** Bayer  Metrifonate Investigational Nationwide Trial (M.I.N.T.) – Study to Determine Safety and Tolerability of Metrifonate in Alzheimer's Disease. Sub Investigator

**ADDA 2002** Glaxo Wellcome  A Mutlicenter, Open-Label, Uncontrolled, Dose Titration Study of Seven Oral Doses of 1555U88 (1.25, 2.5, 5, 7.5, 10, 12.5 and 15 mg per day) in the Treatment of Attention Deficit/Hyperactivity Disorder in Children. 1998-1999. Sub Investigator

**E-0401** Pfizer  A Twenty Four Week, Multicenter, Parallel Group, Double-Blind, Placebo, Controlled Study of the Efficacy, Tolerability and Safety of Estrogen in the Treatment of Alzheimer's Disease in Outpatient Women Treated with Donepezil.  Sub Investigator.  1998-1999.

**ADCS 008** Univ. of CA/SD A Randomized, Double-Blind, Placebo-Controlled Trial to Evaluate the Safety and Efficacy of Vitamin E and Donepezil HCL (Aricept) to Delay Clinical Progression from Mild Cognitive Impairment (MCI) to Alzheimer's Disease (AD).   Sub Investigator. 1998-1999.

**191622-009** Allergan. A Multicenter, Double-Blind, Randomized, Placebo-Controlled, Parallel Group Study Comparing Different Muscle Injection of Botox (Botulinum Toxin, Type A) Purified neurotoxin Complex for the Prophylactic Treatment of Migraine Headaches. 1999. Sub Investigator

**GAL-USA-11** Janssen  Safety and Efficacy of Galantamine During Withdrawal Treatment of Alzheimer's Disease Blinded Withdrawal Trial. Sub Investigator 1999.

SCAA 4008 Glaxo Wellcome   An Open-Label Pilot Comparison of Lamotrigine Versus Divalproex Sodium for the Treatment of Patients with Juvenile Myoclonic Epilepsy.   1998-1999. Sub Investigator

AN0121-456 Elan An Open-Label Dose Titration Study of the Safety and Efficacy of Zanaflex (Tizanidine HCL) Tablets in Chronic Daily Headache Prophylaxis." 1998-1999. Sub Investigator

ENAB-356 Sandoz  An Open-Label Study to Evaluate the Safety and Efficacy of 1.5 mg b.i.d. (3mg/day) through 6 mg b.i.d. (12mg/day) of Exelon in Patients with Mild to Severe Probable Alzheimer's Disease in the Community Setting. Sub Investigator. 1998-1999.

GAL-USA-10 Janssen.   Placebo Controlled Evaluation of Galantamine in the Treatment of Alzheimer's Disease:  Safety and Efficacy Under a Slow-Titration Regimen.  Sub Investigator. 1998-1999.

SCAA 4005 Glaxo Wellcome  An Evaluation of Lamotrigine Versus Carbamazepine, Phenytoin, or Divalproex Sodium as Monotherapy Treatment for Epilepsy Patients who have Failed a Previous Course of Antiepileptic Drug Therapy. 1998-1999. Sub Investigator

MRZ 9001- 9605 Merz  Efficacy and Long-Term Tolerability of Memantine in Patients with Moderately Severe to Severe Alzheimer's Disease (AD). Sub Investigator 1998-1999

M98-845 Abbott/Quintiles  The Safety and Efficacy of Divalproex Sodium Extended-Release Tablets in Migraine Prophylaxis – A Double-Blind, Placebo-Controlled Study.  1998-1999. Sub Investigator

CV-2619 PNFP-002 Takeda  A Double Blind, 12-Month Safety and Efficacy Extension Study of Idebenone (CV-2619) 120mg tid, 240mg tid, and 360mg tid in Patients with Probable Alzheimer's disease. Sub Investigator. 1998-1999.

E109-97B Somerset – Placebo-Controlled, Double-Blind Study of the Safety, Tolerability, and Efficacy of the Selegeline Transdermal System (STS) in    Parkinson's Disease Patients Experiencing Sub-Optimal Responses to Levodopa/Carbidopa, 1999, Principal Investigator

Aricept/ Melatonin ADCS – A Multicenter, Placebo-Controlled Trial of Melatonin for Sleep Disturbance in Alzheimer's disease. 1999. Sub Investigator

311CUS/005 Zeneca A Multicenter, Double-Blind, Placebo-Controlled, Randomized Trial and Open Label Long-Term Tolerability Trail of Zolmitriptan (20mg) for the Acute Treatment of Migraine Headaches in Adolescents Subjects. 1998 Sub Investigator

Botox 191622005-00 Allergan:   A Multicenter, Double-Blind, Randomized, Parallel Group Clinical Study of Two-dose Groups of Botox vs. Placebo in the Management of Subjects with I.H.S. Defined Migraine headache, With or Without Aura. 1998 Sub Investigator

**MK- 0462** Merck A Randomized, Double-Blind, Placebo-Controlled, Parallel Group, Outpatient Study to Examine the Safety, Tolerability, and Efficacy of Rizatriptan 5mg. p.o. for the Acute treatment of Migraine in Adolescents. 1998. Sub Investigator

**GL230016** Glaxo Wellcome A Multicenter, Randomized, Double-Blind, Placebo-Controlled, Parallel-Group Study To Investigate the Tolerability and Efficacy of 12-Week Oral GV196771 300mg Once Daily Compared to Placebo in the Prophylaxis of Migraine Headache Attacks in Adult Subjects with Migraine, 1998 Sub Investigator

**SB 214857/030** Blockade of the GP IIB/IIIA Receptor to Avoid Vascular Occlusion (BRAVO) 1999 Sub-Investigator

**191622-009** Allergan. A Multicenter, Double-Blind, Randomized, Placebo-Controlled, Parallel Group Study Comparing Different Muscle Injection of Botox (Botulinum Toxin, Type A) Purified neurotoxin Complex for the Prophylactic Treatment of Migraine Headaches. 1999. Sub Investigator

**AN0121-456** Elan An Open-Label Dose Titration Study of the Safety and Efficacy of Zanaflex (Tizanidine HCL) Tablets in Chronic Daily Headache Prophylaxis." 1998 Sub Sub Investigator

**MT100-302** Pozen (HA) An Open-Labeled, Repeat Dose, Long-Term Safety Study of MT100 In Subjects With Acute Migraine Attacks. 1999 Sub Investigator

**ADC –011 Non Steroidal** Eisai A Multi-center Trial of Rofecoxib and Naproxen in Alzheimer's Disease. Sub Investigator 1999

**ADC –011 Non Steroidal** Eisai A Multi-center Trial of Rofecoxib and Naproxen in Alzheimer's Disease. Principal Investigator 1999

**11355980 A1** Mayo Study A Randomized Trial of Estrogen to Delay Alzheimer's Disease in Women at Risk Principal Investigator 1999

**SB 214857/030** SmithKline Beecham Blockade of the GP IIB/IIIA Receptor to Avoid Vascular Occlusion (BRAVO) 1999, Principal Investigator

**ADCS 008** Aricept/Vitamin E University of CA/SD A Randomized, Double-Blind, Placebo-Controlled Trial to Evaluate the Safety and Efficacy of Vitamin E Donepezil HCL (Aricept) to Delay Clinical Progression From Mild Cognitive Impairment (MCI) to Alzheimer's disease 1999, Principal Investigator

Curriculum Vitae
Walter C. Martinez, MD                                          Page 16 of 27

S00-115 Bayer A Multi-Center, Randomized, Double-Blind, Parallel Group, Single Dose, Placebo-Controlled Study of the Efficacy and Safety of a Combination of Aleve (Naproxen Sodium 220 MG) and Extra-Strength Tylenol (Acetaminophen 500 MG) To Aleve (Naproxen Sodium 440 MG) and Extra-Strength Tylenol (Acetaminophen 1000 MG) In subjects with Acute Migraine Attacks Sub Investigator 1999

91622-027 Allergan A Multicenter, Double-Blind, Randomized, Placebo-Controlled, Parallel Group Study to Assess the Safety and Efficacy of BOTOX ® (Botulinum Toxin, Type A) Purified Neurotoxin Complex Injected into Bilateral Pericranial Muscles for the Prophylactic Treatment of Chronic Tension Type Headaches. 1999, Sub Investigator

311CUS/0005 AstraZeneca A Multicenter Double-Blind, Placebo-Controlled, Randomized Trial and an Open-Label, Long-Term Tolerability Trial of Zolmitriptan for the Acute Treatment of Migraine Headache in Adolescent Subjects. Sub Investigator 1999

191622-027 A Multicenter Double-Blind, Randomized, Placebo-Controlled, Parallel Group Study to Assess the Safety and Efficacy of BOTOX ® (Botulinum Toxin, Type A) Purified Neurotoxin Complex Injected into Bilateral Pericranial Muscles for the Prophylactic Treatment of Chronic Tension Type Headaches. Sub Investigator 1999

GAL-USA-16 Janssen Placebo controlled evaluation of Galantamine in the treatment of Alzheimer's Disease: a cardiac safety study Principal Investigator 1999

TOPMAT-NP-002 RW Johnson A Double-Blind, Placebo-Controlled, Parallel Group, Dose Response Study to Evaluate the Efficacy and Safety to Topiramate Versus Placebo in the Relief of Pain In Diabetic Peripheral Polyneuropathy" Principal Investigator 1999

CTR1476 US01Oxcarbazepine (Trileptal) Safety and Theraputic effect of Oxcarbazepine in patients with Partial Seizures (STOPS trial). Sub Investigator 1999

FA 960-0005 FRIA A Well-Controlled Safety And Efficacy Study Of FK960 In Subjects With Mild To Moderate Alzheimer's Disease Principal Investigator 1999

B4Z-MC-LYAB Eli Lilly & Company A Phase 3 Open-Label Safety and Efficacy Study of Tomoxetine Hydrochloride in Pediatric Outpatients (6 to 18 Years) with ADHD    Sub Investigator 1999

B4Z-MC-LYAA / 063 LY139603 Eli Lilly & Company Tomoxetine Hydrochloride A Phase III Randomized, Double-Blind Comparison of Placebo and Tomoxetine Hydrochloride in Adult Outpatients with DSM-IV Attention-Deficit/ Hyperactivity Disorder Sub Investigator 1999

MK-0966 126 Merck Research Laboratories The Safety and Efficacy of MK-0966 25 mg in Delaying the Progression of the Symptoms of Alzheimer's Disease in Patients with Probable AD. Principal Investigator 1999

E2020-A001-308 Eisai A 24 Week, Multicenter, Randomize, Double-Blind, Placebo-Controlled Evaluation of the Efficacy and Safety of Donepezil Hydrochloride (E2020) in Patients with Dementia Associated with Cerebrovascular Disease. 2000, Principal Investigator

A 1601027 Pfizer Switching from Fiorinal ™/Fioricet™ to Oral Eletriptan (40mg): Impact on Work Productivity, Quality of Life, Healthcare Use, and Subject Satisfaction in the Treatment of Acute Migraine. 2000, Sub Investigator

126-00 Vioxx Merck The Safety and Efficacy of MK-0966 25 mg in Delaying the Progression of the Symptoms of Alzheimer's Disease in Patients with Probable AD. 2000   Principal Investigator

866-318 Sankyo A Randomized, Placebo-Controlled, Factorial-Designed Study of CS-866 and Hydrochlorothiazide in Patients with Essential Hypertension. 2000, Sub Investigator

SUM40274 Glaxo A Randomized, Double-Blind, Placebo-Controlled, Parallel Group, Single-Attack Evaluation Of Sumatriptan 50mg and 100mg Versus Placebo During a Migraine Headache at the First Sign of Pain. 2000, Sub Investigator

059-00 Merck Research Laboratories A randomized, Double-Blind, Placebo-Controlled, Parallel Groups, Outpatient study to Examine the Safety, Tolerability, and Efficacy of Rizatriptan 5 mg P.O. for the Acute Treatment of Migraine in Adolescents. 2000   Sub Investigator

Topmat-NP-002 (Pri/Top-Int-29) RW Johnson A Double Blind, Placebo-Controlled, Parallel Group, Dose-Response Study To Evaluate The Efficacy And Safety To Topiramate Versus Placebo In The Relief Of Pain In Diabetic Peripheral Polyneuropathy" 2000. Principal Investigator

SX080A99 Pfizer A Study to Assess the Validity and Reliability of a Headache Assessment Questionnaire in Primary Care 2000. Sub Investigator

A1601048 Pfizer A Multicenter, Double-Blind, Randomized, Placebo-Controlled Parallel Group Comparative Study of the Efficacy and Safety or Oral Eletriptan (40mg) and Sumatriptan (100mg) Given For The Acute Treatment of Migraine. 2000. Sub Investigator

GAL-INT-11 Janssen A randomized double blind placebo-controlled trial to evaluate the efficacy and safety of Galantamine in subjects with mild cognitive impairment (MCI) clinically at risk for development of clinically probable Alzheimer's disease. Principal Investigator 2000

GAL-USA-17 Janssen Long-Term Safety of Galantamine in the Treatment of Alzheimer's Disease Principal Investigator   Principal Investigator 2000

GAL-USA-18 Janssen Open-label use of Synthetic Galantamine in the Treatment of Alzheimer's Disease Principal Investigator 2000

Revised 4/16/08

059-00 Merck Research Laboratories A randomized, Double-Blind, Placebo-Controlled, Parallel Groups, Outpatient study to Examine the Safety, Tolerability, and Efficacy of Rizatriptan 5 mg P.O. for the Acute Treatment of Migraine in Adolescents. Sub Investigator 2000

CCOM 998 US01 Novartis A multicenter, double-blind, placebo-controlled study of the tolerability and effect of Entacapone in Parkinson's subjects With end -of-dose wearing off symptoms occurring no earlier than 4 hours after their most recent Levodopa/Carbidopa dose. Principal Investigator 2000

CS-866 Paragon A Randomized, Placebo-Controlled, Factorial-Designed Study of CS-866 andHydrochlorothiazide in Patients with Essential Hypertension. Sub Investigator 2000

CATIE AD University of CA Phase IV Comparative Effectiveness of Antipsychotic Medications In Patients WithAlzheimer'sDisease. CATIE Principal Investigator 2000

MEM-MD-01 Forest Laboratories A Randomized, Double-Blind, Placebo-Controlled Evaluation of the Safety and Efficacy of Memantine in Patients with Moderate to Severe Dementia of the Alzheimer's Type. IND #33,392 Principal Investigator 2000

MEM-MD-02 Forest Laboratories A Randomized, Double-Blind, Placebo-Controlled Evaluation of the Safety and Efficacy of Memantine in Patients with Moderate to Severe Dementia of the Alzheimer's Type IND #33,392 Principal Investigator 2000

TOPMAT-MIGR-001 RW Johnson A Double-Blind, Placebo-Controlled, Parallel Group, Dose-Response Study to Evaluate the Efficacy and Safety of Topiramate in the Prophylaxis of Migraine": FDA IND # 60,913 Sub Investigator 2000

B4Z-MC-LYAR(a) 076 LY139603 Eli Lilly & Company Tomoxetine Hydrochloride A Long-Term, Open-Label Safety Study of Tomoxetine Hydrochloride in Adult Outpatients with DSM-IV Attention-Deficit/Hyperactivity Disorder Sub Investigator 2000

B4Z-MC-LYBB/063 LY139603 Eli Lilly & Company Tomoxetine Hydrochloride A Phase 3 Open-Label Safety and Efficacy Study of Tomoxetine Hydrochloride in Pediatric Outpatients (6 to 18 years) with ADHD. Sub Investigator 2000

B4Z-MC-LYAI Eli Lilly & Company Tomoxetine Hydrochloride Long-Term, Open-Label, Safety Study of Tomoxetine Hydrochloride in Patients, 6 years and older. Sub Investigator 2000

A1601048 Pfizer A Multicenter, Double-Blind, Randomized, Placebo-Controlled Parallel Group Comparative Study of the Efficacy and Safety or Oral Eletriptan (40mg) and Sumatriptan (100mg) Given For The Acute Treatment of Migraine. Sub Investigator 2000

AN021-501 Elan Pharmaceuticals Double-Blind, Placebo-Controlled, Multi-Center, Even, Parallel, Randomized Study of the Safety and Efficacy of Zanaflex® (Tizanidine HCL) Tablets as Adjunctive Therapy in Patients With Chronic Daily Headache Sub Investigator 2000

**B4Z-MC-LYAS** Eli Lilly & Company A Randomized, Double-Blind Study of Tomoxetine Hydrochloride and Placebo in Pediatric Outpatients with Attention-Deficit/Hyperactivity Disorder And Comorbid Tic Disorders Sub Investigator 2001

**LAM40097** Lineberry Research Laboratories A Multi-Center, Double-Blind, Randomized, Placebo-Controlled, Parallel-Group Evaluation of Lamotrigine Adjunctive Therapy in Subjects with Primary Generalized Tonic-Clonic Seizures Principal Investigator 2001

**GAL-INT-18** Janssen A randomized double blind placebo-controlled trial to evaluate the efficacy and safety of galantamine in subjects with mild cognitive impairment (MCI) clinically at risk for development of clinically probable Alzheimer's disease Sub Investigator 2001

**161-00** Merck Research Laboratories A Randomized, Double-Blind, Placebo-Controlled, Parallel Groups Study to Examine the Safety, Tolerability, and Efficacy of Rofecoxib 50 and 25 mg for the Acute Treatment of Migraine. Sub Investigator – 2002

**B4Z-MC-LYAS** Eli Lilly & Company LY139603 Tomoxetine Hydrochloride Efficacy, Tolerability, and Safety of Once-Daily Tomoxetine Hydrochloride versus Placebo in Children with Attention-Deficit/Hyperactivity Disorder

**CAPSS-122** OrthoMcNeil A Comparison of the Efficacy and Safety of Topiramate Versus Placebo for the Prophylaxis of Migraine in Pediatric Subjects Sub Investigator 2001

**TOPMAT-MIGR-001** RW Johnson A Double-Blind, Placebo-Controlled, Parallel Group, Dose-Response Study to Evaluate the Efficacy and Safety of Topiramate in the Prophylaxis of Migraine: FDA IND # 60,913 Sub Investigator 2001

**A3041005** Pfizer Phase II, 12 Week, Randomized, Double-Blind, Placebo-Controlled, Multicenter Study Evaluating the Safety and Efficacy of Three Fixed Doses of Oral CP-457,920 (30 mg QD, 60 mg BID and 120 mg BID) and Donepezil in Outpatients with Alzheimer's Disease. Sub Investigator 2002

**AN46046-228** Elan Pharmaceuticals A Double-Blind, Randomized, Multicenter, Parallel Dose Study to Evaluate the Safety and Efficacy of Zonisamide 150 mg and 300 mg Per Day and Placebo in Subjects With Migraine Headache Sub Investigator 2002

**CENA713IA05E1** Novartis Pharmaceuticals trial entitled: An open-label, 52 week extension to a 24-week prospective, randomized, multicenter, double-blind, placebo-controlled, parallel-group comparison of the efficacy, tolerability, and safety of 3-12 mg/day of Exelon (Rivastigmine) capsules in patients with probable vascular dementia. Principal Investigator 2002

**FA-960-0006** FRIA A Long-Term Open-Label Study of FK960 in Subjects with Mild to Moderate Alzheimer's Disease Protocol Number: Sub Investigator 2002

**MEM-MD-03** Forest Laboratories A Long-term Extension Study Evaluating the Safety and Tolerability of Four Memantine Dosing Regimens in Patients with Moderate to Severe

Dementia of the Alzheimer's Type (MEM-MD-03) IND #33,392 Forest Laboratories Sub
Investigator 2002

LAM40013 GlaxoSmithKlline A Multicenter, Open Label Conversion of Valporate
Monotherapy to Lamotrigine Monotherapy in Patients with Epilepsy GlaxoSmithKline Principal
Investigator 2002

MYOB 001 Elan Pharmaceuticals Open Label Study to Assess the Safety and Efficacy of
MYOBLOC for Chronic Daily Protocol Sub Investigator 2002

SUM40287 GlaxoSmithKline Randomized, Double-Blind, Placebo-Controlled, Parallel-Group,
Single-Attack Study of Sumatriptan 6 mg Injection In the Treatment of Moderate-to-Severe
Migraine PresentUpon AwakeningHeadache Sub Investigator 2002

SUM40298 GlaxoSmithKline A Randomized, Double-Blind, Placebo-Controlled, Single-Attack,
Parallel-Group Evaluation of the Efficacy of Sumatriptan 50mg Tablets versus Placebo in the
Treatment of Self-Described and/or Physician-Diagnosed Sinus Headaches that Meet
International Headache Society (IHS) Criteria for Migraine Headache. Sub Investigator 2002

Protocol A2581078 An 80-week, randomized, multi-center, parallel-group, double-blind study
of the efficacy and safety of atorvastatin 80mg plus an acetylcholinesterase inhibitor versus an
acetylcholinesterase inhibitor alone in the treatment of mild to moderate Alzheimer's disease.
Sub Investigator 2002

Protocol No. A945-1008 A 15 week, Randomized, Double-Blind, Placebo-Controlled, Parallel-
Group, Multi-Center Study of Neurontin (gabapentin) for Efficacy and Quality of Life in Patients
with Painful Diabetic Peripheral Neuropathy. Principal Investigator 2002

B4Z-MC-LYBV A Double-Blind Study of Functional Outcomes with Atomoxetine-
Hydrochloride and Placebo in Adult Outpatients with DSM-IV Attention Defecit/Hyperactivity
Disorder Sub Investigator 2002

ADC-022 Decline in Alzheimer's Disease Principal Investigator A Randomized, Double-Blind,
Placebo-Controlled Trial of Valproate to Attenuate the Progression of Alzheimer's Disease
Principal Investigator 2002

CENA713BUS811, Clinical Protocol "A 12-Week, Prospective, Double-blind, Placebo-
controlled, Multi-center Study Evaluating the Efficacy and Safety of Exelon 3 to 6mg/day in
Patients with Traumatic Brain Injury (TBI) with Persistent Cognitive Deficits." Sub Investigator
2002

Post-Text Supplement: 1 "26 Week Open-Label Extension to Protocol No. CENA713BUS11:
A 12-Week, Prospective, Double-blind, Placebo-controlled, Multi-center Study Evaluating the
Efficacy and Safety of Exelon 3 to 6mg/day in Patients with Traumatic Brain Injury (TBI) with
Persistent Cognitive Deficits." Sub Investigator 2002

Curriculum Vitae
Walter C. Martinez, MD

**CTR1476B US36** A Multicenter, Double-blind, Randomized, Placebo-Controlled Study to Evaluate the Efficacy and Safety of Trileptal® (oxcarbazepine) as Prophylactic Therapy in Outpatients Suffering from Migraine Headaches  Principal Investigator 2002

**Protocol NPP30005:** A multicenter, double-blind, randomized study to evaluate the safety and efficacy of lamotrigine 200mg/day, 300mg/day, and 400mg/day compared with placebo in subjects with painful diabetic neuropathy Principal Investigator 2002

**Protocol SUM20033** A Randomised, Double-Blind, Placebo-Controlled, In-Clinic Pilot Study To Investigate The Efficacy And Tolerability of 100mg Sumatriptan Administered As A Film-Coated, Fast Disintegrating Tablet Sub Investigator 2002

**Protocol SUM30045** Double-Blind, Placebo-Controlled, Parallel Group Study to Evaluate Two Dose Levels (5mg and 20mg) of Sumatriptan Nasal Spray in the Acute Treatment of a Single Migraine Attack in Adolescent Migraineurs (12-17 Years of Age)  Sub Investigator 2002

**Protocol GAL-MCI-301** – An Open-Label Extension Study to Assess the Long-Term Safety and Tolerability of Galantamine HBr in the Treatment of Mild Cognitive Impairment Principal Investigator 2002

**MEM-MD-03** A Long-term Extension Study Evaluating the Safety and Tolerability of Four Memantine Dosing Regiments in Patients with Moderate to Severe Dementia of the Alzheimer's Type  Sub Investigator 2002

**MEM –MD-12** A Randomized, Double-Blind, Placebo-Controlled Evaluation of the Safety and Efficacy of Memantine in Patients with Mild to Moderate Dementia of the Alzheimer's Type Sub Investigator 2002

**Protocol Number MKC-231-A01** A Double-Blind, Placebo-Controlled Dose Finding Study Evaluating the Safety and Efficacy of MKC-231,80 mg BID, and 20 and 80 mg QD in the Treatment of Mild to Moderate Alzheimer's Disease.  Sub-Investigator 2002.

**Protocol 1198.52** A Phase II Double Blind, Randomized, Dose Ranging, Placebo Controlled, Multicenter, Safety and Efficacy Evaluation of Three Doses of NS 2330 in Patients With Mild to Moderate Dementia of the Alzheimer's Type  Sub Investigator 2003

**ADC-016 (HC)** Alzheimer's Disease Cooperative Study Protocol: High Dose Supplements to Reduce Homocysteine and Slow the Rate of Cognitive Sub Investigator 2003

**B4Z-MC-LVCL:** Guiding Dose Increases in Patients Incompletely Responsive to Usual Doses of Atomoxetine by Determining Plasma Atomoxetine Concentrations: A Randomized, Double-Blind Study Sub Investigator 2003

**Protocol CAPSS-276, Phase III** A comparison of the Efficacy and Safety of Topiramate Versus Placebo for the Prophylaxis of Chronic Migraine . Sub Investigator 2003 Novartis Pharmaceuticals Corporation, Sub Investigator 2003

**Protocol Number CRIT124E2302** Novartis Pharmaceuticals trials entitled:_ "A five-week multicenter, double-blind, randomized, placebo-controlled, parallel-group, fixed-dose study of the efficacy and safety of Focalin™ LA (dexmethylphenidate hydrochloride extended-release capsules) administered once daily in adults with Attention-Defecit/Hyper-activity Disorder" Sub Investigator 2003

**Post-Text Supplement 1:** "A 6-month, open-label extension to a five-week multicenter, double-blind, randomized, placebo-controlled, parallel-group, fixed-dose study of the efficacy and safety of Focalin™ LA (dexmethylphenidate hydrochloride extended-release capsules) administered once daily in adults with Attention-Deficit/Hyperactivity Disorder" Protocol CRIT124E2302B1 Sub Investigator 2003

**Protocol No. D1221C00005** A Multicenter, Double-blind, Randomized, Placebo-controlled, 2-way Crossover Study with a Single-blind, Placebo challenge to Evaluate the Efficacy of Zolmitriptan 5-mg Nasal Spray in the Treatment of Acute Migraine Headache in Adolescents Sub Investigator 2003

**E2020-A001-212;** A 20 Week, Multi-Center, Randomized, Double-Blind Comparison of the Efficacy and Safety of Aricept versus Inderal LA in Migraine Prophylaxis Sub Investigator 2003

**E2020-A001-319** A 24-Week, Multi-Center, Randomized, Double-Blind, Placebo-Controlled Evaluation of the Efficacy, Safety and Tolerability of Donepezil Hydrochloride (E2020) in Patients With Dementia Associated With Cerebrovascular Disease Principal Investigator 2003:

**E2020-A001-412** A One Year, Multi-center, Randomized, Double-Blind, Placebo-Controlled Evaluation of the Efficacy and Safety of Donepezil Hydrochloride (E2020) in Subjects with Mild Cognitive Impairment Sub Investigator 2003

**Protocol Number M02-488** The Safety and Efficacy of Divalproex Sodium Extended-Release Tablets in Migraine Prophylaxis: A Double-Blind, Placebo-Controlled Study in Adolescents. Sub Investigator 2003

**Protocol Number M03-614** A Randomized, Double-Blind, Placebo-Controlled, 4-Period-Cross-Over Pilot Study of the Safety and Efficacy of Multiple Doses of ABT-089 in Subjects with Alzheimer's Disease.   Sub Investigator 2003

**Protocol 030-00** A Randomized, Double-Blind, Placebo-Controlled Trial to Evaluate the Safety and Efficacy of MK-0677 25 mg in Slowing the Progression of Alzheimer's Disease. Principal Investigator 2003

**Protocol Number MKC-231-A02** Long-term Safety and Efficacy of Open-label MKC-231/A01, 80mg b.i.d. in the treatment of probable Alzheimer's Disease: A 6-month follow-up after completion of study MKC-231/A01 Sub Investigator 2003

Curriculum Vitae
Walter C. Martinez, MD

**Protocol MT300-401** A Multicenter Randomized, Single-blind, Evaluation of Three Injectable Anti-migraine Drugs. Sub Investigator 2003

**NER-MD-01:** A Randomized, Double-Blind, Placebo-Controlled Evaluation of the Safety and Efficacy of Neramexane in Patients with Moderate to Severe Dementia of the Alzheimer's Type Sub Investigator 2003

**NER-MD-02:** A Randomized, Double-Blind, Placebo-Controlled Evaluation of the Safety and Efficacy of Neramexane in Patients with Moderate to Severe Dementia of the Alzheimer's Type Sub Investigator 2003

**NER-MD-03:** An Evaluation of the Long-term Safety and Efficacy of Neramexane in Patients with Moderate to Severe Dementia of the Alzheimer's Type Sub Investigator 2003

**ADC-023-HU** A Multi-Center, Double-Blind, Placebo-Controlled Therapeutic Trial to Determine Whether Natural Huperzine A Improves Cognitive Function Sub Investigator 2004

**ADC-015** Alzheimer's Disease Cooperative Study Multi-Center, Randomized, Double-Blind, Placebo-Controlled Trial of Simvastatin to Slow the Progression of Alzheimer's Disease  Sub Investigator 2004

**MPC-7869-04-005.02** Phase III, Multicenter, Randomized, Double Blind, Placebo Controlled Study of the Effect of Daily Treatment with MPC-7869 on Measures of Cognitive and Global Function in Subjects with Mild to Moderate Dementia of the Alzheimer's Type Sub Investigator 2004

**MEM-MD-23** A Randomized, Double-Blind, Placebo-Controlled Evaluation of the Safety and Efficacy of Memantine in Patients with Moderate to Severe Dementia of the Alzheimer's Type with Behavioral Disturbances Sub Investigator 2004

**CL – 758007** Phase III Study of the Efficacy and Safety of Alzhemed in Patients with Mild to Moderate Alzheimer's Disease Sub Investigator 2004

**CENA713D  2320**   Novartis Pharmaceuticals  trial entitled:   A 23-week, Multicenter, Randomized, Double-Blind, Placebo and Active-controlled, Parallel-group Evaluation of the Efficacy, Safety and Tolerability of the Once-daily Exelon® Patch Formulation in Patients with Probably Alzheimer's Disease (MMSE 10-20) Sub Investigator 2004

**Post-Text Supplement 1 – Open-label Extension to Protocol CENA713D 2320:** An Open-label, 28-week Extension to a 24-week, Multicenter, Randomized, Double-blind, Placebo- and Active-controlled, Parallel-group Evaluation of the Efficacy, Safety, and Tolerability of the Once-daily Exelon® Transdermal Patch Formulation in Patients with Probably Alzheimer's Disease (MMSE 10-20) Sub Investigator 2004

**E2007-A001-210** A Randomized, Double-Blind, Placebo-Controlled, Multi-Center, Parallel-Group Study to Evaluate the Efficacy And Safety of E2007 In Migraine Prophylaxis SubInvestigator 2004

**ONO-2506POU010** A Double-Blind, Phase II, Safety And Efficacy Evaluation Of ONO-2506PO In Patients With Mild To Moderate Alzheimer's Disease Sub Investigator 2004

**TVP-1012-A001-201** A 1-Year, Double-Blind, Randomized, Placebo-Controlled, Study of Rasagiline 1 mg and 2 mg Added to Aricept® 10 mg Daily in Patients with Mild to Moderate Dementia of the Alzheimer's type Sub Investigator 2004

**MKC-231/A04** A 6-month Safety Follow-up Study of Select Patients Previously Enrolled and Randomized to MKC-231 in Studies MKC-231/ 01, MKC-231/A02 or MKC-231/A03 2004 Sub Investigator 2004

**CAPSS-277** A comparison of Topiramate Versus Amitriptyline in Migraine Prophylaxis Sub-Investigator 2004

**CAPSS-295** An Open-Label Study of the Efficacy of Topiramate for the Prophylaxis of Chronic Migraine: Extension Study to CAPSS-276 Sub- Investigator 2004

**CAPSS-296** An Open-Label Study of the Safety and Efficacy of Topiramate for Migraine Prophylaxis: Extension Study to CAPSS-277 Sub- Investigator 2004

**MT400-303** An Open-Label, Repeat Dose Study of the Safety of Combo Formulation in the Treatment of Multiple Episodes of Acute Migraine Over 12 months Sub-Investigator 2004

**MT400-301** A Double-Blind, Multicenter, Randomized, Placebo-Controlled Single Dose Study to Evaluate the Safety and Efficacy of TREXIMA® in the Acute Treatment of Migraine Headaches Sub-Investigator 2004

**SUMAPRI-1001** Evaluation of the Efficacy and Tolerability of Sumatriptan 100mg Tablets in the Acute Treatment of Adolescent Migraine in an Early Intervention Paradigm Sub-Investigator 2004

**B4Z-US-LYCD** Maintenance of Benefit after 8-week and 52-Week Treatment with Atomoxetine Hydrochloride in Adolescents with Attention-Deficit/Hyperactivity Disorder Sub Investigator 2004

**Botox** Botulinum Toxin Type A for the Prophylactic Treatment of Transformed Migraine Headache and its effect on Prevention of Cutaneous Mechanical Allodynia during Migraine Attacks Open Label Pilot Study Sub-Investigator 2004

**CXBD173A2204** A randomized, double-blind, placebo-controlled, parallel-group study of the efficacy, safety and tolerability of XBD173 in patients with generalized anxiety disorder Sub Investigator 2005

**TTP488 – 201**   A Double-Blind, Randomized, Placebo-Controlled, Phase IIa, Multiple Dose, Multi-center Study in Patients With Mild to Moderate Dementia of the Alzheimer's Type to Evaluate the Safety and Tolerability of Two 10-Week Dose Regimens of Orally-Administered Principal Investigator 2005

**E2020-A001-320**   An Open-Label, Multicenter, One Year Extension of the Evaluation of the Safety of Donepezil Hydrochloride (E2020, Aricept) In Patient with Dementia Associated with Cerebrovascular Disease  Principal Investigator  2005

**Protocol MPC-7869-04-005**  Phase III, Multicenter, Randomized, Double Blind, Placebo Controlled Study of the Effect of Daily Treatment with MPC-7869 on Measures of Cognitive and Global Function in Subjects with Mild to Moderate Dementia of the Alzheimer's Type. Principal Investigator  2005

**Protocol ONO-2506POU010:**  A Double-Blind, Phase II, Safety and Efficacy Evaluation of ONO-2506PO in Patients with Mild to Moderate Alzheimer's Disease.  Sub- Investigator  2005

**Protocol 3098B1-201-WW:**  A 3-Month, Randomized, Double-Blind, Placebo-Controlled, Multicenter, Safety, Tolerability, and Efficacy Study of 3 Doses of Lecozotan (SRA-333) SR in Outpatients with Mild to Moderate Alzheimer's Disease with Donepezil as Active Control.  Sub- Investigator  2005

**Protocol 3098B1-202-WW:**  A Multicenter, Randomized, Double-Blind, Long-Term Extension Study to Determine The Safety, Tolerability, and Preliminary Long Term Efficacy of Lecozotan (SRA-333) SR In Patients with Mild to Moderate Alzheimer's Disease.  Sub- Investigator 2006

**Protocol 3098B1-203-WW:**  A 6-Month, Randomized, Double-Blind, Placebo-Controlled, Multicenter, Safety, Tolerability, and Efficacy Study of 3 Doses of Lecozotan (SRA-333) SR In Outpatients with Mild To Moderate Alzheimer's Disease with Cholinesterase Inhibitor.  Sub- Investigator  2006

**MEM-MD-15:**  An Exploratory Study with Open-Label Memantine: Assessment of Selected Measures of Volumetric MRI and Cognition in Patients with Moderate Dementia.  Sub- Investigator 2005

**TOPMAT-MIG-3006:**  A Randomized, Double-Blind, Placebo-Controlled Study to Evaluate the Efficacy and Safety of Topiramate for the Prophylaxis of Migraine in Pediatric Subjects 12 to 17 Years of Age.  Sub-Investigator 2006

**CL-758017:**  An Open-Label Extension of the Phase III Study CL-758007 with Alzhemed™ in Patients with Alzheimer's Disease.  Sub- Investigator 2006

Curriculum Vitae
Walter C. Martinez, MD

**Takeda 01-05-TL-375-061:** A Double-Blind, Randomized, Placebo-Controlled Study of the Efficacy, Safety and Tolerability of 8 Week Treatment of Rozerem 8 mg (QHS) in Sleep Disturbed, Community Dwelling, Mild to Moderately Severe Alzheimer's Disease Subjects. Principal Investigator 2006

**VP-AD-301:** A Double Blind, Placebo Controlled Study of VP4896 for the Treatment of Mild-To-Moderate Alzheimer's Disease.  Sub- Investigator 2006

**Deponed 81-0045:** A Phase III, Multicenter, Randomized, Double-Blind, Placebo-Controlled Study of the Safety and Efficacy of Gabapentin Extended Release (G-ER) Tablets in the Treatment of Patients with Postherpetic Neuralgia. Principal Investigator 2006

**E2020-A001-414:** A 28-Week Open Label Extension Study Evaluating The Safety And Tolerability Of Donepezil Hydrochloride (E2020) In Subjects With Mild Cognitive Impairment. Principal Investigator 2006

**E2020-A001-413:** A 12-Week, Multi-Center, Open Label Study to Evaluate The Effectiveness and Safety Of Donepezil Hydrochloride (ARICEPT®) In Hispanic Patients with Mild To Moderate Alzheimer's Disease. Principal Investigator 2006

**Protocol (REFLECT-2) AVA102672:** A 54-week, double-blind, randomized, placebo-controlled, parallel-group study to investigate the effects of rosiglitazone (extended release tablets) as adjunctive therapy to donepezil on cognition and overall clinical response in $APOE$ $e4$-stratified subjects with mild to moderate Alzheimer's disease. Principal Investigator 2006

**ELN-AIP-901:** A Longitudinal Study of Cognitive and Functional Abilities of Subjects with either Mild to Moderate Alzheimer's Disease, Mild Cognitive Impairment, or Normal Cognition using a Neuropsychological Test Battery (NTB). Sub-Investigator 2006

**CAPSS-381:** Topiramate INTervention to prevent TRansformation of EPIsoDic migraine: The Topiramate INTREPID Study Phase IV.  Sub-Investigator 2006

**CAPSS-368:** Long Term, Open-Label Safety Study of Oral Almotriptan Malate 12.5 mg in the Treatment of Migraine in Adolescents.  Sub-Investigator 2006

**TRX103632:** A Randomized, Double-Blind, Multi-Center, Placebo-Controlled, Cross-Over Study to determine the consistency of response for Trexima™ (sumatriptan 85mg/naproxen sodium 500mg) administered during the mild pain phase for the acute treatment of multiple migraine attack. Sub-Investigator 2006

**Protocol No.: CENA713D2340**    Novartis Pharmaceuticals Trial: A 48-week, Multicenter, Randomized, Double-Blind, Parallel-Group Evaluation of the Comparative Efficacy, Safety, and Tolerability of Exelon® 10 and 16 cm² patch in patients with Alzheimer's Disease Showing Cognitive Decline during an Initital Open-Label Treatment Phase. Principal Investigator 2007

**PROTOCOL E2020-G000-326:**
Double-Blind, Parallel-Group Comparison of 23 mg Donepezil Sustained Release to 10 mg Donepezil Immediate Release in Patients with Moderate to Severe Alzheimer's Disease. Principal Investigator 2007

**PROTOCOL E2020-G000-328:**
Open-Label Extension Study of 23mg Donepezil SR in Patients with Moderate to Severe Alzheimer's Disease. Principal Investigator 2007

# LAWRENCE H. SALMANSOHN ED.D.

## CLINICAL NEUROPSYCHOLOGY
## BEHAVIORAL MEDICINE

3296 Lakeview Drive
Delray Beach FL, 33445
Office 561-638-1932 Voice and Fax
561-573-2172 Mobile
Email: lhsedd@mindspring.com

## Experience:

| | |
|---|---|
| August 1, 2000 to Present | Clinical Neuropsychology and Behavioral Medicine Adolpho Millan, M.D., PA, (General Neurology) 5601 Corporate Way, Ste 301 West Palm Beach, FL 33407 |
| April 1, 2000 to October 1, 2001 | Clinical Neuropsychology and Behavioral Medicine Headache, Pain and Injury Center 1640 NW Boca Raton Blvd., Boca Raton, FL 33432 |
| December 1, 1997 to Present | Director of Medical Psychology Injury and Headache Treatment Centers 14838 S. Military Trail Delray Beach, FL 33484 |
| January 1993 to November 1997 | Director of Medical Psychology South Florida Neurology Associates, P.A. 1050 NW 15th St., Ste 212A, Boca Raton, FL 33486 Headache Treatment Center of of Florida 1050 NW 15th St., Ste 208A, Boca Raton, FL 33486 Developed medical psychology component of a multi-disciplinary outpatient pain program. Established policies and procedures for the neuropsychological assessment of patients with a wide variety of neurological diagnoses. Recruited, trained and supervised a variety of health care professionals, including neuropsychology interns, residents and staff. Provided specialized assessment and treatment using advanced EEG and EMG biofeedback techniques. |

Lawrence H. Samansohn ED. D.
2 of 12

Experience (cont.):

September 1991         Private Practice
to December 1992      Jupiter, Florida
                      Specialties in Clinical Neuropsychology and Behavioral Medicine.
                      Neuropsychological expertise: diagnostic, case management,
                      treatment, and forensic applications of neurological illness.
                      Behavioral Medicine expertise: assessment and treatment of
                      cognitive, affective, and behavioral factors involved in the etiology
                      and maintenance of chronic pain, depression, anxiety, and
                      psychophysiological disorders.  Short-term, solution-focused
                      treatment.

September 1990        Postdoctoral Fellow in Neuropsychology
to August 1991        New England Rehabilitation Hospital
                      Woburn, Massachusetts
                      Clinical Fellow in Neurology (Neuropsychology)
                      Boston University School of Medicine,
                      Boston Massachusetts
                      Inpatient rotations: young stroke and traumatic brain injury.
                      Responsibilities: assessment of patient functioning in the cognitive,
                      emotional, behavioral, and personality domains; participation in
                      interdisciplinary rehabilitation team; facilitation of family meetings
                      and feedback sessions; treatment planning; cognitive retraining; co-
                      treatment with team members; counseling and psychotherapy with
                      individuals, couples, and families; inservice training.

September 1989        Postdoctoral Fellow, Department of Psychiatry
to August 1990        Dartmouth Medical School, Hanover, New Hampshire
                      Junior faculty position in Behavioral Medicine Section.
                      Responsibilities: cognitive-behavioral therapy and biofeedback
                      training with psychiatric and medical/surgical patients; chair of
                      didactic seminar; stress management course; clinical research;
                      inpatient consultation service; consultation/liaison psychiatry team;
                      neuropsychological evaluations ; instructor in psychiatry residency
                      program.

September 1988        Psychology Intern (pre-doctoral, A.P.A. accredited)
to August 1989        Greater Lynn Community Mental Health Center
                      AtlantiCare Medical Center, Lynn, Massachusetts
                      Four major concurrent rotations: General psychiatry, family clinic,
                      behavioral medicine, and psychodiagnostic evaluation.  Completed
                      training institute in family therapy; worked in a team providing
                      short-term consultation-evaluation services to multi-problem
                      families.

Experience (cont.):

| July 1987 to<br>August 1989 | Psychotherapist<br>Behavioral Medicine Program<br>Salem Hospital, Salem, Massachusetts<br>Assessed and treated a variety of psychophysiologic disorders.<br>Employed short-term, problem-focused methods as well as long-term strategies. Interventions included behavioral, cognitive-behavioral, psychoeducational, psychodynamic, and biofeedback training. |

September 1986
to June 1987

Psychology Intern,
Boston Pain Center
Spaulding Rehabilitation Hospital
Boston, Massachusetts
Responsibilities: group and individual psychotherapy inpatients suffering from chronic pain syndrome. Evaluation and treatment of stress-related disorders using traditional psychotherapy, visualization, relaxation, hypnotic induction and biofeedback. Participation in multi-disciplinary treatment team.

September 1975
to June 1986

Director, Academic Internship
Methuen High School, Methuen, Massachusetts
Developed, administered and evaluated a career internship and counseling program. Selected and supervised interns in community placements.

September 1975
to June 1986

Psychology Instructor
Methuen High School, Methuen, Massachusetts
Developed and introduced an innovative psychology program.
Developed a peer counseling component..

January 1985 to
December 1985

Adjunct Professor, Psychology Department
Rivier College, Nashua New Hampshire
Taught Introduction to Psychology and Abnormal Psychology

May 1984 to
February 1985

Substance Abuse Counselor
Greater Lawrence Psychological Center
Lawrence, Massachusetts
Facilitated process and educational group sessions with alcohol offenders. Conducted individual intake, assessment, and after-care evaluations.

Lawrence H. Salmansohn ED. D.
4 of 12

## Academic Training:

September 1986
to May 1989

Boston University
Boston, Massachusetts
Ed. D. Counseling Psychology (1989)
(A.P.A. accredited)

June 1977 to
September 1979

University of New Hampshire
Durham, New Hampshire
M.Ed. Counseling Psychology (1979)

January 1974 to
September 1976

Salem State College
Salem, Massachusetts
M. Ed. Educational Administration (1976)

September 1967
to January 1972

University of Connecticut
Storrs, Connecticut
B.A. Political Science and Psychology (1972)

## Honor Society Elections:

Phi Beta Kappa
Phi Kappa Phi
Pi Sigma Alpha (Political Science)

## Awards and Honors:

Honors Scholarship Award Recipient
Boston University 1986 and 1987
Magna Cum Laude,
University of Connecticut 1972
Jos. E. McGlaughlin Memorial Award Scholarship
(Public Administration)
University of Connecticut 1970
Co-Valedictorian
Lawrence High School 1967

## Licensure and Certification:

1990 to Present

Licensed Psychologist
Massachusetts Board of Registration
of Psychologists (No. 5059)

1990 to Present

Licensed Psychologist
New Hampshire Board of Registration
of Psychologists (No. 549)

## Licensure and Certification (Con't)

| | |
|---|---|
| 1990 to Present | Licensed Psychologist<br>Vermont Board of Registration<br>of Psychologists (No. 481) |
| 1991 to Present | Licensed Psychologist<br>Florida Board of Psychological Examiners<br>( No. PY0004643) |
| 1990 to Present | Certification<br>National Register of Health Service<br>Providers in Psychology (No. 41197) |
| 1993 to Present | Diplomate<br>American Academy of Pain Management<br>(No. 5927) |
| 1994 to Present | Diplomate<br>National Registry of Neurofeedback Providers<br>(No. 20421) |
| 1996 to Present | Diplomate<br>American Board of Professional Neuropsychology<br>(No. 296) |
| 2000 to Present | Diplomate Fellow in Psychopharmacology<br>Prescribing Psychologists Register |

## Professional Associations:

American Psychological Association
    Clinical Neuropsychology (Div. 40)
    Health Psychology (Div. 38)
International Neuropsychological Society
National Academy of Neuropsychology
The American College of Professional Neuropsychology
American Academy of Pain Management
Association for Applied Psychophysiology and Biofeedback
Society for the Study of Neuronal Regulation
Prescribing Psychologists' Register (Diplomate-Fellow)
Florida Psychological Association
    Neuropsychology Interest Group
    Psychopharacology Interest Group

Lawrence H Salmansohn ED. D.
6 of 12

## Advanced Training:
(Selected)

| | |
|---|---|
| August 2001 | Prescribing Psychologists' Register<br>Diplomate Training Program<br>Completion--Series Eleven Course<br>Pain Management-Pharmacology and<br>Geriatric Psychopharmacology<br>Miami, FL |
| December 2000 | Prescribing Psychologists' Register<br>Diplomate Training Program<br>Completion--Series Ten Course<br>Neurobiology and Cellular Mechanisms<br>Miami, FL |
| November 2000 | Prescribing Psychologists' Register<br>Diplomate Training Program<br>Completion--Series Nine Course<br>Biochemistry<br>Miami, FL |
| September 2000 | Prescribing Psychologists' Register<br>Diplomate Training Program<br>Completion--Series Eight Course<br>Neuroanatomy and Neurophysiology<br>Miami, FL |
| April 2000 | Prescribing Psychologists' Register<br>Diplomate Training Program<br>Completion--Series Seven Course<br>Psychopharmacology Review with<br>Case Studies<br>Miami, FL |
| January 2000 | Prescribing Psychologists' Register<br>Diplomate Training Program<br>Completion--Series Six Course<br>Differential Diagnosis of Psychotic Disorders<br>Psychotropic Treatments<br>Miami, FL |
| April 1999 | Prescribing Psychologists' Register<br>Diplomate Training Program<br>Completion--Series Five Course<br>Differential Diagnosis of Anxiety and Sleep Disorders<br>Psychotropic Treatments<br>Miami, FL |

Lawrence H. Salmansohn ED. D.

7 of 12

## Advanced Training:
### (Selected, Cont.)

| | |
|---|---|
| June 1998 | **Prescribing Psychologists' Register**<br>Diplomate Training Program<br>Completion--Series Four Course<br>Differential Diagnosis of Mood Disorders<br>Psychotropic Treatments<br>Miami, FL |
| June 1997 | **Law And Ethics**<br>Nova Southeastern University<br>Ft. Lauderdale, FL |
| October 1996 | **The Aging Brain**<br>Cortext<br>Ft. Lauderdale, FL |
| November 1996 | **Ethical and Legal Issues In Mental Health**<br>Florida Psychological Association<br>Ft. Lauderdale, FL |
| June 1996 | **Forensic Neuropsychology**<br>Florida Psychological Association<br>Neuropsychology Interest Group<br>Palm Beach, FL |
| May 1996 | **Prescribing Psychologists' Register**<br>Diplomate Training Program<br>Completion--Series Three Course<br>Pathophysiology, Drug Interactions,<br>Side Effects, and Serology<br>Los Angeles, CA |
| July 1995 | **Update on Mild Traumatic Brain Injury**<br>Louisiana Psychological Association<br>Miami, FL |
| June 1995 | **Prescribing Psychologists Register**<br>Diplomate Training Program<br>Completion--Series Two Course<br>Neurophysiology Review, Pharmacodynamics and<br>Pharmacokinetics<br>Los Angeles CA |

Lawrence H. Salmansohn ED. D.

**Writings:**

**Doctoral Dissertation:**
*Alexithymia and Selected Treatment Outcomes in Low Back Pain Patients*

**Doctoral Comprehensive Treatise:**
*Counseling Psychologists as Health Care Professionals*

**Additional Information:**
Private Instrument Rated Pilot
Member: United States Coast Guard Auxillary

**Travel:**
Belgium, Bermuda, Bahamas, Canada, China, Costa Rica, Denmark, France, Germany,
Great Britain, Greece, Holland, Hong Kong, India, Italy, Jamaica, Macao, Malta, Mexico,
Morocco, Portugal, Singapore, Sri Lanka, Spain, Switzerland, Thailand, Tunisia,
Turkey, United States (50 states), Viet Nam

Revision: 8/20/2001

## Advanced Training:
(Selected, Cont.)

February 1995 — EEG Biofeedback and Applied Neurophysiology
Advanced Topics and Workshops
Futurehealth
Key West, FL

February 1995 — Mild Traumatic Brain Injury: Etiology, Pathophysiology,
Symptomatology and Treatment Interventions
Futurehealth
Key West, FL

October 1994 — Prescribing Psychologists Register
Diplomate Training Program
Completion--Series One Course
Miami, FL

April 1994 — Advanced EEG Neurotherapy
Biofeedback Institute of San Francisco
San Francisco, CA

January 1994 — EEG Biofeedback and Applied Neurophysiology
Foundations Course and Advanced Topics
Futurehealth
Key West, FL

January 1994 — Diagnosis and Treatment of Mild Closed Head Injuries
Futurehealth
Key West, FL

January 1994 — Dynamic sEMG In the Assessment and Treatment of Carpal
Tunnel, Thoracic Outlet and Occupational Injury Sydromes
Futurehealth
Key West, FL

October 1993 — American Academy of Pain Management
Annual Conference
Knoxville,Tennessee

April 1993 — Personal Injury Litigation
and Expert Testimony
Mental Health and Law Institute
Nova University
Ft. Lauderdale, Florida

## Advanced Training:
(Selected, Cont.)

November 1992      Surface EMG: Applications
In Physical Medicine
Surface EMG Society of North America
Boston, Massachusetts

June, 1992      Behavioral Management of
Chronic Myofascial Pain Syndrome
Boston BioBehavioral Institute
Boston, Massachusetts

May, 1992      New Advances in the Process Approach to
Neuropsychological Assessment
Boston Neuropsychological Foundation
Lexington, Massachusetts

May, 1992      Dynamic EMG in the Assessment and
Treatment of Myofascial Pain Disorders
Boston BioBehavioral Institute
Boston, Massachusetts

May 1991      Memory for Health Professionals
Institute for Cortex Research and Development
Stanford, California

May 1991      Surface EMG Diagnostics and
the Neuromuscular System
Jeff Cram, Ph.D. and Davicon Corp.
Burlington, Massachusetts

March 1991      An Interdisciplinary Approach to
Cognitive Rehabilitation
Boston Neurobehavioral Institute
Boston Marine Hospital
Boston, Massachusetts

February 1991      Neurobehavioral Consequences
of Neurologic Illness
Boston Neurobehavioral Institute
Boston Marine Hospital
Boston, Massachusetts

Advanced Training:
(Selected, Cont.)

December 1990          Neurology of Behavior
                      Department of Behavioral Neurology
                      Beth Israel Hospital
                      Harvard Medical School
                      Cambridge, Massachusetts

October 1990          Neurosciences Review
                      Boston Neurobehavioral Institute
                      Boston, Massachusetts

March 1990            Alcoholism: New Light on the Disease
                      Dartmouth Medical School
                      Brattleboro Retreat
                      Brattleboro, Vermont

January 1990          Post Traumatic Stress Disorder
                      Dartmouth Medical School
                      Brattlboro Retreat
                      Brattlboro, Vermont

September 1989        Neurology for Psychiatrists
to August 1990        Dartmouth Medical School
                      Hanover, New Hampshire

December 1989         Cognitive Neurosciences Symposium Series
to July 19990         Dartmouth Medical School
                      Hanover, New Hampshire

April 1989            Neuropsychological Assessment of Children
                      Children's Hospital
                      Boston, Massachusetts

November 1989         Halstead-Reitan Testing
                      Dartmouth Medical School
                      Brattleboro Retreat
                      Brattleboro, Vermont

May 1988              Diagnosis and Treatment of Chronic Pain
                      Biofeedback Society of New England
                      Boston, Massachusetts

Advanced Training:
(Selected, Cont.)

December 1988          Masters of Family Therapy Training Institute
                       AtlantiCare Medical Center
                       Lynn, Massachusetts

Public Presentations:

"Is The Absence of (Neurological) Evidence, Evidence of Absence?
Neuropsychology and Mild Traumatic Brain Injury
Medical-Legal Network, Fort Lauderdale FL October 1997

"Neuropsychological Evaluation and Behavioral Medicine Treatment of
Silicone Survivors"
American Charitable Trust and The MRI Center of Boca Raton, June, 1994

"The Psychological Management of Headaches"
Pain Management Program at Boca Community Hospital, May 1994

"MS:  Stress and Sexuality"
South Florida Chapter of the National Multiple Sclerosis Society, February 1992

"Epilepsy and Biofeedback"
Palm Beach County Chapter of the National Epilepsy Foundation, January 1992

"Stress and Head Injury"
Martin County Chapter of the National Head Injury Foundation, November 1991

Public Presentations:(Con't)
"The Role of Relaxation Training in Behavioral Medicine "
Psychiatry Residency Training Program, Dartmouth Medical School, August 1990

"Cognitive Rehabilitation in Traumatic Brain Injury"
Behavioral Medicine Inservice Conference, Dartmouth Medical School, August 1990

"Depression and Alexithymia in the Treatment of Chronic Pain"
Pain Center Inservice Conference, Spaulding Rehabilitation Hospital, July 1989

"Alexithymia and Chronic Pain"
Behavioral Medicine Inservice Conference, Dartmouth Medical School, February 1989

"Alexithymia and Psychosomatic Medicine
Psychiatric Grand Rounds, Salem Hospital, February 1989

"Managing Stress in a High Tech Environment"
Society of Documentation Professionals, October 1987

# THOMAS S. RUPOLO B.S., D.C.

## Curriculum Vitae

## ADDRESS

1825 Forest Hill Boulevard
Suite 202
West Palm Beach, Florida 33406
Phone: 561-966-6171
Fax: 561-434-4696

## EDUCATION

National College of Chiropractic, Lombard, Illinois, April 1990
*Doctor of Chiropractic*

Academic Achievements

- Internship at National College of Chiropractic Outpatient Clinic, Chicago, Illinois
  (July 1989-April 1990)
- Teaching Assistant: Department of Anatomy at National College of Chiropractic,
  Chicago, Illinois
  (September 1988-April 1990)
- Diagnostic Modules: National College of Chiropractic Outpatient Clinic, Lombard,
  Illinois
  (July 1989-April 1990)

National College of Chiropractic, Lombard, Illinois, April 1988
*Bachelor of Science*

Worcester State College, Worcester, Massachusetts, June 1986
*Paraprofessional Education*

## CLINICAL EXPERIENCE

Lake Clarke Chiropractic Group, West Palm Beach, Florida
April 1993-present
Owner

Chiropractic America, Lake Worth, Florida
May 1990- April 1993
Associate Doctor

## POSTGRADUATE EDUCATION

Risk Management/HIV/Medical Errors 1992-present
Florida Chiropractic Society, Royal Palm Beach, Florida

# David Adam Lehman, M.D.

Palm Beach Ear, Nose & Throat
1515 N. Flagler Dr., Suite 600
West Palm Beach, FL 33401
Email: dlehman73@hotmail.com
Phone: (561) 659-2266

**Education:**

University of Miami Department of Otolaryngology-Head and Neck Surgery, Miami, Florida
Resident Physician, July 2001 – June 2005

University of Miami Department of Surgery, Miami, Florida
Intern in General Surgery, July 2000 – July 2001

University of Florida College of Medicine, Gainesville, Florida
M.D. with Honors for Academic Excellence, May 2000

Yale University, New Haven, Connecticut
B.A., Psychology, May 1995

**Academic Information:**

Otolaryngology – Head and Neck Surgery Board Certified (April 2006)

University of Florida College of Medicine
Class Rank: 1/117
USMLE Step I: P/249 (6/98)
USMLE Step II: P/261 (12/00)
USMLE Step III: P/241 (5/03)

**Honors and Awards:**

2008    Physician of the Quarter: Most Responsive – Good Samaritan Medical Center

2005    Chandler Society Temporal Bone Competition – First Place

2005    Chandler Society Resident Research Award – Third Place

2003    Chandler Society Resident Research Award – First Place

2000    John B. Gorrie Award – "Given to the graduating medical student having the best all-round promise for becoming a physician of the highest type."

2000    George T. Singleton, M.D. Otolaryngology Award

2000    Plastic and Reconstructive Surgery Award

2000    University of Florida Medical Guild Memorial Scholarship

1999    Alpha Omega Alpha National Honor Medical Society - Junior inductee, student
        President

1999    K.R. Bzoch Student Scholarship - "To acknowledge a student who has exceeded the
        norm in demonstrating interest in craniofacial health care through the University of
        Florida Craniofacial Center."

1999    Equal Access Clinic Distinguished Service Award - "For outstanding
        contributions to the ongoing work of the Equal Access Clinic in its goal of
        providing quality health care to the under-represented and at-risk individuals in
        the Gainesville area."

1999    College of Medicine Alumni Scholarship for Academic Excellence - "In recognition of
        outstanding academic achievement."

1999    Palm Beach County Medical Society Auxiliary Merit Scholarship Award - "Awarded to
        a graduate of a Palm Beach County High School who had the highest grade average of
        the Palm Beach County students at the end of their second year in medical school."

1998    Haven M. Perkins Award - "Presented to a second year medical student who has
        achieved the highest academic standing in basic sciences."

**Publications:**

Pernas FG, Younis RT, **Lehman DA**, Robinson PG. Management of pediatric airway granular
cell tumor: role of laryngotracheal reconstruction. Accepted for publication *Int J Pediatr
Otolaryngol* 2005.

**Lehman DA**, Astor FC, Roy S. Impacted pharyngeal fish bone migrating to the retropharynx.
*Ear Nose Throat*, 2005 Nov; 84 (11): 692-3.

**Lehman DA**, Roy S. Septal perforation caused by nasal magnetic foreign bodies. *Ear Nose
Throat*, 2005 Jun; 84(5): 266-7.

Thomas GR, Dave SP, Furze AD, **Lehman D**, Ruiz JW, Checcone M, Balkany T. Management
of common ENT emergencies. *Emer Med,* 2005 Jun; 37(6): 39-48.

Thomas GR, Dave SP, Furze AD, **Lehman D**, Ruiz JW, Checcone M, Balkany T. Management
of common ENT emergencies. *Emer Med,* 2005 May; 37(5): 18-47.

Dave SP, **Lehman DA**, Casiano RR. Tissue model and preliminary analysis of microdebriders
used in endoscopic sinus surgery. *Otolaryngol Head Neck Surg,* 2005 Jun; 132(6): 834-9.

Furze AD, **Lehman DA**, Roy S. Rhabdomyosarcoma presenting as an anterior neck mass and possible thyroid malignancy in a seven-month old. *Int J Pediatr Otolaryngol*, 2005 Feb; 69 (2): 267-70.

**Lehman, DA**, Casiano RR, Polak M. Reliability of the UM Chronic Rhinosinusitis Staging System. Accepted for publication, *Am J Rhinol*, 2005.

**Lehman DA**, Thomas GR, Regalado, J. Pathology quiz case 2. Primary intestinal-type sinonasal adenocarcinoma. *Arch Otolaryngol Head Neck Surg*. 2004 Feb;130(2):239, 241-2.

Astor FC, Villasuso E, Lee R, **Lehman D**. Actinomycotic thyroid abscess. *Otolaryngol Head Neck Surg*. 2003 Oct;129(4):461-2.

**Lehman DA**, Wilmoth JG, Prevatt AR, Schultz GS, Antonelli PJ. Inhibition of matrix metalloproteinases in cholesteatoma: Preliminary findings. *Otolaryngol Head Neck Surg* 2002; 126: 404-8.

**Lehman DA**, Mancuso AA, Antonelli PJ. Radiology Forum Quiz Case. *Arch Otolaryngol Head Neck Surg* 2001; 127: 331-2.

O'Malley M, **Lehman DA**, Prevatt AR, Schultz GS, Antonelli PJ. Feasibility of gene therapy for progressive atelectasis in the gerbil. *Transactions American Otological Society* 2001;89:46.

Self DW, Barnhart WJ, **Lehman DA**, Nestler EJ. Opposite modulation of cocaine-seeking behavior by D1- and D2-like dopamine receptor agonists. *Science* 271: 1586-1589. 1996.

**Presentations:**

Furze AD, **Lehman DA**, Roy S. Rhabdomyosarcoma presenting as an anterior neck mass. Society for Ear, Nose, Throat Advances in Children. Toronto, Canada. December 2 – 5, 2004.

**Lehman DA**, Casiano RR, Polak M. Reliability of the UM Chronic Rhinosinusitis Staging System. American Rhinologic Society Annual Meeting. New York, New York. September 18 – 20, 2004.

**Lehman DA**, Roy S. Septal perforation caused by nasal magnetic foreign bodies: a case report. Florida Society of Otolaryngology Annual Fall Meeting. Orlando, Florida. November 14 – 16, 2003.

**Extracurricular Activities:**

1999-2000        Academic Status Committee - Student board member

1997-2000        Gator Smiles - Founder and President: established student chapter of the UF Craniofacial Center

| 1997-2000 | Class Officer - Investment Advisor: responsible for managing and investing class funds. |
| 1996-2000 | Volunteer at Equal Access Clinic for indigent health care |
| 1995 | Rosenstiel School of Marine and Atmospheric Science – Research diver |

**Skills and Interests:**

1993-4  Yale Rugby Football Club: starting player on "A" side

1993-5  Powerlifting: placed first in one national and two local meets in dead lift and bench press events

Also, spending time with my wife and children, fishing, diving, surfing, and exercising.

**Personal:**

DOB: 4/23/73
Marital Status: Married
Spouse: Dalia Lehman
Children: Jake, 8; Jaden, 4

# LORNA SOHN WILLIAMS, M.D.
E-mail: LWilliams@pbrp.com

### EDUCATION
**Fellowship in Neuroradiology**
University of Florida – Shands Teaching Hospital
Gainesville, FL

**Residency in Diagnostic Radiology**
UMDNJ – Robert Wood Johnson University Hospital
New Brunswick, NJ

**Internal Medicine Internship**
UMDNJ – Robert Wood Johnson University Hospital
New Brunswick, NJ

**Medical Degree**
UMDNJ – Robert Wood Johnson Medical School
New Brunswick, NJ

**Bachelor of Arts**
Wellesley College
Wellesley, MA

### LICENSURE
Florida
New Jersey

### CERTIFICATION
Certified by The American Board of Radiology in "Diagnostic Radiology with Added Qualifications in Neuroradiology".

American Board of Radiology

National Board of Medical Examiners

---



Palm Beach
Radiology
Professionals, P.A.

Lorna Sohn Williams, M.D.

1 of 4

## COMMUNITY AFFILIATIONS, HONORS AND SOCIETIES

Florida Department of Health, Volunteer Health Care Provider Program

New Jersey Medical Society

American Roentgen Ray Society

Radiologic Society of North America

American Association of Women Radiologists

American Society of Neuroradiology, Senior Member

International Society of Magnetic Resonance in Medicine

American Society of Pediatric Neuroradiology

## GRANTS

| | |
|---|---|
| 5/1/00-11/1/00 | Pilot Study of the Significance of Cerebral Vascular Reserve in Stroke Occurring in Pediatric Sickle Cell Disease<br>Principle Investigator:   Lorna Sohn Williams, MD<br>Role on Project:        PI<br>Agency: American Heart Association |
| 10/1/99-11/1/01 | Stereotactic Radiosurgical Treatment of Epilepsy in a Cat Model<br>Principle Investigator:   Lorna Sohn Williams, MD<br>Role on Project:        PI<br>Agency: RSNA (1999 Toshiba/RSNA Seed Grant Cycle II), |
| 10/00-6/02 | Project CARE-Imaging Supplement  (2RO1DA05854)<br>Principle Investigator:   Mary Lou Benke, MD<br>Role on Project:        Co-Investigator<br>Agency National Institutes of Health: Child Development |
| 1999 -2002 | "fMRI study: Medial Frontal Cortex in Intentional Aspects of Language " (1R01DC03455-01)<br>Source: National Institutes of Health: National Institute of Deafness and Other Communication Disorders<br>Principle Investigator: Bruce Crosson, Ph.D.<br>Role on Project: Co-Investigator |

# PUBLICATIONS

1. Amorosa JK, Laraya-Cuasay L, **Sohn L**, Loeb D, Geller N, Stylianou M, Nosher JL. Radiological diagnosis of cystic fibrosis in adults and children". Academic Radiology 1995; 2:222-225

2. **Sohn L**, Gribbin C, Rizzo N, Nosher JL. Radiological pathologic correlation: mediastinal teratoma. *New Jersey Medicine* 1995; 92(4): 241-244

3. **Sohn Williams L**, Rojiani A, Quisling R, Mickle P. Retrorectal cyst hamartoma and sacral dysplasia: appearance on MR imaging. American Journal of Neuroradiology 1998; 19(6):1043-45

4. Rojiani AM, **Williams LS,** Valenstein EJ. Chemotherapy for pancreatic cancer: a neuroimaging clinicopathologic correlation. J Neuroimaging. 1999 Jul;9(3):165-70.

5. **Sohn Williams L**. Advanced Concepts in the Imaging of perineural spread of tumor to the trigeminal nerve. Topics in Magnetic Resonance Imaging 1999; 10(6): 376-383

6. **Sohn Williams L**, Mancuso AA, Mendenhall WM. Perineural Spread of cutaneous squamous and basal cell carcinoma: CT and MR detection and its impact on patient management and prognosis. International Journal of Radiation Oncology Biology Physics 2001; 49(4): 1061-1069.

7. Williams MD, Antonelli PJ, **Sohn Williams L**, Moorhead, JE. Middle ear prosthesis displacement at high strength magnetic fields. Otol Neurotol. 2001 Mar;22(2):158-61

8. **Sohn Williams L,** Schmalfuss IK, Sistrom C, Inoue T, Tanaka R, Seoane ER, Mancuso AA.

9. MR of the trigeminal ganglion, nerve, and the perineural vascular plexus: normal appearance and variants. AJNR. 2003 Aug; 24:1317-1323

10. Mickle JP, Mericle RA, Burry MV, **Sohn Williams L**. Vein of Galen Malformations. "Youmans Neurological Surgery", Fifth Ed., Elsevier Inc, 2004; 3433-3445

11. Mendenhall WM, Amdur RJ, **Sohn Williams L,** Mancuso AA, Stringer SP, Mendenhall NP. Carcinoma of the skin of the head and neck with perineural invasion. Accepted for publication Head and Neck 2002

12. Bhatti S, Schmalfuss IK, **Sohn Williams L**, Quisling RG. Peripheral third cranial nerve enhancement in multiple sclerosis. Accepted for publication AJNR 2002

13. Garcia-Serra A, Hinerman RW, Mendenhall WM, Amdur RJ, Morris CG, **Sohn Williams L**, Mancuso AA. Should the regional nodes be treated in patients with skin cancer of the had and neck with perineural invasion? Accepted for publication International Journal of Radiation Oncology Biology Physics 2002

14. Muir AB, Rosenbloom AL, **Sohn Williams L**, Yang MCK, Quisling RG. Cerebral edema in childhood diabetic ketoacidosis: natural history, radiographic findings and early identification.  Submitted for publication

## ABSTRACTS

1. **Sohn Williams L**, Mancuso AA, Mendenhall WM ."Perineural Spread of Skin Carcinoma: CT and MR Detection and Its Impact on Patient Management and Prognosis" 32nd American Society of Head and Neck Radiology (ASHNR) Meeting- 4/98

2. **Sohn Williams L**, Mancuso AA, Rhoton AL Jr. "Contrast Enhanced MR of the Trigeminal Nerve and Its Perineural Vascular Plexus: Normal Appearance and Variants" Radiologic Society of North America (RSNA) Meeting-11/98

3. **Sohn Williams L**, Mancuso AA, Mendenhall WM "Perineural Spread of Skin Carcinoma: Clinical Significance and Natural History of the MR and CT Findings following Radiation Therapy". Radiologic Society of North America (RSNA) Meeting-11/98

4. **Sohn Williams L**, Mancuso AA, Mendenhall WM, "Perineural Spread of Skin Cancer Limited to the Distal Branches of the Maxillary Division of the Trigeminal Nerve (V2)", 1999 American Society of Neuroradiology Meeting-5/99

5. Williams MD, Antonelli PJ, **Sohn Williams L**, Moorhead, JE. "Magnetic Resonance Imaging Compatibility of Middle Ear Prosthesis at High Field Strength", American Society of Neuroradiology Annual Meeting, 5/00

## REVIEWER
American Journal of Roentgenology

---

## *Curriculum Vita*

*Leslie A. Zebel, PhD, Psychotherapist*
*Licensed Mental Health Counselor*
*Certified Addictions Professional*
*2601 North Flagler Drive, #304*
*West Palm Beach, Florida 33407*
*(561) 659-5170*
*(561) 371-8358*
lzebel@aol.com

## Education

| | |
|---|---|
| 2005 | PhD Counseling Psychology, Stamford Hill University |
| 1996 | Southeast Institute for Psychoanalytic Psychology |
| 1997 | Licensed Mental Health Counselor (#4375) |
| 1997 | Certified Addictions Professional, Hanley Hazelton |
| 1993 | Master's of Science, Counseling Psychology Nova University |
| 1978 | Bachelor of Arts, Psychology, Indiana University of PA |

### *Additional Training*

| | |
|---|---|
| 1996 – 2005 | Psychoanalytic Psychotherapy & Psychoanalysis |
| 1996 – 1997 | Licensed Certified Addictions Professional |
| 1993 – 1997 | Trauma/Crisis Counseling |
| 1992 – 1993 | Personality Disorders |
| 1986 – 1992 | Leadership Training |
| 1986 – 1992 | Interpersonal & Group Communication Skills |

## *Experience*

| | |
|---|---|
| 2002 - present | Expert Witness |
| 1993 – present | Private Practice, Individual and group psychotherapy |
| 1994 – present | Developed and Facilitated Educational Seminars |
| 1994 – 1999 | Instructor/Educator – Parent, Child & Divorce Workshop |
| 1993 | Internship – Aid for Victims of Domestic Violence |
| 1992 | Internship – St. Mary's Institute for Mental Health |

## *Professional Memberships*

Certification Board for Addictions Professionals of Florida
Southeast Florida Association for Psychoanalytic Psychology
International Federation for Psychoanalytic Education
Chamber of Commerce of West Palm Beach
Jungian Society of South Florida
Collaborative Divorce Team, Palm Beach County

# ROBERT G. GALT, MS, SDAD, CDMS, QRP
WWW.CARRIERCAREERSERVICE.COM

2001 Palm Beach Lakes Boulevard,  Ste 502-E
RBTGALT@AOL.COM                                                                        EMAIL
West Palm Beach, FL.  33409-6510
371 1652                                                                                          (561)

## *Education....*

**Masters Degree,** Health Administration & Wellness, California College of Health Sciences, National City, CA.  1999
Accredited by the  Distance Education and Training Council (DETC) – listed by the U.S. Department of Education as a Nationally Recognized  Accrediting Agency and a Member of the Council for Higher Education Accreditation [CHEA]
• Thesis "Value  of Training and Orientation Programs in Large Medical Facilities"  •  Pre Thesis Topic:  Pain Management Efficacy and Practices – Hospice, Home and Hospital

**Bachelor of Science Degree,** Business Management, Florida State University, Tallahassee, FL. 1973

Honors Degree Program, *Business Administration,*  Florida State University, Tallahassee, FL.

*University of South Florida, Tampa, FL  c/o  John Rasch, PhD, CRC, Dept of Rehabilitation Counseling*
• *Computer Assisted Occupational Analysis*  • *Worker Trait Profiles* – Interface with DOT, GOE and other DOL resources
• *Vocational Rehabilitation* – *Job Placement and Labor Market Appraisal*

**QRP**  [Qualified Rehabilitation Provider]  -  Certification c/o State of Florida,  2002  *Provider Number WC 100 1598 –*
*Dept of Education, Division of Rehabilitation  2728 Centerview Bldg., 101A Forrest Bldg, Tallahassee, FL  32399-04000*
*http://www.rehabworks.org/index.cfm?fuseaction=SubMain.WorkersComp*  Rule 6A-22.002, Florida
Administrative Code and
Section 440.491 (7), Florida Statutes.


**CDMS**  [*Board Certified Disability Management Specialist*] , Certification of Disability Management Specialists
Commission, ACCREDITED BY NATIONAL COMMISSION FOR CERTIFYING AGENCIES WWW.NOCA.ORG.  1835 Rohlwing Road, Suite E, Rolling Meadows, IL  60008
WWW.CDMS.ORG  **ID Number 009349  new ID Number July 2003 =  00043242**

**SDAD**  Certified, [Senior Disability Analyst and Diplomate] American Board of Disability Analysts,  Park Plaza Medical
Building, 345 24th Avenue North, Suite 200,  Nashville,  TN.  615 327 2984 ph  615 327 9235 facsimile *Certificate #7029-04*


**DAF**  Certified, [Disability Analyst Fellow] American Board of Disability Analysts,  Park Plaza Medical Building, 345 24th
Avenue North, Suite 200, Nashville,  TN.  615 327 2984 ph  615 327 9235 facsimile   *Certificate #5408-00*


Qualified Level C Psychometric Tester  The Psychological Corporation, *[Tests for Dyslexia etc],*  19500 Bulverde Road, San Antonio, TX  78259  (800) 211 8378 ph  (800) 232 1223 fax;  www.eTestingNetwork.com/psychcorp/admin.asp.   "C" requires a PhD or EdD within the field usually Psychologist or Specialized training in the field documented by certificate of training. 2003

Qualified Level B and S Psychometric Tester:  PAR, Psychological Assessment Resources Inc., Lutz, FL  2001 –
WWW.PARINC.COM   • QUALIFICATION LEVEL B = Degree in Psychology, Counseling or a closely related field  PLUS satisfactory
completion of course study in Test Interpretation.

Psychometrics and Measurement Theory, Educational Statistics or a closely related area  •  QUALIFICATION LEVEL S = Degree, certificate or license to practice in a health care profession or occupation including:  clinical psychology, medicine, neurology, neuropsychology, occupational therapy and other health care professions PLUS appropriate training and experience in the ethical administration, scoring and interpretation of clinical behavioral assessment instruments.

<u>Qualified Level M and C Psychometric Tester:</u>  Pearson Assessments; Clinical & Career Assessments;  [800] 627 7271

http://assessments.ncpearson.com  LEVEL M Qualification in the Health Care Field and accompany licenses or certification  LEVEL C QUALIFICATIONS = Bachelor degree in psychology, education, human relations or human resources, business or closely related field

<u>Certified;</u>  TABE [Test of Adult Basic Education], WRAT-3 [Wide Range Achievement Test], Wonderlic Personnel Test

[Aptitude],  Wonderlic [Test of Basic Education],  COPEs System [Aptitude, Achievement & Interest],  Holland Self Directed

Search [Interest],  <u>Standards of Educational and Psychological Testing</u>;  c/o CareerPoint Inc., 4450 Belden Village Street,

Canton, OH.  44718-3672  [877] 212 1689  c/o  John Quinn, PhD.  – 2001

<u>Certified;</u>  TABE [Test of Adult Basic Education] Administrator, CTB/McGraw-Hill,  2001

=================================================================

<u>CEU Training;</u>  "<u>Diabetes Education</u>"  West Palm Beach, FL.  VA Medical Center;  12 hours CEU, Aug 2003 c/o  Jo Anne

Deuschle, RN, MS, CDE

<u>CEU Training;</u>  "*Advanced Expert Witness Deposition Tactics in Florida*",  c/o National Business Institute,  COURSE  -7U5508, West Palm Beach, FL.  July, 2003

*Page Two*

<u>CEU Training</u>;  International Association of Rehabilitation Professionals; Workers Compensation Injury Medical and Adjuster

Case Management;  Tampa, FL. June 2003
- Regional Sympathetic Disorder Diagnosis and Treatment;  Phyllis Gerber, MD
- Workplace Drug-Screening, Richard Johnson, MD.
- Hand Injuries;  Treatment and Case Management;  Dale Bramlet, MD.
- Knee Injuries;  Treatment and Case Management, Vladimir Alexander, MD.
- Workers Compensation Legislation through June 2003;  Nancy L. Cavey, Esq.
- Psychiatric Disabilities, Treatment and case Management,  Gilson S. Webb, MD.

<u>CEU Training</u>;  Florida Rehabilitation Association/Florida Vocational Evaluation & Work Adjustment Assn.  Sponsored by

University of South Florida Department of Rehabilitation and Mental Health Counseling;  June 2003
- Effective Strategies for Evaluation and Placement of Persons with Psychiatric Disabilities;  Susan Kelley, PhD., Univ. of South Florida
- Assessment and Placement of Persons with Traumatic Brain Injuries,  Steven Fox CRC, Mental Health Counselor; HealthSouth
- Ethics of Counseling;  Charlotte Dixon, RhD. University of South Florida
- Legal and Professional Issues in Counseling;  Michael Richard, PhD., University of South Florida

<u>CEU Training</u>;  International Association of Rehabilitation Professionals; Annual Education Conference of the Forensic Section;

Orlando, FL  2002
- Basic Elements of a Forensic Case Workup;  G. Cyphers, Med., LPC, CRC, CDMS
- Earning Capacity Testimony; A. Neulicht, PhD., CLCP, CRC, CVE, CDMS, ABVE-D
- Earning Capacity and Employability Evaluation Methodologies; P. Renfro, RN, MS, CRC, CDMS, ORC
- Guidelines for Life Care Planning; R. Thomas, PhD, CRC, NCC
- Case Development Methodology for Rehab. Forensic Experts;  H. Sawyer, EdD.
- Is Your Expert Opinion Valid?;  A. Neulicht, Phd, CLCP, CRC, CVE, CDMS, ABVE-D
- Use of TSA in Forensic Cases;  S. Bast, MHS, CVE, CDMS, CCM
- Science v. Non-Science Vocational Methodologies; D. Stein, PhD, CRC, CDMS, LRC, LPC

<u>CEU Training</u>;  "*Workers' Compensation in Florida*",  c/o Lorman Education Services, Eau Claire, WI

Course Number 13019.  2002

<u>CEU Training</u>;  *PAIN; Latest Assessment and Treatment Strategies,* Cortext; a Division of Medical Education Collaborative.  Brent Van Dorsten, PhD.  University of Colorado; Rehabilitation Center; Aurora, CO.  Brent.VanDorsten@UCHSC.EDU  *2002*

<u>CEU Training</u>;  "*ADA, FMLA and Workers' Compensation in Florida*",  c/o Lorman Education Services, Eau Claire, WI

Course Number 4730 2.  2002

<u>CEU Training</u>;  "*Managing Attorney-Client Privilege And The Work-Product Doctrine In Florida*",  c/o National Business

Institute,  COURSE 06T0417, West Palm Beach, FL. 2002

Canton, OH.  44718-3672  [877] 212 1689 c/o  Beverly Ford, PhD. - 2002

<u>CEU Training</u>;  "Job Placement for the Hard-to-Employ",  c/o CareerPoint Inc., 4450 Belden Village Street,

Canton, OH.  44718-3672  [877] 212 1689 c/o  Beverly Ford, PhD. - 2002

*2001* – <u>Job Survival Skills for Rehabilitation Professionals</u> , *FRA & FLVEWAA CERTIFICATIONS, Tampa, Fl.*

*2001;* Rehabilitation Engineering and Assistive Technology Society of North America [RESNA] Conference, Reno, NV.
• *Universal Design* • *Rehabilitation Technologies in Computer-Assisted Databases* • *Speech Recognition*

*2000;* <u>*Medical, Vocational and Economic Factors in Assessing Damage,*</u> *Professional Education Systems Inc., Dania, FL. Anthony J. Dorto, Merle F. Dimbath and John M. Williams*

*2000; Palm Beach County, Florida; WORKFORCE 2020 –* <u>*Labor Market Demographics, Wage and Employee Turnover Cost.*</u> *et al*

1999; <u>*National College of Expert Witnesses, Litigation Consultants & Attorneys,*</u> *National Forensic Center,*
*Newport Beach, CA.*

*PC Computer Literacy [continuous upgrades] ....*
• *MS Office Suite [Word – Excel – Publisher – PowerPoint]*
• *Internet Research and Penetration* • *WebSite Modification & Use*


To Home Page


Contact Us


Our Staff


E-Mail Us


Attorney Referrals


View/Download/Print, our current CV
and entire service package

# FEE SCHEDULE AND SERVICE BREAKDOWN



## Carrier's Career Service Inc.

*ROBERT G. GALT, MS, SDAD, CDMS, QRP, BCPC*

## 2001 Palm Beach Lakes Boulevard, Ste 502-E

**West Palm Beach, Florida 33409-6510**

Telephone (561) 371 1652 • Fax (561) 753 4870

www.CARRIERCAREERSERVICE.COM

# CARRIER'S CAREER SERVICE, INC.

2001 Palm Beach Lakes Boulevard,  Ste 502-E

West Palm Beach, Florida  33409-6510

Telephone  (561) 371 1652 • Fax (561) 753 4870

www.CARRIERCAREERSERVICE.COM

# FEDERAL IDENTIFICATION #  59-2947424

## RATES

Carrier's Career Service, Inc. will function in  the capacity of information purveyor and/or  as a trial-witness presenting in a public forum, this same information.

**JOB DEVELOPMENT, CASE REVIEW, CONSULTING & ANALYSIS** - CCS will meet with attorneys, physicians and all other parties as necessary and authorized in the process of gathering and validating information. It is sometimes necessary to actually validate real positions in a locale which would fit into the employment profile of an individual based on the TSA and/or Labor Market Survey.  CCS is prepared to conduct telephone and on-site work surveys as necessary, to verify the existence of positions, wages and other particulars on request.

Fee for Job Development, Case Review, Consulting & Analysis ……… $195.00/hour

Travel …………………………………………………………… $195.00 per hour

### EDUCATIONAL AND OCCUPATIONAL TESTING

The Holland "Self Directed Search" Interest Inventory   …………………………$100.00*

The WONDERLIC Personnel Aptitude Test…………………………………… $100.00*

The WONDERLIC Basic Skills [WBST]  Test……………………………… $150.00*

The Purdue Pegboard Test of Manual Dexterity ………………………………$100.00*

Reynolds Depression Screening Inventory …………………………………$100.00*

Multidimensional Anxiety Questionnaire [MAQ] ………………………….. …..$100.00*

Ruff-Light Trail Making Test Memory [RLTMT] ………………………….. $150.00*

Additional Testing;  TABE, COPS, CAPS, COPES as required…………… *Prices vary*

* Regular hourly rates apply for test result analysis and reporting beyond initial charge  for administering test

**TRANSFERABLE SKILLS ANALYSIS TSA,** -  An analysis using a client's own employment

history and avocational background which *immediately identifies appropriate, alternative employment directions* which can be used in testimony or consulting services. This is a court-utilized tool frequently utilized to determine an individual's employability. Specialty reports or variations on this TSA, can be produced as well, which will expound on educational options, break-outs of specific occupational titles from Census Groups and more.

Fee for standard TSA ………………………….. $250.00

*specialty reports from the TSA @ $75.00 per hour*

**MEDIAN WAGE ANALYSIS**- *as a supplement only with the TSA* … Providing the median wage of any occupation. This report reflects Department of Labor, Bureau of Labor statistics through 1996 and is sub-divided according to 3500 major metropolitan centers in the United States. Its purpose is to provide a *Median Wage report which accurately reflects the earning wage of an individual unique to any locale within the United States.* Canadian data is also available under a separate request format.

Fee for Median Wage Analysis…………………………. $100.00

**LABOR MARKET SURVEY** - *as a supplement only with the TSA* … Cross indexes over 15,000,000 American Employers listed according to Standard Industry Classification [SIC] code, and which have been cross-indexed by occupation within industry. These lists are further sub-divided according to criteria as detailed as a single zip code or within a specified number of miles from a center point. The LMS will report Address and Telephone number of listed employers (and) in some reports will include the name of contact persons -- all selected according to the occupational codes cited in the TSA [above]. Lists are provided in blocks of (200) employers.

Fee for Labor Market Survey ……………………..    $400.00 first *(200) names*

$200.00 successive blocks of (200)
names

**PRE-INJURY V. POST-INJURY OCCUPATIONAL and WAGE ANALYSIS** - A detailed analysis which contrasts the occupational and wage profile of individuals first in a PRE-INJURY configuration and second, in a POST-INJURY configuration. A *third* report is then prepared, which reveals in a graphic format (and) in narrative/numerical forms, what the lost capacity is. This specialized report can generally be prepared within (3) working days from request.

Fee for Pre-Injury v. Post-Injury Comparative …………………………….. $475.00

**ON-SITE VIDEO RECORDING** … provided as a "best" means of documenting in a dynamic form, scenarios, impediments, physical limitations, etc. for permanent record and inclusion in summary reports

Fee for on-site video recording [and narration when applicable] ………… normal professional rate

Fee for duplicate copies of video tapes on VHS …………………………….. $50.00 ea

Fee for "power drive" units used to operate small cam video films in larger VHS players ……..
$50.00

## "OTHER" FEES -

1. EMAILING ALL REPORTS ON REQUEST...................... $5.00 per transmittal

2. Printed Copies ................................................ $1.00/page

3. Diskettes for PC Computers 3.5" ................................. $5.00/disk

4. CD/R .................................. $10.00/CD

5. **Expert Witness Testimony/Services @ $1000.00 per appearance 2 hr max, after which $195.00/hr will apply.** *Applies to Depositions, Assessments, Client Interviews, File Reviews, Job Development, Hearings and Court Appearances – Deposition fees due day deposition is actually taken.* **Portal to Portal apply @ travel & wait rate ….. Retainer due & payable at time of Commissioning; $1000.00**

5. Long Distance Telephone Charges or Travel Expenses

6. Formal Presentation Materials, Expenses and Supplies

### DAY RATES:

Full Day Testimony for Court or Deposition..................... $1600.00/day *

Portal to Portal Travel and Wait expense in additon to charges for testimony ......... $195.00 hour **

\* payable in advance or at time of presentation

\** billed after deposition, trial or travel

Case 9:08-cv-80002-LRJ   Document 32-1   Entered on FLSD Docket 12/29/2008   Page 74 of 81

RECORD OF TESTIMONY - Robert G. Gall, M.S., S.D.A.D., C.D.M.S. - Carrier's Career Service, Inc., West Palm Beach, FL
Maintained in compliance with Federal Rules of Civil Procedure 1390, Sec 4 of B   FEDERAL Rule 26: General Provisions Governing Discovery; Duty of Disclosure

# ELKINS LIST™; CARRIER'S CAREER SERVICE INC.

| DATE | CASE # | CASE NAME | ATTORNEY | CASE TYPE | PLAINTIFF | DEFENSE | CONSULTING | TESTIFIED | DEPOSED |
|---|---|---|---|---|---|---|---|---|---|
| 1992-PRESENT | | | | | | | | | |
| | CONSULTING EXPERT (1992+) CASES | NOT APPLICABLE | | (VARIABLE) | | | | | |
| 04/29/99 | CD 94 5888 FAW | CALLAHAN V CALLAHAN | Eric Ash | Marital/Relocation | YES | YES | YES | NA | NA |
| 10/27/1998 | 99-0025-CA 4th Circuit | JORDAN V SOUTHEASTERN | Adam Doner | Wrongful Death | YES | | | YES | |
| 1/7/2000 | 99-016860 CACD 07 17TH Circuit | REEDER V DOEBERLING & NEFF | Lance Ivey | Personal Injury | YES | | | | YES |
| 3/13/2000 | 97 18721 FC 15 | DELIS V DELIS | Richard Pena | Marital | YES | | YES | YES | |
| 04/11/2000 | CD 99-5912 FY | GRACE V GRACE | Adler Brian | Marital | YES | | YES | YES | |
| 07/04/2000 | CD 99-5523 AJ | MUSCO V LIBERTY MUTUAL | J Mark Maynor | Personal Injury | YES | | YES | YES | |
| 7/25/2000 | 99 030043 CA settled | BRIDGE V BRIDGE | C Cole | Personal Injury | YES | | | | YES |
| 9/02/2000 | CA 01 09058 AF | STAMATACOS DOS V GEICO | C Cole | Personal Injury | YES | | | | YES |
| 10/23/2000 | CL 99 5601 AI | CIOTTI MARIE | David J Glatthorn | Personal Injury | YES | | | | YES |
| 10/23/2000 | CL 00 661 AE | RODRIGUEZ, MILDRED | David J Glatthorn | Personal Injury | YES | | | | YES |
| 11/17/2000 | settled | JAMARA V JAMARA | Marinal | YES | | | | | YES |
| 2/2/2001 | CL 99 6361A | MORGAN V BASKIN, MD | Burgess Hector & Burt, Michael | Med Malpractice | YES | YES | | | |
| 2/5/2001 | WC 202 40 9234 | FUENTES, JOSEPH | Tipton, Deric | WC | YES | | | | |
| 2/7/2001 | CL 98 0882 FA | PEREZ, HUMBERTO | Tipton, Deric | WC | YES | | | | |
| 2/7/2001 | CL L349701462 | EMERSON, DARISELLE | Goldstein, Marc | PI | YES | | | | YES |
| 2/19/2001 | Case 99 0194A1 CACE 08 | Spivak v Lauderdale Marine | Adler Brian | PI | YES | | | | |
| 2/17/2001 | CL 00 3489A | TAYLOR CHRISTINE V AIRPORT RENT A CAR | J Mark Maynor | PI | YES | | | YES | |
| 2/26/2001 | CL 99 4177 AI | Partel Leslie v/Women Svc Network | J Mark Maynor | PI | YES | | | YES | |
| 3/5/2001 | CL 00 7676 AE | C Weaver v Gun Club | C Weaver | PI | YES | | | YES | |
| 3/27/2001 | CD 00 04905 F | Johnson v Alamo Rent A Car & Monica Gonzalez | Eric Cheshire & Don Brusbeck | PI | YES | | | YES | |
| 6/27/2001 | DEMAND | Anderson, Don | Boyce, Dennis | PI | YES | | | | YES |
| 8/29/2001 | DEMAND | Shenal, Joseph | Stillman, Phillip | PI | YES | | | | |
| 7/12/2001 | CL 00 11437 AJ | STEWART, KRISH | Goldstein, Marc | PI | YES | | | | |
| 7/20/2001 | CL 00 12056 AF | Jacobs, Marilyn | Bruetsch, Geoffrey | PI | YES | | | | |
| 8/13/2001 | DEMAND no file # settled | Argazola, John | Anderson, Carol | PI | YES | | | | YES |
| 8/13/2001 | DEMAND | Banks, John, (PhD.) | Tipton, Deric | WC | YES | | | | |
| 8/27/2001 | 99-014047 (2) | JOHNSON K V GUNLIFE OBGYN | Morris, Anthony | Med Malpractice | YES | | | YES | |
| 9/17/2001 | 01 97 005 070 AE | BRAVO V BORINA | Black, Michael & Black, Chandler | PI | YES | YES | | YES | |
| 10/01/01 | 00 DR 8463 FA | SCHMIDT V SCHMIDT | CHRISTIANSEN, JOHN | DIVORCE | YES | | | YES | |
| 10/1/2001 | CL 01 01 0483 AF | MITCHELL DEAN | IVEY, LANCE | PI | YES | | | | |
| 10/17/01 | DEMAND | DAKSHER V GODFREY V BRIDGESTONE/FIRESTONE | Mayor, Mark | PI | YES | | | | |
| 11/20/2001 | CA 2003 079568 XXANAO | PARRISH, AUBREY | BADER AND STILLMAN | PI | YES | | | Tucés Decum | |
| 12/7/2001 | DEMAND no file # settled | PALARMO, MARK | Guisande, Marc | PI | YES | | | | |
| 12/17/2001 | DEMAND no file # pending settlement | LOCKTON LARRY V LAKE WORTH | BURDICK, GEOFFREY | PI | YES | | | | |
| 1/8/2002 | DEMAND no file # settled | DURAN, SIMON | Elias, Steven | PI | YES | | | | |
| 1/17/2002 | DEMAND no file # settled | ALEXANDER JAMES | Steele, W Trent | PI | YES | | | | |
| 1/17/2002 | DEMAND no file # pending settlement | Fraley, Nicholas | Shatkowitz, Thomas | PI | YES | | | | |
| 3/3/2002 | DEMAND no file # pending settlement | BEALS, DEBRA | Soskdoff, Eliot | PI, Slip and Fall | YES | | | | |
| 3/27/2002 | THOMAS V PLOTNICK | THOMAS, LYNETTE | Burdick, Geoffrey | PI, Automobile | YES | | | | YES |
| 3/28/2002 | LEE V STROINER, M. | LEE, W. A. | Burt, Michael | PI | | YES | | | |
| 03/04/2002 | PENDING | Newhouse v ____ | Black, Chandler & Burt, Michael | PI | | YES | | | |
| 04/09/2002 | PENDING no file # pending settlement | DEPIERRO, MELLISSA | Maynor, Mark | PI | | YES | | | |
| 04/09/2002 | PENDING Pending Trial | TAVARES | Tipton, Deric | WC | YES | | | | |
| 09/13/03 | DEMAND | LIMA | Tipton, Deric | WC | YES | | | | |
| 04/17/02 | DEMAND no file # settled | VANN, PATRICIA | Steele, W. Trent | PI | YES | | | | |
| 5/12/2002 | DEMAND no file # settled | EDWARDS, MAUREEN | BADER, ELIOT | PI | YES | | | | |
| 5/29/2002 | CL 00 11819 AF 15TH JUDICIAL CIRCUIT | ROSSO, LORRAINE | BADER, ELIOT | PI | YES | | | | |
| 5/6/2002 | DEMAND no file # settled | GALLART, WILFRED JR. | SILVERMAN, KYLE + HAYNES, MATT | PI | YES | | | | |
| 5/27/2002 | CL 00 1819 AF 19TH JUDICIAL CIRCUIT | LEFFLER V. STENSEL, ROSENBERG ET AL. | Burt, Michael & Black, Chandler | Med Malpractice | YES | | | YES | |
| 5/29/2002 | DEMAND no file # pending settlement | OBRIEN V DONNA V CHUNKY CHEESE | Anderson, Carol | PI | YES | | | | |
| 5/29/2002 | DEMAND no file # settled | GRIFFIN V HOORSHAND #0000199 | Pugh, Keith | PI | YES | | | | |
| 6/14/2002 | DEMAND no file # pending settlement | MCPHEE, BRUCE | MCFANN BEAVERS ET AL. | PI | YES | | | | |
| 6/26/2002 | ALIEN V HOLTON | ALIEN V HOLTON | WILLIAMS, DANIEL - Gordon & Doner | PI | YES | | | | |
| 7/15/2002 | CACE 02 00007 (03) | TURNER, CANDACE | Burdick, Geoffrey | Disability Coverage | YES | | | | |
| 08/28/02 | DEMAND no file # settled | BRAMLET, DEAN | MASELLI, RICH (Ogden-Sullivan, PA) | PI | YES | | | | |
| 7/8/2002 | DEFENSE STAGING | DAVIS, HOWARD | WILLIAMS, DANIEL - Gordon & Doner | PI | YES | | | | |
| 7/18/2002 | CACE 02 03007 (03) | FRAZIER, MILDRED | WILLIAMS, DANIEL - Gordon & Doner | PI | YES | | | | yes |
| 07/18/02 | CACE 02 03007 (03) | FRAZIER, MILDRED | WILLIAMS, DANIEL - Gordon & Doner | PI | YES | | | | yes |
| 7/29/2002 | CL01 17623 JITH CIRCUIT COURT | DAVEY, PHIL | David J. Glatthorn | Personal Injury | YES | | | | yes |
| 7/26/2002 | DEMAND no file # settled | WILSON, VERONICA | PATEY, RAYMOND | Personal Injury | YES | | | | YES |
| 8/19/2002 | DEMAND no file # settled | MAYNOR V MAYNOR | CHOPRA, SUSAN | MARITAL | YES | | | | |
| 09/24/02 | DEMAND no file # settled | JOHNSON, JAIME | BADER, ELIOT | PI | YES | | | | |
| 9/27/2002 | DEMAND no file # settled | MAYKAY V MAYKAY | David J. Glatthorn | PATERNITY | YES | | | | |
| 11/11/2002 | 99000784 (02) 17th Judicial Circuit | PETION, ROSELINE | MARINO, ANTHONY | MATERNAL MALPRACTICE | YES | | | YES | |
| 11/18/2002 | DEMAND no file # settled | Maygard, Devon | Shatkopoff, Thomas | PI | YES | | | | |

| Case / Date | Name | Case Caption | Category | Role | YES |
|---|---|---|---|---|---|
| | Hummel, Mark E. | David J. Gallihon | | | |
| 12/18/2002 CV v3-45114 AJ | JAFFE V. JAFFE | YAFFA, DOREEN v Weinstein, Joel | PI | YES | YES |
| 2/9/2000 CASE 2002 DR 8176 FD | ANDERSON V ANDERSON | YAFFA, DOREEN v Weinstein, Joel | MARITAL | Wife | YES |
| 2/25/2003 CASE 2002 DR 8217 FZ | ANDERSON, CAROLA. A. | OHN BRYSON, ESQ | MARITAL | Wife | YES |
| 4/5/2004 TORT ACTION FEDERAL | | Mold Fungus | MARITAL | wife | YES |
| 2/15/2003 CASE 2002 DR 13372 FD | WALSTROM V WALSTROM | CONSIDINE, JOSEPH | PI | wife | yes |
| 2/25/2003 CA 50 2004 DR 02015 XXXX MBAA | SHELTON, LARRY | PRATHER, DAVID C. | PI | YES | |
| 2/25/2003 DEMAND no fee # = settled | REINSTEIN, HARVEY | GOLDSTEIN, MARC | PI | YES | |
| 2/28/2003 REP HUSBAND, DIVORCE | ADLER V ADLER | WEISSMAN, JOEL | MARITAL | YES | |
| 3/12/2003 EVAL, WC | BUTLER, ALONZO | TIPTON, DERIC | WC | YES | |
| 3/6/2003 EVAL, DIVORCE, REP WIFE | LINDA COPPLE V ROBERT CASTRO | TALBOT, SHARON | DIVORCE | YES | |
| 3/11/2003 CA v23103 AE | DALEY, JACK | BONE, BILL | PI | YES | |
| 3/20/2003 2004MORSTATEY | MACCI V MACCI | MACCI, LISA MARIE | DIVORCE | YES | YES |
| 3/21/2003 CL 00 11026 AA | SWEETEN V WAL-MART | WILLIAMS, DANIEL - Gordon & Doner | PI | YES | |
| 4/8/2003 02 CVS 8357 FEDERAL | SOMMER, SIMONE | BRYSON, DAN | PI | YES | |
| 4/8/2003 02 01423 AT 15TH JUDICIAL CIRCUIT | MORRIS, CANUTE | RUBINO, STEVEN | Met Malpractice | YES | YES |
| 4/14/2003 CV-03DBEST | BENNY, JOSH SOMMER | BRYSON, DAN | Fungal Poisoning | YES | |
| 5/4/2003 2002 DB 8527 FZ | TERWILLIGER V TERWILLIGER | LITTLE, BRUCE H. | Fungal Poisoning | YES | |
| 5/6/2003 OJCC 03-004026FLD | HUNT, PAUL | TIPTON, DERIC | MARITAL | YES | |
| 5/6/2003 OJCC 02-042575FLD | MORRISON, CHARLES | TIPTON, DERIC | WC | YES | |
| 5/23/2003 DEMAND 75 21 17th Judicial Circuit | PARKER, RICKY (RICHARD) | BADDA-AMALANI, RICHARD | WC | YES | YES X 2 |
| 6/3/2003 CA 03 172 89 AF | MAHAR, ROBERT | WILLIAMS, DANIEL - Gordon & Doner | PI | YES | |
| 8/6/2003 MATTER 03-2158-221476 | HASH, MARK | SHEVIN, HARRY A. - Searcy, Denney et al | PI | YES | YES |
| 8/10/2003 File # 092054 | RUSSELL, MICHELLE | VACCARO, JOSEPH | WC | YES | |
| 6/17/2003 CA 2003 DR 3424 FY | DOUGHERTY V DOUGHERTY | WEISSMAN, JOEL | DIVORCE | YES | |
| 6/22/2003 File # 001137 | SADLER, JAMES | VACCARO, JOSEPH | PI | YES | |
| 6/27/2003 CA DR 2035 FA | WILKERSON V WILKERSON BETH | | DIVORCE | YES | |
| 7/1/2003 7.31 CV 100 United States District Court | YES, CHETTY, GROSS MEERS, ET AL. | MAYNOR, MARK | MED MAL | YES | |
| 7/1/2003 CASE # 2002 DR 8827 FZ | PETERS V PETERS | MATEER, RICHARD | DIVORCE | YES, Husband | YES |
| 8/18/2003 Lit 29944 CA V99792 | STEWART, BRIDGET | VACCARO, JOSEPH | MED MAL | YES | |
| 8/25/2003 CASE CA 03108 AF | ELLIOTT V ELLIOTT PROPERTIES | PEREZ, "RUSTY" | PI | YES | yes |
| 9/5/2003 CA 02 009788 AN | Peterson, William v Christ Fellowship | Bergil, Robert T | PI | YES | yes |
| 9/5/2003 CA 03 13367 AE | KRASULAK V. STATE FARM | David J. Gallihon | Personal Injury | YES | YES X 2 |
| 9/5/2003 CA 2003 DR 7248 FB | FAWZI V FAWZI | PRESSER, JOEL | DIVORCE | YES | yes |
| 9/5/2003 CA 04 92004 CA 092093 xxxx MB AB | WORMACK, THOMAS | VACCARO, JOSEPH | PI | YES | YES |
| 9/17/2003 50 2004 CA0102295XXXXMB | MISERENDINO, DAVID | Goldstein, Marc | PI | YES | |
| 9/19/2003 CA 01 12497 AN | Cruz et al v. Perez, Farinas & Waste Management | | PI | YES | YES |
| 10/22/2003 ca 50-2003 007492 af | SEAT V CHAVEZ | CONTOLE, B | PI | YES | |
| 11/7/2003 ca 03-25668 ga-01 | PEREZ-LEAL, OSVALDO | PEREZ, "RUSTY" | PI | YES | YES |
| 11/12/2003 CA 04 1518  15th Circuit | SHERARD ALLISON V. DOLLAR RENT A CAR | GOLDENFARB, CRAIG | PI | YES | YES |
| 11/12/2003 CA 001 1518 15th Circuit | MILEY V MILLER rep Husband Harlan | SPRINGER, TODD - LUKS ET AL | FAMILY | YES | |
| 11/12/2003 CASE No. 2003 DR 1462 FC | SCHWARTZ V. SCHWARTZ | WEISSMAN, JOEL | DIVORCE | YES | |
| 11/20/2003 17th Judicial Circuit rep # pending settlement gf | GUARALNICO V SCHWARTZ | QUARALNICO, GLNN | DIVORCE | yes | |
| 12/9/2003 CD 02 DR 7748 FB | Kieval v. Kieval Prell, Yvonne Prell | WEISSMAN, JOEL | DIVORCE | YES | |
| 12/9/2003 DEMAND no fee # = pending settlement | Gustafson v. Gustafson | YAFF, DOREEN | PI | yes | |
| 12/14/2003 CASE 2002 DR 8356 FZ | DEAN, MICHAEL | Maynor, Mark | PI | YES | |
| 1/7/2004 2003 CA 8511 AH | BAUER V VILLAGE OF BOCA RIO | Meehan, Richard + Silverman, Kyle | PI | YES | |
| 1/10/2004 2003 AE 11430 | Gordon, Robert | Mazda, Carolann | PI | YES | |
| 1/20/2004 CA 01847424, 17th Judicial Circuit | KIEHL V. STOUT | | Custody | YES | YES |
| 12/23/2003 DEMAND no fee # = pending settlement | MILL V. SCHEVERIOUS FOR CORRESPONDENCE | | Family | YES | |
| 2/4/2004 2001 DR 10003 FZ | WESTBROOK V. BEASLEY | Sharpe, Tracy R. | PI | YES | |
| 2/18/2004 OUR FILE 01-1057 | FORSTER, SPENCER | Fermer, Duncan | PI + MED MAL | YES | YES |
| 2/18/2004 DEMAND no fee # = pending settlement | AUDETTE, GEORGE | ROBERT L. SAYLOR | PI | YES | |
| 2/17/2004 ADI AA 1959 rep WC and TORT # | LOUIS-JACQUES | Anderson, Carol | WC AND PI | YES | |
| 12/14/2003 CASE 2002 DB 8356 FZ | KHAMISI V. KHAMISI | Bruce Ramsey - Lytal Reiter, et al | DIVORCE | YES | |
| 2/25/2004 02-80556 Patriot/Johnson  US District Ct | Williams, Lenora | Alan, Richard Cunningham | EMPLOYMENT LAW | YES | |
| 3/23/2004 Pre litigation status | SADERLIN V. BOUGHNER | ALAN J. RICHARD KEITH | Family | YES | |
| 3/29/2004 Pre litigation status | SABIN V. SABIN | FERRARO, RUSSELL | Family | HUSBAND | |
| 4/20/2004 CA 03-745 DR | MULLIGAN V. MULLIGAN | BACHANT, DANIEL | Family | HUSBAND | |
| 4/23/2004 CA 03581 AA | CORAZ V. DORA | WILLIAMS, DANIEL - Gordon & Doner | PI | YES | |
| 4/26/2004 2003-CA03163RAI | SMITH V. RODRIGUEZ | VACCARO, JOSEPH | PI | YES | YES |
| 5/5/2004 Pre litigation status | AUDETTE, GEORGE | ROBERT L. SAYLOR | PI | YES | |
| 5/13/2004 DEMAND no fee # = pending settlement | FOSTER, SPENCER | VACCARO, JOSEPH | PI | YES | |
| 6/2/2004 Pre litigation status | Paul Clayton v greco  fee # 03/0001 | David Gleason - Lytal Reiter, et al | PI | YES | |
| 6/2/2004 Pre litigation status | c/o Roxanne Billinglay BSN @ Lytal Reiter | Bruce Ramsey - Lytal Reiter, et al | MED MAL | YES | |
| 5/28/2004 CA00569B00XONAH | BROEDEN | Mickey Smith - Steven Cunningham | MED MAL | YES | |
| 6/12/2004 2004 DR 1225 FD | RICKMAN V MILLER ET AL. | ROBERT L. PURIE FA | Family | HUSBAND | YES |
| 6/24/2004 CA 2003 DR 10709 FZ | LIPSON V. LIPSON | WEISSMAN, JOEL | Family | HUSBAND | YES |
| 6/29/2004 Pre litigation status | KATZENSTEIN V BIRZENIEKS  File # 2381 | Maynor, Mark | Family | HUSBAND | YES |
| 6/30/2004 CV 01-6971 Circuit Court, Birmingham, Alabama | HENDERSON V HENDERSON | ROBERT L. SAYLOR | PI | YES | yes |

| Date / Status | Case Name | Attorney / Name | Category | Role | YES |
|---|---|---|---|---|---|
| 7/1/2004 CA 03 DR 7335 FY | OKUN V OKUN | LOUIS SHAFFER | Family | HUSBAND | YES |
| 7/2/2004 FILE 04-4027 PRE LITIGATION | BENSOSME COLLADO V COMMUNITY ASPHALT | ISCOE, STEIGER, ET AL | PI | YES | |
| 7/12/2004 CA 50 2004 | | CRAIG GOLDENFARB ESQ | PI | YES | |
| 7/12/2004 Pre litigation status | WILDER, STAFFORD V PB C JAIL | ROBERT L. SAXTON | MED MAL | YES | |
| 7/12/2004 | Susan B. Lander - Unit Owners' Assn of the Chateau | KIMBERLY WILSON, ESQ | PI | YES | |
| 7/13/2004 Pre litigation status | COLE [Petronia] v COLE [William F.] | McCloskey, D'Anna, Iontous & Dietzke, LLP | Family | WIFE | |
| 7/29/2004 Pre litigation status | MITCHELL, RICHARD | ISCOE, STEIGER, ET AL | PI | YES | |
| 7/14/2004 Pre litigation status | TROJAN, KIMBERLY | | MED MAL | YES | |
| 7/14/2004 50-2005 CA02002XXXXXMB | RICCI LEOPOLD | RICCI LEOPOLD | PI | YES | |
| 7/28/2004 CA 02 11552 AN | GARRETT, TIME V FPL ET AL | KEN LUMAXANT BROWN | PI | YES | YES |
| 8/19/2004 CA 005101AO | CLAYTON V OSCEOLA FARMS | BRYAN A. BOYXAW | PI | YES | YES |
| 8/18/2004 CA50200 4DR00385XXXXSBFZ | HALM V HALM | LEWIS SHAFFER | Family | HUSBAND | YES |
| 9/20/2004 Pre litigation status | DWANGER, NANGINHAM | CHANDLER, LARRY | PI | YES | |
| 8/19/2004 CA 97-9913 FB, (ii) Yes 9th, FL | DOERR, V DOERR | FERRARO, RUSSELL | FAMILY | HUSBAND | |
| 9/20/2004 Pre litigation status | GOODELL, DIARA | CHANDLER, LARRY | PI | YES | |
| 9/20/2004 Pre litigation status | FAUSTINO, ALFERD | CHANDLER, LARRY | PI | YES | |
| 9/20/2004 CA 502004DR010949 FZ | GORDON, ALICE | CHANDLER, LARRY | PI | YES | YES |
| 10/20/2004 Pre litigation status | SAMTER V SAMTEL | WEISSMAN, JOEL | Family | HUSBAND | |
| 10/12/2004 Pre litigation status | ROBERTSON V ROBERTSON | COHN, BENNETT | Family | WIFE | |
| 10/13/2004 Pre litigation status | GOLDIN V GOLDIN | GARVIN, DAVID | PI | WIFE | |
| 10/20/2004 Pre litigation status | PANSE V PANSE | Maynor, Mark | Family | PI | |
| 11/18/2004 2001 @ 8705 FZ | GRANT, CYNTHIA | Goldstein, Marc | PI | YES | YES |
| 11/18/2004 Pre litigation status | BANAS V NYBERGH MD V ANESTHESIA ASSOC | GOLAS, PAUL | Breach of Contract | YES | YES |
| 11/22/2004 CA 04 CA 000370 MRAF | LACKEY, DAVID V LACKEY, KAREN | SUSAN E. GREENBERG | FAMILY | HUSBAND | YES |
| 12/2/2004 Pre litigation status | MEADOWS, JOHN V MEADOWS, LAURA | TREY, VITAL [Jan Cook PARALEGAL] | FAMILY | HUSBAND | |
| 12/7/2004 Pre litigation status | JETTER GRAMMY V FBSO | SUSAN PI - Searcy, Denney et al PI | PI | HUSBAND | |
| 12/7/2004 Pre litigation status | KRANER V KRANER | JIM HICKS, ESQ | PI | YES | |
| 12/23/2004 CHCE 0402106 14 17th Judicial Circuit | KEITH, RENEE | JIM HICKS, ESQ | PI | YES | |
| 12/29/2004 CA 50 2004 DR 008144 XXXX SB | TELFORD, RANDY AND SUSAN | | PI | YES | |
| 1/7/2005 Pre litigation status | Gomez, Alfonso v. Lobl, Bernard | Joseph B. Landy... | PI | WIFE | |
| 1/7/2005 Pre litigation status | Jaffy, Todd v. Jaffy, Tracy | David Friedman... | FAMILY | WIFE | YES |
| 1/7/2005 Pre litigation status | MURPHY, PATRICK | Robert Bauer... | PI | YES | |
| 1/7/2005 2004 DR 014528 SB SZ | LEE, JASON V ALAMO RENT A CAR | LEWIS SHAFFER | PI | YES | |
| 1/11/2005 CA50200 4DAC | White v. White | | PI | HUSBAND | |
| 2/25/2005 CA 59-2005 CA XXXMB AJ | GUERTS, PATRICIA | LEWIS SHAFFER | MED MAL | YES | yes |
| 1/20/2005 Pre litigation status | GUERTS, PATRICIA | CHANDLER, LARRY | FAMILY | YES | YES |
| 2/7/2005 Pre litigation status | BAUER, HELEN | CHANDLER, LARRY | PI | YES | |
| 2/17/2005 CA 04 6500 AD | ALTMAN V ALTMAN | Debra L. Horton, Esq | PI | YES | |
| 2/18/2005 CA 2004 008501 AG | OMRERA ROSEN V TAM CARE | CHANDLER, LARRY | PI | YES | |
| 2/25/2005 CA 2003 007 FY AJ | DOMINGUEZ V HOME DEPOT | Burdick, Geoffrey | PI | YES | |
| 2/25/2005 Pre litigation status | KEVIN MOORE V EASTERN AGGREGATES | CHARLES D. THOMAS | PI | WIFE | |
| 3/7/2005 CA 04 315 CA | KOKINAKIS | SPENCER | PI | HUSBAND | |
| 3/8/2005 Pre litigation status | MIZNER | FERRARO, RUSSELL | PI | YES | |
| 3/8/2005 Pre litigation status | SCOTT SMOLIAK V GREYHOUND | BARRY POSTMAN / Kim Strand paralegal | PI | YES | YES |
| 4/15/2005 2004 DR 012441XXXXSB | KAIN V KAIN | Brian Guralnick | PI | YES | |
| Forwarded to firm 2004 DR 012341XXXXSB | CAROLYN NEWSOME | LAW OFFICES B.FER [not a Law Firm Case] | FAMILY | YES | yes |
| 3/10/2005 CA 10201 04191193 FY | ROSENBAUM V SEVERIN | JOEL WEISSMAN | FAMILY | HUSBAND | YES |
| 03/10/2005 CA 2003 DR 1221 FZ | CHRISTOPHER, Karen v CHRISTOPHER | CRISCUOLO, DONALD | FAMILY | HUSBAND | YES |
| 3/10/2005 Pre litigation status | GIORDANO V GIORDANO | JOEL WEISSMAN | FAMILY | husband | YES |
| 3/14/2005 CA 5020030R012050XXXXDIFD | MUNN, JAMES | LEWIS SHAFFER | FAMILY | unknown | |
| 3/15/2005 CA04 CA002255 AB | EADE John v EADE, Darlene | LEWIS SHAFFER | FAMILY | unknown | |
| 3/17/2005 CA 2004 014146 MBAJ | FOWLER V FOWLER | JOEL WEISSMAN | FAMILY | HUSBAND | |
| 3/19/2005 Pre litigation status | RASO Diana v RASO | | PI | YES | |
| 3/24/2005 Pre litigation status | LANNI, Lee Ann V LANNI, Vittorio | FERRARO, RUSSELL | FAMILY | YES | YES |
| 3/24/2005 CA04 2994 DR 00191 FY | PELUGO, Joseph V MACY'S | FERRARO, RUSSELL | FAMILY | WIFE | YES |
| 3/00/2005 Pre litigation status | SCHULER, Lisa | SHALHOUB, ROBERT | FAMILY | HUSBAND | YES |
| 3/31/2005 CA 05 DR 147 19TH CIRCUIT | MEISNER V MEISNER | FERRARO, RUSSELL | PI | YES | |
| 3/10/2005 Pre litigation status | CHRISTOPHER Karen v CHRISTOPHER | SEA PINES SMITH GORDON PA | PI | YES | |
| 04/14/2005 CA 50200505HM041323XXXXMB | GRANDOV V GORLANDO | J Mark Maynor | FAMILY | HUSBAND | |
| 8/6/2005 Pre litigation status | MUNN JAMES | Emilio Diamantis - Searcy, Denney et al | PI | husband | |
| 4/21/2005 Pre litigation status | RAIG V RAIG | MARC GOLDSTEIN | MED MAL | YES | |
| 4/25/2005 Pre litigation status | WARREN V WARREN | CARLOS A. BODEN | PI | YES | |
| 4/27/2005 CA 2004 DR 003539 FC | BENSANKO V [UNKNOWN] | MATTHEW NUGENT | FAMILY | WIFE | YES |
| 4/27/2005 cd 03-5293 fz | DAVIS Luke and Chris V PROPERTY CASUALTY | JOSEPH M. CONSIDINE | FAMILY | HUSBAND | YES |
| 4/26/2005 2004 DR 014697 FY | BEATTIE V BEATTIE | SHALHOUB, ROBERT | PI | YES | YES |
| 5/3/2005 Pre CA 53-2005 CA 01 32 000.00 | REBECCA JEAN WHITNEY V KEVIN LOUCKS | SEA PINES SMITH GORDON PA | FAMILY | HUSBAND | |
| 5/4/2005 2005 @ 14574 fd 15th Circuit | FAREY V FAREY | JAMES QUICK, ESQ | FAMILY | HUSBAND | |
| 5/4/2005 Pre litigation status | SHAW Loretha v Chapman Fruit and E. Kersey | ORLANDO GONZALEZ, ESQ | FAMILY | WIFE | yes |
| 5/5/2005 CA 97 5149 FI SB | QUAN V GABLE | LEWIS SHAFFER | FAMILY | WIFE | YES |
| 8/4/2005 CA 2005 DR 4394 SZ | MANTIN V MANTIN | | FAMILY | HUSBAND | |
| 5/10/2005 Pre litigation status | CHANDLER, Andrew V CHANDLER Andrew / TEREZQUHA SAEZ | ELLIS & SED c/o Judith A. Pedersen Para PI | FAMILY | YES | |

| Date | Case No. | Party | Party 2 | Category | Col A | Col B | Col C | Col D | Col E |
|---|---|---|---|---|---|---|---|---|---|
| 5/10/2005 | CA 02 8507626 | NIKKI HOSANG | ELLIS & GED c/o Judith A. Pedersen, Para PI | | YES | | | | YES |
| 5/13/2005 | CA 05 3004 CA XXX41XXXXXXMAH | STYLES, JAMARIAN | LARMOYEUX AND BOWE | MED MAL | YES | | | | YES |
| 5/17/2005 | CA 05 DR 1407SFP | BROCK V BROCK | Boose, Casey & Cipollone, P.A. | FAMILY | HUSBAND | | | | |
| 5/24/2005 | Pre litigation status | COZZI V COZZI | Brinkley McKerring Morgan et al | FAMILY | HUSBAND | | | | |
| 5/25/2005 | Pre litigation status | OLINBRINK V OLINBRINK | Christiansen & Jackson, PA | FAMILY | HUSBAND | | | | |
| 5/31/2005 | CA 2005 DR 05617TXXXFA | MARKOV V MARKOV | Carolina Cardozo c/o L. Shafer | FAMILY | WIFE | | | | |
| 6/2/2005 | CA 2005 DR 0588 FZ | MITTLEMARK V MITTLEMARK | Carolina Cardozo c/o L. Shafer | FAMILY | WIFE | | | | |
| 6/9/2005 | CA 2005 DR 005459 XXXX FZ | NEGRI V NEGRI | Carolina Cardozo c/o L. Shafer] | FAMILY | WIFE | | | | |
| 8/10/2005 | Pre litigation status | MELDON V MELDNHOR | ELLIS & GED c/o Judith A. Pedersen, Para PI | PI | WIFE | | | | |
| 8/11/2005 | Pre litigation status | TANIOUS CHAROUS | | FAMILY | WIFE | | | | |
| 8/21/2005 | CA 95 098 98 | COPPOLA V COPPOLA | QUERCIA LAW FIRM - James Querci | FAMILY | WIFE | | | | |
| 08/21/05 |  | ANTON V UNIV OF MIAMI | LUKS, SANTANIELLO, PEREZ, ET AL | PI | | YES | | | |
| 8/22/2005 | 2005 DR 002873XXXXSBFZ | ALCOFF V ALCOFF | LEWIS SHAFER | FAMILY | WIFE | | | | |
| 8/23/2005 | 04 024527FMCE | VARGAS V HOME DEPOT | LUKS SANTANIELLO PEREZ ET AL | PI | | YES | | | |
| 8/30/2005 | CA 2004 DR 13000 FD | DUBS V DUBS | STEVEN B. MANGOF | FAMILY | HUSBAND | | | | |
| 7/8/2005 | KLAMMENBACH no 0448445A | RODRIGUEZ V ARAN EYE ASSOC. | MATTHEW KLEIN | MED MAL | HUSBAND | | | | |
| 7/15/2005 | CA 2004 DR 11165 FD | GRAMMAROSSA V GRAMMAROSSA | J. Mark Maynor | FAMILY | HUSBAND | | | | |
| 7/11/2005 | CA 2004 DR0858XXXXMBAD | GEMPEL, Christopher | Michael RETTZEL c/o Wm Price PA | FAMILY | | YES | | | |
| 8/16/2005 | CA 2005 001901 MB | LAROCCA V FERTIG | ANDREW PELINO | PI | YES | | | | |
| 8/5/2005 | CA 03 013371 AE | VAZIE FLETCHER V DADE BUILDERS ET AL | BRIAN W. SMITH | PI | YES | | | | |
| 8/9/2005 | 2005 DR 0864 FZ | MELENDEZ V MELENDEZ | SUSAN GREENBURG | Post Divorce | YES | | | | |
| 8/11/2005 | 2005 DR 4087 FD | ELLIS V ELLIS | J. Mark Maynor | FAMILY | HUSBAND | | | | |
| 8/12/2005 | Pre litigation status | MOZZOTT, TED | CAROL ANDERSON | PI | YES | | | | |
| 9/20/2005 | 50 2004 CA 011171 MBAD | ROYBIGS V FRANK V MONTE LONGO | C. J. ANDERSON | PI | YES | | | | |
| 9/27/2005 | 50 2004 CA 009934 MBAA | BRANTLEY, MARIAN [a male chief] | MATTHEW LEVY + Michael Long Esq | PI | YES | | | | |
| 9/27/2005 | 50 2005 ca 001534xxxx mbaa | BETANCOURT, RUTH | MATTHEW LEVY | PI | YES | | | | YES |
| 9/27/2005 | CA 2005 DR 002727 XXXX MB | ROCKY V ROCKWORTHY | DAVID HATHORN | FAMILY | YES | | | | YES |
| 9/28/2005 | 50 2004 DR 015 879 FY | SAVAGE V SAVAGE | LEWIS SHAFER | FAMILY/ Wrongful Death | YES | | | | |
| 10/20/2005 | 50 2004 ca 012157XXXXXMB AE | ZEF NDRECA V PORCHER | JOHN A. CHICCCA | FAMILY/ rep Wife | WIFE | | | | yes |
| 10/10/2005 | 502004 DR 3484 | FEMINELLA V FEMINELLA | R FERRARO | Post Divorce | YES | | | | |
| 10/10/2005 | 50 2004 CA 02804 XXXX MB AD | FEMINELLA V FRISO | BOB SAYLOR | DEFAMATION | YES | | | | YES |
| 10/11/2005 | PENDING | DESGROSSEILLIERS V STEIN | BOB SAYLOR | DEFAMATION | YES | | | | YES |
| 10/12/2005 | 50 2005 CA 007239 | BOXING V BOXLER FAMILY | PATRICK TIGHUE | PI | YES | | | | |
| 11/14/2005 | 50 1998 DR 001285 DIFA | FLUELLEN V ENTERPRISE-RENT-A-CAR | GEORGE SUPRAN | PI | YES | | | | YES |
| 11/14/2005 | 05 04338 FC 39 | PEROW V PERLOW | JOEL WEISSMAN | PI | YES | | | | |
| 11/9/2005 | CA 04338 FC 39 | Franklin & Criscuolo, PA | BARRY FRANKLIN | Family / rep Wife | YES | | | | |
| 11/14/2005 | CA 5 2005 DR 001784XXXXB | COLE [Brian] V COLE [Laura] | EARL K. MALLORY | FAMILY / rep Husband | YES | | | | YES |
| 11/22/2005 | CA 2005 DR 03591 XXXXXMBFD | PEREBOOM V PEREBOOM | RANDY GARVEY | FAMILY/ rep Wife | YES | | | | YES |
| 11/28/2005 | 50 2005 CA 001580 | DAVIS V DAVIS | REBECCA YOUNG | FAMILY/ rep Wife | WIFE | | | | |
| 11/29/2005 | CA 05 723 DR | SALES, David V D. de Labry-SALES, Colette | R. FERRARO | Family rep Wife | YES | | | | |
| 12/6/2005 | CA 05 079 89 4993 | GIFFORD V GIFFORD | GREGG McCLOSKY | Family rep Husband | YES | | | | YES |
| 12/8/2005 | CA 05 DR 0116556 | VARELA V BOXLER | Guy D. Weiner Esq | FAMILY / Husband | YES | | | | YES |
| 12/6/2005 | unknown | BARO, Rebecca v. BARO, Eduardo | R. FERRARO | Family / rep wife | HUSB | | | | |
| 12/8/2005 | 50 2005 CA 005100 XXXX MB | MAJAK V WHITCAPS WATER SPORTS ET AL | GUY CANGELO JR. C/o Pincus P.A. | FAMILY / Husband | YES | | | | YES |
| 1/28/2006 | CA 519 2003 CA 002847 AN | RODRIGUEZ Jesse V STANTON TRANSPORT | Michael H. Stauder Esq | PI | YES | | | | |
| 1/11/2006 | pending | Baker, Christopher v FL | ROBERT J. STONE | Wrongful Death | YES | | | | |
| 1/11/2006 | CA 50 2005 02897 XXXX MB | LOREDENT V ROGAIN | DONALD J. THOMAS | PI | YES | | | | |
| 1/31/2006 | CA 50 2005 ca 005413XXXXXMB | DAY, Larry V SWEAT TRANSPORTATION | BOB BRITTON | PI | YES | | | | |
| 2/2/2006 | PENDING | Jacobsen, Ivory v. Cooper Tire and Rubber Co. | Phil Spaeth-Riv + Lance Ivey, Esl | FAMILY/ [husband] | YES | | | | |
| 2/6/2006 | 05-16102 | LACUCLAUSTRA, Angel v FERNANDEZ, Marick | Phil Spaeth-Riv + Lance Ivey, Esl | PI | YES | | | | |
| 2/8/2006 | ca 50 2004 CA 002555XXXXMBAI | GRENIK David V MALLICK, Anate et al | BRIAN W. SMITH | PI | YES | | | | |
| 2/9/2006 | ca 50 2004 CA 002838 | FERRANTE, Gina v. MALLICK, Lyako | E. ROBERT BROWN | PI | YES | | | | |
| 2/13/2006 | CA 11172 JLT FEDERAL | JONES, Roxey v. NEW ENGLAND AND CENTRAL RAIL | MICHAEL B. FLYNN | PI | FAMILY / Husband | | | YES | |
| 2/16/2006 | 05 1789750PC CA 11th Circuit Miami | NNON V BREVARD FL | BARRY H FRANKLIN | PI | YES | | | | |
| 2/14/2006 | 05 CA 0388 MB | MAJAK V WHITCAPS WATER SPORTS ET AL | GUY CANGELO JR. C/o Pincus P.A. | FAMILY / Husband | YES | | | | YES |
| 2/18/2006 | PENDING | DAVID MAHARAJ | Michael O'Donnell c/o Finder & Finder | PI | YES | | | | YES |
| 2/20/2006 | 502006 0574 xc 14 11TH Judicial Circuit | JOSEPH V JOHNSON | BARRY FRANKLIN | PI | YES | | | | YES |
| 2/22/2006 | 50 2006 CA 00006 XXXXMB | JOSEPH YANEK v royal miller et al | PATRICK FRANKLIN | PI | YES | | | | YES |
| 2/22/2006 | Sonoma CA County Superior Ct SFL 15655 | FAHEY V FAHEY | BOB MONTGOMERY | FAMILY [husband] | YES | | | | YES |
| 2/27/2006 | 50 2005 DR 010962mbfb | Kushnir, Claire v. Kucheria | JOEL WEISSMAN | Family [Wife] | | YES | | | |
| 3/2/2006 | CA 04 6005 DR | FERRARO, Rosanna V FERRARO, Joseph | RANDY GARVEY | Family [husband] | YES | | | | |
| 3/3/2006 | 05 009431341861 MIAMI | SANTANA V SANTANA | GEORGE METCALF | Family [wife] | YES | | | | |
| 3/2/2006 | PENDING | NAPLES V MAHON | ROBERT SPAHLHOUB | FAMILY [wife] | YES | | | | |
| 3/13/2006 | 20050R007848x6 | McCARTY V McCARTHY | SAMANTHA MALOY | PI | YES | | | | |
| 3/13/2006 | 5004H5C01HH844SXXXSMBAF | MORGADO V STATE FARM | LARRY CHANCELER | Family [Wife] | YES | | | | |
| 3/14/2006 | unknown | WERNBERG, STEPHEN | MARC GOLDSTEIN | PI | YES | | | | |
| 3/26/2006 | 05 8441 DR | BARRY V BARRY | DANIEL BACHI | PI | YES | | | | |
| 4/8/2006 | 502005CAN01057XXXXMBAE | CHAVEZ V THE HOME DEPOT | CHAVEZ c/o DOLIN FARM ESQ | PI | YES | | | | |
| 4/15/2006 | 502005DM008489XXXXSBFY | McBRIDE V McBRIDE | DAVID A ROSS | PI | YES | | | | YES |
| 4/18/2006 | PENDING | SMITH, DANA V REGAL CINEMA | MARC R. GOLDSTEIN | PI | YES | | | | YES |
| 4/21/2006 | 04004648XXXXSBFB | JERULAR V MEREJLEN | MATTHEW LEVY | PI | YES | | | | |
| 4/21/2006 | 50 2005 DR0521 16XXXXMBFA | HERNAN DEZ V HERNANDEZ | RANDY GARVEY | Family [Wife] | YES | | | | |
| 4/12/2006 | 2003 DR 013171 XXXXSSB FZ | CONLAN V CONLAN | JOEL WEISSMAN | FAMILY [husband] | YES | | | | |
| 4/5/2006 | 502006DR004262663 XXXXXSB NFFH | GRIFFIN V GRIFFIN | MATTHEW NUGENT | FAMILY [husband] | YES | | | | |
| 4/20/2006 | CA 05249 DR 3487FD | HITCHCOCK V HITCHCOCK | RUSSELL J FERRARO | FAMILY [husband] | YES | | | | yes |

| Date | Case/File | Caption / Party | Attorney | Category | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 3/2/2007 | FILE # 08 0865 | WANDA AMERSON | SCOTT DONALDSON | PI | YES | | | | |
| 3/9/2007 | 10-2005xxxxxxxxxxxxxxxx | HEINE, Lorraine V. CD PARKING | CARLOS A. BODDEN | PI | YES | | | | |
| 3/?/2007 FALL 2007 RECEIVERSHIP | 2004-08-1025xxx02Bxxx110xxxxxxx3BFII | SHEILA MALLOY | | FAMILY [husband] | YES | | | | YES |
| 3/19/2007 | NOT PROVIDED | WEIG Susan V WEIG | JACK PUGH | CUSTODY [Wife] | | YES | | | |
| 3-19-07 | NOT PROVIDED | DAPINO V DAPINO | J Mark Maynor | Marital | | | YES | | |
| 3/21/2007 | 2006 CA 000735XXXXXAMB | SIMPSON V JTR | JAMES WILKERSON | PI | YES | | | | YES |
| 3/21/2007 | 07-25-OR | ONEILL-BUTLER, Christofer V. KIMBERLY | RUSSELL FERRARO | FAMILY [husband] | YES | | | | |
| 3/27/2007 | CA 2005 CA 011113 XXXX MB | IMPREVEDUTO Jake v. MAYSIEN SVCS | ERIC HEVIKO | Marital | YES | | | | |
| 3/27/2007 | SXX [READING] | PALERMO, MARK | JAMES WILKERSON | PI | YES | | | | |
| 3/27/2007 PENDING | | CAPARULO V. ESTERDWITZ ET AL | Scott T. Keaberle para v. Jocelyn Kiser | SSA | YES | YES X 2 | | | |
| 3/29/2007 pending | | SHUSTER, Phyllis | CARL WALD LaBouisse et al | PI | YES | YES | | | |
| 4/2/2007 | 2007TDR00269022XXXXXXB | BELL V BELL | SAMANTHA MALLOY | FAMILY [husband] | YES | | | | |
| 4/2/2007 | 2007TDR00269022XXXXXXB | BELL V BELL | JOEL WEISSMAN | FAMILY [husband] | YES | | | | |
| 4/6/2007 | FMCE069179640v093 | WILLIAMS V WILLIAMS | STEPHEN RAKUSIN AND ERIN TALKSNIK | FAMILY [Wife] | YES | | | | |
| 4/11/2007 | CACTE 05 10246 (09) | JORDANO, Keith v HENN, Peter | CARLOS A. BODDEN | PI | YES | | | | YES |
| 4/11/2007 | 06 2010CC01101XXXXXXMBAI | SULLIVAN-GARCIA, Andrea v PB TRANSPORT | CARLOS A. BODDEN | PI | YES | | | | |
| 4/11/2007 | 04 CA 02231XXXXXXAMBAH | BROWN, Phyllis v JC PENNEY | CARLOS A. BODDEN | PI | YES | | | | |
| 4/14/2007 PENDING | | SANCHEZ, Aida v SWEET TOMATOES | CARLOS A. BODDEN | PI | YES | YES | | | YES |
| 4/16/2007 | CACTE 05 06694 (09) | BETANCOR, ALVARO | CARLOS A. BODDEN | PI | YES | YES | | | YES |
| 4/16/2007 | 502007DR0147710XXXXXXMBFZ | SCHINDELE V KHAMALA | ISRAEL KUJAWSKI-ELLES | FAMILY [wife] | YES | | | | |
| 4/17/2007 | 86 1441 CA 13 [Brevard] | ESCTIVERO Angela | MATTHEW LEVY | PI | YES | | | | |
| 4/17/2007 | 502007CA069372XXXXXMB | FLAHERTY Daniel | MATTHEW LEVY | PI | YES | | | | |
| 4/20/2007 | 502006DR008433XXXXXXMBH | CARPENTER V CARPENTER | J. Mark Maynor | FAMILY [WIFE] | YES | YES | | | |
| 4/24/2007 | 06 726 CA | HAMPTON V HEART | JACK M. SOBEL | PI | YES | | | | |
| 4/27/2007 pending | 50 2005 CA 011443XXXXXXMBAI | ZARICKI J HALL AND MBM CORP | CARLOS BODDEN | PI | YES | | | | |
| 4/27/2007 UNKNOWN | | SIMPSON V HEART | SAMANTHA MALLOY | Family [Wife] | YES | | | | |
| 4/27/2007 | | OLDHAM, David V. PAUL, Susan | ADAM DINOW | Homeowner Liability | YES | | | | YES |
| 4/27/2007 | | FRISBIE, STEVEN | CARLOS A. BODDEN | PI | YES | | | | |
| 4/30/2007 Pre litigation status | | BUXTON, Paul V Marilyn | CARLOS A. BODDEN | PI | YES | | | | |
| 4/30/2007 | 06 CA 00646XXX-AF - St. Lucie County | ALTON V. BARTEL ET AL | PHILIP THOMPSON | PI | YES | | | | |
| 4/30/2007 Pre litigation status | | LEDO, Ubres v. GOMEZ, Joel | C. BODDEN + NELSON CORBERA | PI | YES | | | | |
| 4/30/2007 | 05-2005 ca 000484 ST LUCIE COUNTY | LYON, Mark and Nancy v. UMTRIN DIRECT | PHILIP THOMPSON | PI | YES | | | | |
| 5/9/2007 | 2005 CA 00751XXXXXX XMB | INTECH UNDERGROUND CONSTRUCTION | JACK PUGH | PI | YES | | | | |
| 5/9/2007 | 50 2005 CA000446XXXXXXA AH ESE | VARELA AND GARCIA | CARLOS BODDEN | PI | YES | | | | |
| 5/15/2007 PENDING | 06-3008 16 [Marilyn Reiter & Rico v. Sam Lawson etc.] | | ALFRED BELL c/o DEBBERARD PA | PI | YES | | | | |
| 5/23/2008 pending | | GLASS, MARC AND VERNIE V BOWLING PA | JOEL WEISSMAN | Legal Malpractice | YES | YES | | | yes |
| 5/23/2008 | 50 2004 CA 664 XXXXAI | CURLEY, Clarke v. CURLEY, Dianne | MATTHEW NUGENT | Family [Husband] | | YES | | | YES |
| 5/29/2007 CASE 07 17 370L | | OHARE, TIMOTHY V. LBK-3 ASHLEY | HAROLD STEVENS | PI | YES | | | | |
| 6/4/2007 2004 CA 010448 AH | | SAYRE V BIG LOTS INC | GUY CANGELO JR | PI | YES | | | | |
| 6/4/2007 CASE 06975XXXXMAIO | | BROWN, Joseph V. BROWN, David | STEPHEN RAKUSIN AND ERIN TALKSNIK | FAMILY [HUSBAND] | YES | YES | | | |
| 6/7/2007 | 502007DR02264XXXXX08 FI | FINK Mark v FINK, Lisa | MATTHEW NUGENT | FAMILY [Husband] | YES | | | | |
| 6/12/2007 | 502007DR0011210XXXXX5BPY | KLINGEL, Steven V. KLINGEL, Donna | LEWIS SHAFER | FAMILY [wife] | YES | | | | |
| 6/12/2007 | CACTE 05 045531 [11] | WEINBERG, JUDITH | CARLOS A. BODDEN | PI | YES | | | | |
| 6/26/2007 | 50 2005 ca 005338 mb | GRISKE, Susan V. Chandler/Hartford Fire Ins. | Chris Lemmon | PI | YES | | | | YES |
| 6/26/2007 | OHARE, Timothy V. LORDNED, Sergio and Saia Tseng | | CARLOS BODDEN | PI | YES | | | | |
| 7/17/2007 | 502006HCA007672XXXXXXMBAH | SWHETZKY, Christine V WAITTEHOUSE | JENNIFER J. LABIE ESQ. | FAMILY [Husband] | YES | | | | |
| 7/17/2007 | 502006CA00978X41A | WAITTEHOUSE V WAITTEHOUSE | ELLIS, GED AND BODDEN PA | FAMILY [Husband] | YES | | | | |
| 7/18/2007 CASE 07 10 376 | | BLACK, Sherry v BLACK, Robert | SHALIHOR, ROBERT | FAMILY [Husband] | YES | YES | | | |
| 8/2/2007 | 2005 DR 008123 XXXXXXAMBA | ATEN LAURA V ATEN SANTA | DOHEL PINZARINO | PI | YES | | | | |
| 8/2/2007 | 502007CA0011330XXXXMBAA | HALPIN, KIM V JIWESOO | CARLOS BODDEN | PI | YES | YES | | | |
| 8/2/2007 | 502007CA0011330XXXXXMBAI | MARIMOLEJOS Pedro V. FESKANIN Christopher | CARLOS BODDEN | PI | YES | | | | |
| 8/14/2007 pending | | DORAT, Robert | MATTHEW LEVY | PI | YES | | | | |
| 8/14/2007 | | HAVEY, Robert | SCOTT WAGNER | Admiralty | YES | yes | | | yes |
| 8/15/2007 | 502005DR013298xxxxxxmbfe | ZMRYCKI, Susan V WEIG, John | JACK PUGH | Family [Wife] | YES | YES | | | YES |
| 9/13/2007 PENDING | 502007CA012463XXXXXXMAH | AGUIRRE, Lucy V BOCA SUN STATE PEST CONTROL | CARLOS BODDEN | PI | YES | | | | |
| 8/21/2007 pending | | REITER Marilyn V REITER Arie | Andrea Michele Canizares Paralegal | PI | YES | YES | | | |
| 8/29/2007 CA 05 09903 25 | | CHARRY, Maria v. MOTTA, Leon | LAWRENCE S. ZOLLOT | FAMILY | YES | | | | |
| 8/30/2007 | 502006DR00952XXXXX 21 | DUYN Marsin V. THOMAS, Shawn | MARIC L. BEBERGAL | Family | YES | | | | |
| 8/24/2007 | CACTE 06 006692 [11] | GLOUX, Carlos V PAUL, Daniel | HOWARD K COATES JR plus Mary Para | Family [Wife] | YES | YES | | | YES |
| 8/21/2007 pending | | WOODS V DELCENE | DAVID CLAYTHORN | | YES | YES | | | YES |
| 9/12/2007 07 04182 | 502007DR040501XXXXX02MBMH | VERAS JULIA V UNKNOWN DEFENDANT | DAVID GLAYTHORN | MED MAL | YES | | | | |
| 9/13/2007 Pre litigation status | | TAYFUN, Candil | ROBERT C BLANK | PI | YES | | | | |
| 9/30/2007 PENDING | 502007 CA050777OAE | JONES, KAREN V. BETHESDA HOSPITAL | C. LARMOYEUX | MED MAL | YES | YES | | | |
| 10/17/2007 Pre litigation status | | LaROSE V ST. PETE GENERAL HOSPITAL | ELIZ RODRIGUEZ PARALEGAL | WIC AND PI | YES | YES | | | YES |
| 10/24/2007 07-184 LOR | 502006CA00 | ALTERMAN V ALTERMAN | ALTERMAN, STEVEN c/o DEBBERARD PA | FAMILY [husband] | YES | YES | | | YES |

| Date | Case # | Case Name | Attorney | Category | | | | |
|---|---|---|---|---|---|---|---|---|
| 10/24/2007 | CA010901XXXXMBAE | KAN, Murat v. Basko & Anette David | MARC SEBERGAL ESQ | PI | YES | | | |
| 10/30/2007 | #07-1172 | OVERPELT, Tonya V. L&M TOWING | HARRY SHEVIN ESQ | PI | YES | | | |
| 11/08/2008 | PEACE 07 032944 [40911] | GREICKIMAN v GREICO Rachelle | SUSANA E. GREENBERG | FAMILY [husband] | | | YES | |
| 11/12/2007 | 01 07 CA 542 | LUZADER V RING POWER CORP | THOMAS M. KAY ESQ | PI | | | YES | |
| 11/12/2007 | 09 CA 8037 DW 37 | SAMUELS V TORRES | ROBERT E. GORDON | PI | | YES | | |
| 12/6/2007 | XXXXXXXX | MILLER Betty | ROBERT E. GORDON | PI | YES | | | |
| 12/6/2007 | 2007-DR-11603-FH | BARBIKV V BARINO | MATTHEW NUGENT | PI | YES | | | |
| 12/10/2007 | 2007 DR 011071 FH | BAUR V BAUR | KATHRYN M BEAMER ESQ | FAMILY [husband] | YES | | | |
| 12/11/2007 | 2007DR002176XXXXSBF | GADROIN V GADROIN | KIM DOUGLAS SHERMAN ESQ | FAMILY [husband] | YES | | | |
| 12/12/2007 | 2007CA004845XXXXMB | GMAN V WEDDING | ALFRED BELLIDO DE LUNA | FAMILY [husband] | YES | | | |
| 12/13/2007 | 502006CA011193XXXXMB | JIMINEZ Christina V. LAMBERT | RAPHAEL ROCA, ESQ | PI | YES | | | |
| 12/18/2007 | 502007CA014540XXXX | BRUECKNER, Gina V OMALLEY Joan | MARC BERBECAL ESQ | PI | YES | | | |
| 5/21/2007 | PRE SUIT CASE 080593 | DASTYWER V MAERC | Gary Tesler, Christina McDonald | PI | YES | | | |
| 1/10/2008 | 502007CA001107 MB AE | GREGG, ERIK | JOHN V K CARROLL | PI | YES | | | |
| 1/11/2008 | 502007DR000134 | BARBOUR Anthony v. CARRON, Robin | AMY COSENTINO ESQ | Family [Wife] | YES | | | |
| 1/15/2008 | pending | LEAK V SMITH | KEVIN WILKINSON ESQ | FAMILY | YES | YES | | |
| 1/18/2008 | 50 2008CA000365XXXXMB4 | SIMON V SIMON | CARLOS BODDEN | PI | YES | | | |
| 12/1/2008 | 502008DR002922XXXXMB | KASPER V VALLUZZO | JOEL WEISSMAN | FAMILY [husband] | YES | | | |
| 1/24/2008 | 2007CA008380XXXXMB4G | MERISIER V VACHO | MARSHALL ADAMS | PI | YES | | | |
| 2/8/2008 | 08 708665[2] | BLOSGEW V CALICO AIR CONDITIONING | MATTHEW PEBERDY | PI | | | YES | |
| 2/8/2008 | 2007CA008380XXXXMBAA | YOUNG, Harvey v. 3 P DELIVERY | PHILIP DEBERARD | PI | YES | | | |
| 2/8/2008 | 2008CA000684XXXXMB | MARTORELL, SINGH V CITY PLACE | ROBERT HUDSON | PI | YES | | | |
| 2/16/2008 | 2007 CA 2036 | BONILLA GLADES GAS CO | MATTHEW NUGENT | PI | YES | | | |
| 2/8/2008 | 2007 # 8142 tb | WALTERS v WALTERS | MATTHEW NUGENT | PI | YES | | | |
| 2/14/2008 | CACE 08 04510 [21] | PUGLIESE, CLEDIE M. - Reassigned | JAMES WILKERSON | PI | YES | | YES | |
| 2/11/2008 | 502007CA014452 | JOHN, Lynn as personal rep for T. Johnson | Blane Drake c/o Vastola et al | Wrongful Death | YES | | YES | |
| 2/19/2008 | 07-13915 CA (04) | COLINS, ROBERT | STEVEN FRANK | PI | YES | | | |
| 2/21/2008 | 502007CA014154XXXXMB | BOUFFORD, Joseph V. DAISY MANF. COMPANY | JOSEPH SCHALZ | PI | YES | | | |
| 3/8/2008 | 502006CA04740 [21] | DEUTSCHER, Nancy V DEUTSCHER, Family | STUART M. GOLANT | FAMILY [husband] | YES | | | |
| 3/8/2008 | 2007CA004620XXXXMB4G | MCCLENON V ALLIED CONSTRUCTION | THOMAS M. BOWL | PI | | YES | | |
| 3/8/2008 | 50 2008DR0152265XXXXSB FZ | LEFFERTS V LEFFERTS | JOEL WEISSMAN | FAMILY [husband] | YES | | | |
| 3/8/2008 | 2007 DR 008151 FZ | ABRAM V ABRAM | HOLLY SCHUETTLER | FAMILY [husband] | YES | | | |
| 3/17/2008 | 2007 CA 017726 [AA | BARKWES, Dephine | VMMACHE | FAMILY [husband] | YES | | | |
| 3/17/2008 | 2007 DR0119 03XXXXSBFZ | BLAVAT V BLAVAT | RBT SHALHOUB | FAMILY [husband] | YES | | | |
| 3/31/2008 | 07 DR 2472 | COLABACCHIM V COLUSACOM | Rhonda Werner-Schultz | FAMILY [Wife] | YES | | | |
| 5/15/2008 | 2008CA008008200XXXXMB | GALEY V DAPARISON | MATTHEW HUGH | FAMILY [husband] | YES | | | |
| 4/2/2008 | CD 09 7921 FA | FELD David MD V FELD Cathy | QUICK, ESQ (Reassigned from James Quick | PI | YES | | | |
| 4/8/2008 | 07 27142 CA 08 | OTOOLE V ZIPPER | STEVEN FRANK | PI | | YES | | |
| 4/11/2008 | 502007DR001850 AJ | GONZALEZ V GONZALEZ | SUSAN SAPPIN | FAMILY [husband] | YES | | | |
| 4/16/2008 | Pre litigation status | RODRIGUEZ, Rodrigo | RAPHAEL ROCA ESQ | PI | YES | | | |
| 4/21/2008 | 502007CA016057XXXXMB | QUASTO, CAMILE | ROBERT C. BLANK | PI | YES | | | |
| 4/21/2008 | 50 2005 DR 0223 SBFY | ROSENBERG V ROSENBERG | KATHERINE H. DONOHUE, ESQ | FAMILY [HUSBAND] | YES | | YES | |
| 5/7/2008 | 07 15909 CA 08 | BRADY V BRADY | JOHN J. HOFFMAN, ESQ | FAMILY [HUSBAND] | YES | | YES | |
| 5/12/2008 | 502007CA013175XXXXMBAE | MENDEZ, Rosa V. PALM BEACH RECOVERY | RUSSELL FERRARO | PI | YES | | | |
| 5/13/2008 | 07 480 DR | KORNILOFF V. KORNILOFF | JOHN J. HOFFMAN, ESQ | FAMILY [HUSBAND] | YES | | | |
| 5/14/2008 | 502007CA0012126XXXXDFI | LEE Ana v LEE Rene | MATTHEW LANE | FAMILY [HUSBAND] | YES | | | |
| 5/15/2008 | DR1/2008FG | BETERMANJAM, Blerie V. SAID, Benz | SUSAN SAPPIN | FAMILY [HUSBAND] | YES | | | |
| 5/4/2008 | 502007CA009230XXXXMB4G | WOMACK V. WAL MART | JACK HILL | PI | YES | | | |
| 6/10/2008 | 502006CA0115 03 MB | ROBERTS, Todd V. REPUBLIC SERVICES | ADAM DOMER | PI | YES | | | |
| 8/11/2008 | 502006CA002794MB | OLAMEN, Oliver V. GODKEY ELECTRIC | VMMACHE | PI | YES | | | |
| 7/21/2008 | 50 2008CA008112XXXXMBAD | SEBAR, Thomas V. VDENGER, Sean & Roebuck et al | JOHN J. HOFFMAN, ESQ | PI | YES | | | |
| 7/23/2008 | 07 6853 CA 05 | PHON LO FAT V. STUART ROOFING | JAMES D. WILKERSON | PI | YES | | | |
| 7/24/2008 | 502 2007 CA004292 | JAMISON, Kenneth v. MCDONNELL, Patricia | DANIEL SANTANIELLO (reassigned from Jay Jacknin) | PI | YES | | | |
| 7/29/2008 | 502007DR003014XXXXMB | GREENE, Ann v. GREENE, RANDALL | JAY JACKNIN | PI | YES | | | |
| 8/20/2008 | 502007DR000462XXXXSB FY | Topp v. Pockett | Cathy L. Kamber, Esquire | FAMILY [HUSBAND] | YES | | | |
| 9/20/2008 | 502007CA0441458XXXXX | HERNANDEZ V HERNANDEZ | STEVEN FRANK - ALLISON LANE | FAMILY WIFE | YES | | YES | |
| 9/6/2008 | 51 08-CW-094 CAR Federal | VIVENZO V. DALTON, ELSINO | STEVEN FRANK + JEFFREY FOX | PI | YES | | | |
| 9/8/2008 | 502 2008 CA 006529XXXXMB | BRADY Ora V. BLEAU James | JOSEPH H. GRAVES | PI | YES | | | |
| 9/11/2008 | 502007CA012865XXXXMB | Peduto & Kruse V. Waterway + Matter Contractors | PAUL ADAMS | PI | YES | | | |
| 9/11/2008 | pending | ANSALO, Sandra v. MACARUL, Scott | MICHAEL WALKER c/o Andrea Sakaber | PI | YES | | | |
| 9/9/2008 | 04-8924-9 | MONTERO, Ethan v. Palm Express & E. Lorenzo | JOSEPH SHKOK, ESQ | PI | YES | | | |
| 9/12/2008 | pending | KAHN Joseph V. MCDONNELL | JOSEPH SCHALZ | PI | YES | | | |
| 9/19/2008 | 502007ca01952&ooomb | GEIGER, Shirley [minor child] | STEVEN FRANK + JEFFREY FOX | PI | YES | | | |
| 9/22/2008 | 502007DR010480XXXX SB FY | Garcia-Chartlan & Barrios Johana V. Empire | MARK T. LUTTIER, ESQ | PI | YES | | | |
| 9/22/2008 | 502007DR000361SB | ROBINSON Rose V ROBINSON James Paul | SUSANE E. GREENBERG | FAMILY WIFE | YES | | | |
| 9/23/2008 | CF 1431 CA 21 | NEDOSEKOVA Tatyana | CARLOS BODDEN | PI | YES | | | |
| 9/25/2008 | 03 13301 CA-21 | MR CAROL HUNNICUTT | CARLOS BODDEN | PI | YES | | | |
| 9/25/2008 | 502007DR012865XXXXMB4H | HUTCHINSON Annette V HUTCHINSON | Christopher B. Jette | PI | YES | | | |
| 9/25/2008 | 502005CA0107XXXXXMB4H | HOLDEN James V LOCAL MOTION MEDIA | DANIEL SANTANIELLO (reassigned from Jay Jacknin) | PI | | | YES | |
| 9/25/2008 | 08-29056 | TOMASINI Jeannie V STRYKER | STACEY MULLINS | PI | YES | | | |
| 10/6/2008 | 502008ca00114 tooomb4b | DUBOVICK V. LAKEWOOD HOMEOWNERS ET AL | JEFFREY C. FOX | PI | YES | | | |
| 10/6/2008 | CO 1245 CA DIVISION H | ROBERTS Elizabeth Ann v. St Joseph Hospital | JEFFREY C. FOX | MED MAL | YES | | | |
| 10/13/2008 | CACE 08 13310 [11] | MELISSA KELLY V. M&S FRIENDS TRUCKING | JEFFREY C. FOX | PI | YES | | | |
| 10/16/2008 | pending | Charis Galbavine | CARLOS BODDEN | PI | YES | | | |

| Date | Case No. | Party | Name | Type | | |
|------|----------|-------|------|------|---|---|
| 11/4/2008 | 50200800R00196SMBFA | GANTWARD Eric V GANTWARD Wendy | TANA COPPLE @ Mark Maynor | FAMILY [husband] | YES | |
| 11/6/2008 | 05-CA-2273 | DICKMAN V ALAMO | CARL W. CHRISTY | PI Defense | | YES |
| 11/12/2008 | 50 2008 CA0101010XXXXMBAH | BACK/ROBBINS V FALK ET AL | JOHN F BLERA | PI | YES | |
| 11/12/2008 | PMCE07013Q03 | REGA V REGA | SUSAN CHOPIN | FAMILY [Wife] | YES | |
| 11/12/2008 | PENDING | ALPERT V ALPERT | KRISTIN A. WEST | FAMILY [husband] | YES | |
| 11/18/2008 | 50 2007CA008497XXXXMBAI | REGINA Cheryl V PBC SHERIFF OFFICE | BOODEN, Carlos, per J. Pederson | PI | YES | |
| 11/20/2008 | 50 2007CM017197BXXXXMBAH | JONES Jeffry V PUBLIX | BOODEN, Carlos per J. Pederson | PI | YES | |
| 11/20/2008 | PENDING | FAHLGREN, Donald | DAN SANTANIELLO - ANTHONY MEREINENI | PI | YES | |